IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY H. LIEBMAN, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00902 |
| ) | Judge Trauger |
| METHODIST LE BONHEUR HEALTHCARE, ) | **SEALED CASE** |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED.**

ENTER this 13th day of June 2017.

_____
ALETA A. TRAUGER
U.S. District Judge