IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* ) <br> *JEFFREY H. LIEBMAN*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> METHODIST LE BONHEUR HEALTHCARE, ) <br> THE WEST CLINIC, WEST CANCER CENTER, ) <br> UT METHODIST PHYSICIANS, LLC, ) <br> METHODIST HEALTHCARE—MEMPHIS ) <br> HOSPITALS and JOHN DOES 1-100, ) <br> ) <br> Defendants. ) | Civil Case No.: 3:17-cv-00902 <br> CHIEF JUDGE CRENSHAW <br><br> **UNDER SEAL** |

## UNITED STATES' NOTICE REGARDING REPRESENTATION OF DEFENDANT

The United States and the State of Tennessee, out of an abundance of caution, respectfully provide notice that they recently have learned that the law firm Waller Lansden Dortch & Davis, LLP represents Defendant West Clinic in the governments' investigation of this sealed *qui tam* action. Because Relator's *qui tam* is still under seal and the United States and State of Tennessee have not yet made a determination on whether to intervene in the *qui tam*, The West Clinic and its counsel are not aware of the existence of the *qui tam*. As a result, attorneys at Waller Lansden Dortch & Davis, LLP have not entered a notice of appearance with the Court.[1]

---

[1] Plaintiffs have filed a similar notice in at least one other such matter in the past, and file this Notice in accord with that practice so that the Court is aware of the ongoing representation.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney
Middle District of Tennessee

By:   s/Christopher C. Sabis
CHRISTOPHER C. SABIS (BPR #030032)
Assistant U.S. Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203-3870
Telephone: (615) 736-5151
Fax: (615) 401-6626
Email: christopher.sabis@usdoj.gov

*Counsel for the United States*


HERBERT H. SLATERY III
ATTORNEY GENERAL & REPORTER

By:   s/Kelly M. Horejs
KELLY M. HOREJS (BPR #033358)
Assistant Attorney General
Medicaid Fraud & Integrity Division
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
(615) 741-3519
Email: kelly.horejs@ag.tn.gov

*Counsel for the State of Tennessee*

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2018, a copy of the foregoing Notice Regarding Representation of Defendant was filed by e-mail with the Clerk's Office per instruction of the Court. A service copy was served via First Class U.S. Mail, postage prepaid, on the following:

| | |
|---|---|
| Bryan A. Vroon<br>Law Offices of Bryan A. Vroon, LLC<br>1380 West Paces Ferry Road<br>Atlanta, GA 30327<br>Email: bryanvroon@gmail.com | Edward D. Robertson, Jr.<br>Bartimus, Frickleton & Robertson<br>715 Swifts Highway<br>Jefferson City, MO 65109<br>Email: chiprob@earthlink.net |
| Jerry E. Martin<br>Seth Marcus Hyatt<br>Barrett Johnston Martin & Garrison, LLC<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>Email: jmartin@barrettjohnston.com<br>Email: shyatt@barrettjohnston.com | Kelly Horejs<br>Assistant Attorney General<br>Medicaid Fraud and Integrity Division<br>State of Tennessee Attorney General<br>500 Charlotte Avenue<br>Nashville, TN 37243<br>Email: kelly.horejs@ag.tn.gov |

Because this action is under seal pursuant to 31 U.S.C. §§ 3729-3733, as amended, Defendants have not been served with a copy of the foregoing Notice.

    s/Christopher C. Sabis
CHRISTOPHER C. SABIS
Assistant United States Attorney