# Exhibit A to Second Amended Complaint-Methodist Cost Report Filing History

Provider Number: 44-0049
Methodist H/C Memphis Hospt.
1265 Union Avenue
Memphis, TN 38104

**MEDICARE COST REPORT FILING HISTORY: FYS 2012 - 2018**
**(Medicare Administrative Contractor (MAC): Pinnacle Business Solutions Inc.)**
**(HCRIS at cutoff 09/30/2019)**

| Cost Reporting Period From | To | Filing Status | HCRIS Electronic Record Code | MAC Create Date | MAC Process Date | MAC NPR Date |
|---|---|---|---|---|---|---|
| 1/1/2012 | 12/31/2012 | As Submitted | 515532 | 4/5/2013 | 4/19/2013 | |
| 1/1/2012 | 12/31/2012 | As Submitted | 544150 | 12/10/2014 | 12/12/2014 | |
| 1/1/2012 | 12/31/2012 | Settled With Audit | 553734 | 5/11/2015 | 5/11/2015 | 5/12/2015 |
| 1/1/2013 | 12/31/2013 | As Submitted | 534922 | 6/10/2014 | 6/10/2014 | |
| 1/1/2013 | 12/31/2013 | Amended | 565719 | 11/11/2015 | 11/18/2015 | |
| 1/1/2013 | 12/31/2013 | Settled Without Audit | 574776 | 5/4/2016 | 5/9/2016 | 5/11/2016 |
| 1/1/2014 | 12/31/2014 | As Submitted | 555238 | 6/10/2015 | 6/11/2015 | |
| 1/1/2014 | 12/31/2014 | Amended | 565720 | 11/11/2015 | 11/18/2015 | |
| 1/1/2014 | 12/31/2014 | Settled Without Audit | 584670 | 11/8/2016 | 11/10/2016 | 9/9/2016 |
| 1/1/2014 | 12/31/2014 | Reopened | 593934 | 3/9/2017 | 3/17/2017 | 3/16/2017 |
| 1/1/2014 | 12/31/2014 | Reopened | 617031 | 1/26/2018 | 1/31/2018 | 1/31/2018 |
| 1/1/2015 | 12/31/2015 | As Submitted | 576682 | 6/6/2016 | 6/7/2016 | |
| 1/1/2015 | 12/31/2015 | Amended | 594860 | 3/28/2017 | 3/30/2017 | |
| 1/1/2015 | 12/31/2015 | Amended | 598102 | 6/12/2017 | 6/12/2017 | |
| 1/1/2015 | 12/31/2015 | Amended | 611362 | 12/26/2017 | 12/27/2017 | |
| 1/1/2015 | 12/31/2015 | Amended | 615583 | 1/29/2018 | 1/29/2018 | |
| 1/1/2015 | 12/31/2015 | Amended | 644179 | 3/11/2019 | 3/12/2019 | |
| 1/1/2016 | 12/31/2016 | As Submitted | 595591 | 4/13/2017 | 4/18/2017 | |
| 1/1/2016 | 12/31/2016 | As Submitted | 634928 | 11/12/2018 | 11/13/2018 | |
| 1/1/2016 | 12/31/2016 | Amended | 652842 | 8/24/2019 | 8/27/2019 | |
| 1/1/2017 | 12/31/2017 | As Submitted | 622504 | 4/10/2018 | 4/16/2018 | |
| 1/1/2017 | 12/31/2017 | Amended | 652544 | 8/15/2019 | 8/15/2019 | |
| 1/1/2018 | 12/31/2018 | As Submitted | 646408 | 4/16/2019 | 4/17/2019 | |