IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA AND STATE OF TENNESSEE *ex rel.* JEFFREY H. LIEBMAN AND DAVID M. STERN, M.D., | ) ) ) ) ) | Case No. 3:17-CV-902 |
| Plaintiffs/Relators, | ) ) | |
| v. | ) ) | Judge William L. Campbell, Jr. |
| METHODIST LE BONHEUR HEALTHCARE, *et al.*, | ) ) ) | Magistrate Judge Barbara D. Holmes |
| Defendants. | ) ) ) | |

## WEST DEFENDANTS' MOTION TO DISMISS
## THE SECOND AMENDED COMPLAINT

Defendants The West Clinic, PLLC d/b/a West Cancer Center (the "West Clinic"), West Partners, LLC ("West Partners"), Lee Schwartzberg, M.D. ("Schwartzberg"), and Erich Mounce ("Mounce") (collectively, the "West Defendants"), respectfully move for an Order dismissing the Second Amended Complaint ("SAC") filed by relators Jeffrey H. Liebman ("Liebman") and David M. Stern, M.D. ("Stern") (collectively the "Relators").

As set forth more fully in the Memorandum of Law in Support of the West Defendants' Motion to Dismiss the Second Amended Complaint, (1) the inclusion of Stern as a relator, and the SAC itself, are jurisdictionally barred; (2) the SAC fails to allege any violation of the False Claims Act or any underlying statute with the particularity required by Fed. R. Civ. P. 9(b); and (3) fails to include sufficient allegations to state a claim against defendants The West Clinic, PLLC or West Partners, LLC pursuant to either Fed. R. Civ. P. 12(b)(6) or 9(b). Because Relators have amended the complaint twice, and done so after being provided with access to documentary evidence

collected by the Government, further amendment would be futile and the SAC should be dismissed with prejudice.

>
> Respectfully submitted,
>
> /s/ John-David Thomas
> John-David Thomas, TN BPR # 027582
> Andrew F. Solinger, TN BPR # 036943
> WALLER LANSDEN DORTCH & DAVIS, LLP
> 511 Union Street, Suite 2700
> Nashville, TN 37219
> Telephone: (615) 244-6380
> jd.thomas@wallerlaw.com
> andrew.solinger@wallerlaw.com
>
> *Attorneys for Defendants The West Clinic, PLLC, West Partners, LLC, Lee Schwartzberg, M.D., and Erich Mounce*

# CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2020, I electronically filed with the Clerk of the Court using the CM/ECF system and served the above via the CM/ECF system, or by U.S. mail, where applicable, upon:

>Jerry E. Martin
>David Rivera
>Seth Hyatt
>Barrett, Johnston Martin & Garrison, LLC
>414 Union Street; Suite 900
>Nashville, TN 37219
>
>Bryan A. Vroon
>Law Offices of Bryan A. Vroon, LLC
>1380 West Paces Ferry Road, Suite 2270
>Atlanta, GA 30327
>
>Edward D. Robertson, Jr.
>Bartimus Frickleton Robertson & Rader, P.C.
>109b East High Street
>Jefferson City, MO 65101
>
>*Attorneys for Relators*
>
>Kara F. Sweet
>U.S. Attorney's Office for the Middle District of Tennessee
>110 Ninth Avenue South, Suite A961
>Nashville, TN 37203
>
>*Attorney for the United States*
>
>Scott M. Corley
>Office of the Attorney General of Tennessee
>PO Box 20207
>Nashville, TN 37202
>
>*Attorney for the State of Tennessee*

Brian D. Roark
J. Taylor Chenery
Bass, Berry & Sims
150 Third Avenue South, Suite 2800
Nashville, TN 37201

*Attorneys for Defendants Methodist Le Bonheur Healthcare, Methodist Healthcare-Memphis Hospitals, Chris McLean, and Gary Shorb*

/s/ John-David Thomas