UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF TENNESSEE ex rel. JEFFREY H. LIEBMAN and DAVID M. STERN, M.D.<br><br>Relators,<br><br>v.<br><br>METHODIST LE BONHEUR HEALTHCARE, METHODIST HEALTHCARE-MEMPHIS HOSPITALS, THE WEST CLINIC, PLLC d/b/a WEST CANCER CENTER, WEST PARTNERS, LLC, LEE SCHWARTZBERG, M.D., ERICH MOUNCE, CHRIS MCLEAN, GARY SHORB, AND JOHN DOES 1-100,<br><br>Defendants. | Case No. 3:17-CV-00902<br><br>District Judge William L. Campbell, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

## JOINT CASE RESOLUTION STATUS REPORT

Pursuant to the Court's Case Management Order #2 entered on May 7, 2020 (Dkt. No. 102), Relators Jeffrey H. Liebman and David M. Stern, M.D. ("Relators") and Defendants Methodist Le Bonheur Healthcare, Methodist Healthcare-Memphis Hospitals, Gary Shorb, Chris McLean ("Methodist Defendants"), The West Clinic, PLLC d/b/a West Cancer Center, West Partners, LLC, Lee Schwartzberg, M.D., and Erich Mounce ("West Defendants") (collectively, the "Parties"), hereby file this Joint Case Resolution Status Report and state as follows:

Relators and Methodist Defendants have exchanged written discovery requests and are in the process of completing responsive document productions. Both have also issued third-party subpoenas for the production of documents and are awaiting responses. Relators and Methodist Defendants are continuing to engage in discovery and have discussed generally the potential for resolving this matter. However, counsel for Relators and Methodist Defendants believe that

additional discovery is required in order to engage in substantive and meaningful settlement discussions that could resolve the claims at issue. Relators and Methodist Defendants anticipate engaging in good faith settlement discussions as the matter progresses.

The Relators and the West Defendants have engaged in productive settlement discussions and those discussions are ongoing. Certain potential settlement terms are subject to approval by the United States and State of Tennessee under the federal and state False Claims Acts and discussions with these government entities are ongoing. Relators and the West Defendants anticipate making a full report to the Court by October 30, 2020.

DATED: September 30, 2020

Respectfully submitted,

*/s/ Brian D. Roark*
Brian D. Roark
J. Taylor Chenery
Taylor M. Sample
Hannah E. Webber
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293
broark@bassberry.com
tchenery@bassberry.com
taylor.sample@bassberry.com
hannah.webber@bassberry.com

*Attorneys for Defendants Methodist Le Bonheur Healthcare, Methodist Healthcare-Memphis Hospitals, Chris McLean, and Gary Shorb*

*/s/ John-David Thomas*
John-David Thomas
Andrew F. Solinger

2

Case 3:17-cv-00902    Document 116    Filed 09/30/20    Page 2 of 5 PageID #: 1402

Waller, Lansden, Dortch & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 850-8682
jd.thomas@wallerlaw.com
andrew.solinger@wallerlaw.com

*Attorneys for Defendants The West Clinic, PLLC, West Partners, LLC, Lee Schwartzberg, M.D., and Erich Mounce*


/s/ Jerry E. Martin_____
David Rivera
Jerry E. Martin
Seth Marcus Hyatt
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
drivera@barrettjohnston.com
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com

*Attorneys for Relators Jeffrey H. Liebman and David M. Stern, M.D.*

Bryan A. Vroon
(Admitted *pro hac vice*)
Law Offices of Bryan A. Vroon, LLC
Atlanta, GA 30327
(404) 441-9806
bryanvroon@gmail.com

*Attorney for Relators Jeffrey H. Liebman and David M. Stern, M.D.*

Edward D. Robertson , Jr.
(Admitted *pro hac vice*)
Bartimus Frickleton Robertson Rader PC
109 B East High Street
Jefferson City, MO 65101
(573) 659-4454
crobertson@bflawfirm.com

3

*Attorney for Relators Jeffrey H. Liebman and David M. Stern, M.D.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the foregoing has been served upon counsel, via the Court's CM/ECF e-mail notification system, on this the 30th day of September, 2020:

| | |
|---|---|
| Bryan A. Vroon<br>Law Offices of Bryan A. Vroon, LLC<br>1766 West Paces Ferry Road<br>Atlanta, GA 30327<br>(404) 441-9806<br>bryanvroon@gmail.com | David Rivera<br>Jerry E. Martin<br>Seth Marcus Hyatt<br>Barrett Johnston Martin & Garrison, LLC<br>Philips Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>(615) 244-2202<br>drivera@barrettjohnston.com<br>jmartin@barrettjohnston.com<br>shyatt@barrettjohnston.com |
| Edward D. Robertson , Jr.<br>Bartimus Frickleton Robertson Rader PC<br>109 B East High Street<br>Jefferson City, MO 65101<br>(573) 659-4454<br>crobertson@bflawfirm.com | Kara F. Sweet<br>U.S. Attorney's Office (Nashville Office)<br>Middle District of Tennessee<br>110 Ninth Avenue, S<br>Suite A961<br>Nashville, TN 37203-3870<br>(615) 401-6598<br>kara.sweet@usdoj.gov |
| Scott M. Corley<br>Office of the Attorney General of Tennessee<br>Civil Rights and Claims Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>(615) 253-1103<br>Scott.corley@ag.tn.gov | John-David H. Thomas<br>Andrew F. Solinger<br>Waller, Lansden, Dortch & Davis, LLP<br>Nashville City Center<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>(615) 850-8682<br>jd.thomas@wallerlaw.com<br>andrew.solinger@wallerlaw.com |

      */s/ Brian D. Roark*

5

Case 3:17-cv-00902   Document 116   Filed 09/30/20   Page 5 of 5 PageID #: 1405