IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF TENNESSEE *ex rel.* JEFFREY H. LIEBMAN AND DAVID M. STERN, M.D., <br><br> Plaintiffs/Relators, <br><br> v. <br><br> METHODIST LE BONHEUR HEALTHCARE, *et al.*, <br><br> Defendants. | Case No. 3:17-CV-902 <br><br> Judge William L. Campbell, Jr. <br><br> Magistrate Judge Barbara D. Holmes |

## ORDER CONVERTING DISMISSAL OF WEST DEFENDANTS INTO DISMISSAL WITH PREJUDICE AS TO THE RELATORS ONLY

Pursuant to the unopposed Motion of Relators Jeffrey H. Liebman and Dr. David M. Stern and for good cause shown:

It is hereby **ORDERED** that this Court's prior Order of February 9, 2021 severing and dismissing the claims against Defendants West Clinic, PLLC d/b/a West Cancer Center, West Partners LLC, Lee Schwartzberg, M.D. and Erich Mounce without prejudice (Dkt. 133) is converted into a dismissal WITH PREJUDICE as to Relators Jeffrey H. Liebman and Dr. David M. Stern only. This Order does not affect the dismissal of these claims as to the United States and the State of Tennessee, which shall remain a dismissal WITHOUT PREJUDICE.

IT IS SO ORDERED.

_____
WILLIAM L. CAMBPELL, JR.
UNITED STATES DISTRICT JUDGE