IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>AND STATE OF TENNESSEE *ex rel.*<br>JEFFREY H. LIEBMAN AND<br>DAVID M. STERN, M.D.,<br><br>    Plaintiffs/Relators,<br><br>v.<br><br>METHODIST LE BONHEUR<br>HEALTHCARE, *et al.*,<br><br>    Defendants. | Case No. 3:17-CV-902<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

## WEST'S MOTION TO INTERVENE

The West Clinic, PLLC ("West") respectfully moves for an Order granting West intervention in the above-captioned action under Fed. R. Civ. P. 24. As set forth more fully in the Memorandum of Law in Support of West's Motion to Intervene, the Court should allow West to intervene as of right under Fed. R. Civ. P 24(a) because West's Motion to Intervene is timely, West has a substantial legal interest in this action, West's interest will be impaired absent intervention, and West's interests are not adequately protected by the current parties. In the alternative, the Court should use its discretion to grant West permissive intervention under Fed. R. Civ. P 24(b) because West's Motion to Intervene is timely, West shares a common defense to this action, and intervention would not cause undue delay or excessive prejudice to the current parties.

Dated this 22nd day of October, 2021.

                                                                Respectfully submitted,

                                                                /s/ John-David Thomas
                                                                John-David Thomas, TN BPR # 027582
                                                                Andrew F. Solinger, TN BPR # 036943
                                                                WALLER LANSDEN DORTCH & DAVIS, LLP
                                                                511 Union Street, Suite 2700
                                                                Nashville, TN 37219
                                                                Telephone: (615) 244-6380
                                                                jd.thomas@wallerlaw.com
                                                                andrew.solinger@wallerlaw.com

                                                                *Attorneys for The West Clinic, PLLC*

# CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2021, I emailed the Operations Manager to have electronically filed with the Clerk of the Court using the CM/ECF system and served the above via email upon:

>Jerry E. Martin
>David Rivera
>Seth Hyatt
>Barrett, Johnston Martin & Garrison, LLC
>414 Union Street; Suite 900
>Nashville, TN 37219
>jmartin@barrettjohnston.com
>drivera@barrettjohnston.com
>shyatt@barrettjohnston.com
>
>Bryan A. Vroon
>Law Offices of Bryan A. Vroon, LLC
>1380 West Paces Ferry Road
>Suite 2270
>Atlanta, GA 30327
>bryanvroon@gmail.com
>
>Edward D. Robertson, Jr.
>Bartimus Frickleton Robertson & Rader, P.C.
>109b East High Street
>Jefferson City, MO 65101
>crobertson@bflawfirm.com
>
>*Attorneys for Relators*
>
>Kara F. Sweet
>U.S. Attorney's Office for the Middle District of Tennessee
>110 Ninth Avenue South
>Suite A961
>Nashville, TN 37203
>Kara.Sweet@usdoj.gov
>
>*Attorney for the United States*
>
>Scott M. Corley
>W. Anthony Hullender

4870-1077-2224

Office of the Attorney General of Tennessee
PO Box 20207
Nashville, TN 37202
Scott.Corley@ag.Tn.Gov
Tony.Hullender@ag.Tn.Gov

*Attorneys for the State of Tennessee*

Brian D. Roark
Hannah E. Webber
J. Taylor Chenery
Taylor M. Sample
Bass, Berry & Sims
150 Third Avenue South
Suite 2800
Nashville, TN 37201
broark@bassberry.com
hannah.webber@bassberry.com
tchenery@bassberry.com
taylor.sample@bassberry.com

*Attorneys for Defendants Methodist Le Bonheur Healthcare, Methodist Healthcare-Memphis Hospitals, Chris McLean, and Gary Shorb*

/s/ John-David Thomas