www.pwc.com September 2, 2011

# *Methodist Le Bonheur Healthcare/ The West Clinic*

## Oncology Service Line Baseline Assessment



Strictly Private and Confidential



EXHIBIT
12
7-18-22
Maunce



**PricewaterhouseCoopers LLP**
One N Wacker
Chicago, IL 60606
Telephone (312) 298 2000
Facsimile (312) 298 2001

September 2, 2011

Lynn Field
Vice President of Legal Services and Compliance
Methodist Le Bonheur Healthcare
1211 Union Avenue
Memphis, TN 38104

Dear Ms. Field:

Our Services were performed and this Draft Report ("Report") was developed in accordance with our engagement letter dated May 4, 2010 and are subject to the terms and conditions included therein. PricewaterhouseCoopers ("PwC") appreciates the opportunity to assist Methodist Le Bonheur Healthcare (Methodist) with evaluating the development of a Management Services Agreement for the Oncology service line. Our process incorporates facilitating and validating a detailed operational assessment, as outlined in this document, for the service line to identify key economic, operational and quality metrics to serve as the basis for the development of the management companies' compensation and incentive program. The development of the Management Agreement will utilize the results and recommendations from the Baseline Assessment to establish the business purpose of the partnership agreement and determine its compensation structure.

Our preliminary work was limited to the procedures and analysis described herein and was based only on the information made available through August 31, 2011. Accordingly, changes in circumstances after this date could affect the findings outlined in this Report. We are providing these services to you solely for your use and benefit and pursuant to a client relationship exclusively with you. This Report and all PricewaterhouseCoopers deliverables are intended solely for Methodist for their internal use and benefit and are not intended to nor may they be relied upon by any other party ("Third Party"). Neither this deliverable nor its contents may be distributed to, discussed with, or otherwise disclosed to any Third Party without the prior written consent of PricewaterhouseCoopers. PricewaterhouseCoopers accepts no liability or responsibility to any Third Party who gains access to this deliverable.

We appreciate the opportunity to assist you with this matter.

Very truly yours,

PricewaterhouseCoopers LLP

## *PwC Team*

Brett Hickman
Partner

Jeff Lockridge
Director

Brad Dollens
Manager

Todd Cooper
Manager

David Pate
Associate

Scott Brody
Associate

1    Engagement Objectives, Overview, and Approach    1
2    Market Overview    8
3    Executive Summary of Overall Baseline Assessment    17
4    Interview Highlights and Operational Observations    19
5    Financial Data Analysis and Assessment    31
6    Operational and Quality Data Analysis & Assessment    42
7    Patient Satisfaction Analysis and Assessment    51
8    Recommendations / Next Steps    54

# Section 1

## *Engagement Objectives, Overview, and Approach*

# *Project Objective*

Assess potential strategic alignment between Methodist Le Bonheur Healthcare and the privileged and active physicians practicing at The West Clinic to meet both parties' objectives related to clinical enhancements, quality outcomes, and the development of a high quality, efficient and sustainable hospital system.



# *Overview of the Agreement*

- Methodist Le Bonheur Healthcare and the West Clinic have proposed to partner through the development of a Management Services Agreement
  - This agreement is being developed simultaneously with an agreement to convert select West Clinic facilities to provider-based outpatient sites under the purview of Methodist
- This agreement will allow the physicians of The West Clinic to manage the Oncology service line at Methodist in an effort to foster substantive quality and operational efficiency improvements as well as pursue new program development opportunities
- The goal of the agreement is for The West Clinic and Methodist to work collaboratively to ensure the seamless integration of West Clinic facilities into the Methodist Health system as part of a larger initiative to develop a comprehensive Oncology service line

# *Project Overview*

- PricewaterhouseCoopers ("PwC") has performed an assessment of Oncology services and clinical programs in order to document performance as compared to peers and industry standards.

- The objective is to identify quality and performance metrics, in conjunction with the strategic plans and goals of Methodist Healthcare ("Methodist") and The West Clinic to facilitate the development of the Management Services Agreement for the Oncology services within the proposed scope of services. This document will serve as the foundation for the incentive program for the clinical, operational, and new program development metrics as it relates to the proposed programs.

- Methods of Assessment:
    - ✓ Interviews with key hospital staff;
    - ✓ Observe functional areas (front-end and clinical operations);
    - ✓ Conduct workflow process analysis;
    - ✓ Compile a market assessment of Methodist, The West Clinic, and their competitors; and
    - ✓ Prepare overview of Methodist and The West Clinic quality measures and metrics and develop recommended incentives accordingly.

# *Project Approach*

- Our approach to the Oncology service line operational assessment is outlined below and is organized by areas of review.



| | Areas of focus |
|---|---|
| Operations Management | • Facility design and flows (patient and operational) to assess capacity<br>• Management support systems<br>• Assessment of the organizational structure and reporting relationships<br>• Satisfaction (Physician, Patient, Staff)<br>• Benchmark key clinical indicators |
| Clinical Management | • Standards of practice, protocols, and guidelines<br>• Interrelatedness with nursing and other departments<br>• Organizational culture<br>• Physician involvement and relationships<br>• Assess and benchmark turn around time, staff mix- nursing, competency<br>• Quality outcomes management (Infection rates, readmissions, mortality, etc.) |
| Financial Management | • Service Line MS-DRG mix and statistical data<br>• Service line financial performance |

## *Engagement Scope*

The following is a listing of general areas in which we focus our efforts when conducting our Oncology services operational assessment. Throughout the remaining Steering Committee meetings we will work with the members to determine the scope of services to be included under the umbrella of the co-management company.



# *Scope of Services*

The following list captures the main areas of focus related Oncology Services as defined within the Scope of Services of the Management Services Agreement:

- **Inpatient Oncology Medical and Surgical Cases**
  - Provision of services related to Inpatient Oncology cases in which a West Clinic doctor is the attending physician at the following Methodist campuses:
    - Germantown, University, North, South
- **Outpatient Oncology Procedures**
  - Provision of Outpatient Oncology Services including Radiation Oncology, PET-CT, and Chemotherapy at the above listed Methodist campuses
- **Provider-Based Clinic Physician Practices**
  - Provision of Oncology services at the following four West Clinic sites which are being transitioned to provider-based outpatient clinic status as part of a parallel initiative:
    - Humphreys, Midtown, Desoto, Collierville

# Section 2
## *Market Overview*

# *Memphis Market Overview*

| Summary | Criteria | Market Dynamic |
|---|---|---|
| Methodist Healthcare and Baptist Memorial Health Care are the two dominant systems in the Memphis market. Between Methodist's move to affiliate more closely with The West Clinic and Baptist Memorial's proposed Cancer Center, both systems are currently taking aggressive action to expand their oncology services. | **Market Stage** | • Baptist Memorial Health Care holds the largest share of the market with 36%. Methodist Healthcare is second with 33% of the market. Other systems with large market presences include Tenet Healthcare Corp. with 13% and Regional Medical Center at Memphis with 12%<br><br>• The largest physician group in the market is MetroCare Physicians with 1,326 physician members across 44 specialties. The West Clinic, the largest physician group focused on cancer care, consists of 29 physicians across 9 specialties. They operate 7 facilities in the Memphis area as well as a satellite facility in Somerville, TN. |
| | **Market Outlook** | • There are 19 acute-care hospitals in the Memphis market with approx. 184,000 inpatient discharges annually and 4,428 acute care beds. BCBS of Tennessee and UnitedHealth Group are the HMO market leaders with 44% and 43% respectively while BCBS of Tennessee is the lone dominant PPO presence with a 38% market share.<br><br>• The US government is the largest employer in the market with 16,834 employees. Other large employers in the market include FedEx, the Memphis Board of Education, and the University of Tennessee, |
| | **Methodist/ Baptist Memorial** | • Methodist Healthcare is the top earning health system in the market with a net income of $85 million and net patient revenue of $1.03 billion. Methodist has 6 hospitals in the market with 1,311 total beds, 23 employed physicians, and 2,000 affiliated physicians. Average occupancy is 71% and ALOS is 5.6 days.<br><br>• Competitor Baptist Memorial Health Care had a net income of $45 million with net patient revenue of $989.6 million. Baptist Memorial operates 5 hospitals in the market with 1,525 total beds. Average occupancy is 62% and ALOS is 5.2 days. Baptist Memorial is currently seeking approval for a $65 million Cancer Center in the Germantown area |

Sources: HealthLeaders Interstudy Memphis Market Overview 2011

# *The West Clinic –Facilities*

- The West Clinic operates 8 facilities in the Memphis area. The four bolded facilities will be included in this agreement.
  - ➤ **Humphreys**
  - ➤ **Midtown**
  - ➤ **Collierville**
  - ➤ **Desoto**
  - ➤ Somerville
  - ➤ Bartlett
  - ➤ Brighton - Consolidated facility with Memphis Heart Clinic
  - ➤ Corinth - Partnership with Magnolia Regional Health Center

Sources: Client Provided Data

# *The West Clinic – Service Offerings by Site*

**Humphreys-** Bone Density, Chemotherapy Drug, CT, Drug Administration, Hospital Administration, Hospital Consults, Hospital Visits, Lab, Miscellaneous Radiology, MRI, Non-Chemotherapy Drugs, Non-Vascular, Office Consults, Office Visits, Other, PET Scans, Psychiatry, Radiation Oncology, Special Procedures, Surgery, USG, Vascular, X-Ray

**Midtown-** Chemotherapy Drugs, CT, Drug Administration, Hospital Administration, Hospital Visits, Lab, Non-Chemotherapy Drugs, Non-Vascular, Office Consults, Office Visits, Other, Psychiatry, Special Procedures, Surgery, X-Ray

**Collierville-** Drug Administration, Hospital Administration, Hospital Visits, Labs, Non-Chemotherapy Drugs, Office Consults, Office Visits, Specialty Procedures

**Desoto-** Chemotherapy Drugs, Drug Administration, Hospital Administration, Hospital Consults, Hospital Visits, Lab, Miscellaneous Radiology, Non-Chemotherapy Drugs, Office Consults, Office Visits, Other, Radiation Oncology, Special Procedures, Surgery, X-Ray

# *The West Clinic - Background*

- Physicians employed by The West Clinic currently include:
  - ➤ 16 Medical Oncologists,
  - ➤ 4 GYN Oncologists,
  - ➤ 2 Hospitalists,
  - ➤ 1 Hospitalist/Medical Oncologist,
  - ➤ 1 Endocrinologist
  - ➤ 1 Psychologist
- The West Clinic is currently involved in over 70 clinical trials
- The West Clinic owns Memphis Heart Clinic, a 15 cardiologist practice which generated $20 million this year.
  - ➤ MHC is currently pursuing a PSA and Co-mgt. at Baptist, where they do most of their work.

Sources: Client Provided Data
Methodist Le Bonheur Healthcare/ The West Clinic • Oncology Service Line Baseline Assessment
PwC                                                                                              12

# *The West Clinic – Physician List*

| West Clinic Physicians | |
|---|---|
| Kurt W. Tauer, MD, FACP | Hematology & Medical Oncology |
| Lee S. Schwartzberg, MD, FACP | Hematology & Medical Oncology |
| Benton M. Wheeler, MD | Hematology & Medical Oncology |
| Arnel M. Pallera, MD | Hematology & Medical Oncology |
| Bradley G. Somer, MD | Hematology & Medical Oncology |
| Robert A. Johnson, MD, FACP | Hematology & Medical Oncology |
| Jarvis D. Reed, MD | Hematology & Medical Oncology |
| Laura Johnetta Blakely, MD | Hematology & Medical Oncology |
| Sylvia S. Richey, MD | Hematology & Medical Oncology |
| Stephen A. Besh, MD | Hematology & Medical Oncology |
| Sonia M. Benn, MD | Hematology & Medical Oncology |
| G. Gary Tuan, MD, PhD | Hematology & Medical Oncology |

# *The West Clinic – Physician List*

| West Clinic Physicians | |
|---|---|
| Kaye Cash, MD | Hematology & Medical Oncology |
| Michael G Martin, MD | Hematology & Medical Oncology |
| David C. Portnoy, MD | Hematology & Medical Oncology |
| Jason C. Chandler, MD | Hematology & Medical Oncology |
| Linda M Smiley, MD, FACOG | Gynecologic Oncology |
| Mark E. Reed, MD, FACOG | Gynecologic Oncology |
| Joseph T. Satnoso, MD, FACOG | Gynecologic Oncology |
| Todd D. Tillmanns, MD, FACOG | Gynecologic Oncology |
| Genaro M. Palmieri, MD | Endocrinology |
| William A. Lankford, MD | Diagnostic Radiology |
| Scott L. Baum, MD | Diagnostic & Interventional Radiology |
| Thomas D. Hodgkiss, MD | Diagnostic & Interventional Radiology |

Sources: Client Provided Data
Methodist Le Bonheur Healthcare/ The West Clinic • Oncology Service Line Baseline Assessment
PwC

# *The West Clinic – Physician List*

| West Clinic Physicians | |
|---|---|
| William R. Richli, MD | Diagnostic & Interventional Radiology |
| Seth Ian Kaufman, MD | Pain Management |
| Anita L. Arnold, MD | Hospitalist |
| Katherine Allan, MD | Hospitalist |
| Janice P. Pazar, RN, PhD, HSP | Clinical Psychology |

Sources: Client Provided Data
Methodist Le Bonheur Healthcare/ The West Clinic • Oncology Service Line Baseline Assessment
PwC

15

# *Methodist Le Bonheur Healthcare - Background*

- Methodist Le Bonheur Healthcare is one of the two major hospital systems in the Memphis market area along with Baptist Memorial Health Care

- Methodist operates six acute-care hospitals throughout Memphis, Germantown, and Somerville
  - The flagship campus is Methodist University Hospital located in midtown Memphis

- Methodist Germantown does not currently have an organized oncology service line and is pursuing expansion through its alignment with The West Clinic

- Methodist University Hospital's Blood and Marrow Transplant Center is designated a Blue Distinction Center by BCBS for adult bone marrow/stem-cell transplants

Sources: HealthLeaders Interstudy Memphis Market Overview 2011
Methodist Le Bonheur Healthcare/ The West Clinic • Oncology Service Line Baseline Assessment
PwC

# Section 3

## *Executive Summary of Overall Baseline Assessment*

# *Executive Summary / SWOT Analysis*

- The table below illustrates a SWOT summary of the current state of Oncology services at Methodist and The West Clinic

| Strengths | Weaknesses |
|---|---|
| <ul><li>West Clinic operates on Mosaiq EMR</li><li>West Clinic has a strong research and clinical trial presence</li><li>West Clinic is the most prominent oncology group in the market</li><li>West Clinic is currently actively involved in QOPI and PQRI reporting</li><li>The alignment discussion process has fostered a good relationship between Methodist and The West Clinic</li></ul> | <ul><li>Timeliness of completed physician dictation times could be improved</li><li>Patient Satisfaction surveys are conducted infrequently at The West Clinic</li><li>Patient wait times are frequently cited as an issue at The West Clinic</li><li>Methodist Germantown lacks a dedicated Oncology IP unit</li></ul> |
| **Opportunities** | **Threats** |
| <ul><li>Development of patient navigation program</li><li>Development of survivorship program</li><li>Involvement of radiation oncology in agreement</li><li>Decrease in transcription time</li><li>Development of Methodist Germantown Tumor Board</li></ul> | <ul><li>Baptist Memorial has plans to collaborate with other Memphis area oncologists in construction of comprehensive cancer center</li><li>Some referral streams, particularly surgery, may be put at risk with move away from Baptist</li><li>Methodist-based referral streams are underdeveloped</li></ul> |

# Section 4

## *Interview Highlights and Operational Observations*

# *Interview List*

- Interviews were conducted with key constituents within The West Clinic and Methodist including key management, staff, and physicians who provided an in-depth insight and understanding of The West Clinic and Methodist oncology services from a market, clinical and operational perspective

| The West Clinic | Methodist Le Bonheur Healthcare |
|---|---|
| Erich Mounce – CEO | Gary Shorb – CEO |
| Traci Hampton – Site Director, DeSoto | Donna Abney – Executive VP |
| Melissa Williams – Sire Director, Humphreys | Chris McLean – Executive VP of Finance |
| Robin Wachsman – VP, Clinical Services | Lynn Field – VP of Legal Services and Compliance |
| Melissa Speer – Director, EMR | |
| Dr. Lee Schwartzberg | |
| Dr. Kurt Tauer | |
| Dr. Arnel Pallera | |
| Dr. Bradley Somer | |

Please note: The interviews conducted provide a baseline of existing operations, current issues, and opportunities for Methodist to improve performance across clinical, quality, operational, and financial parameters from the perspective of the interviewees. Actual data and analyses provided by Methodist may differ from the perspectives provided through interviews.

# *Clinical Quality*

- The West Clinic provides appropriately trained staff and physician support to manage medical emergencies in the onsite until 911 responders arrive

- All nurses are OCN certified or achieve certification within 2 years. All nurses are ACLS certified

- Some standardized care plans / protocols are currently in place (particularly related to UHC and BCBS insured patients); however there is interest in continuing to standardize care plans as well as increase accountability for compliance

- The West Clinic has a robust offering of clinical trials; however there is interest in formalizing and tracking how patients are screened for eligibility

- Physicians are interested in participating in Oncology specific education for inpatient nursing staff

- West Clinic's Mosaiq EMR is leveraged by physicians to self-assess their EMR performance based on the accurate EMR documentation of diagnosis, staging, dictation and orders

# *Clinical Quality*

- While Oncotyping regularly occurs for appropriate tumor types, there is not currently an order set or protocol to facilitate the process or track compliance
- There is interest in developing written patient-specific treatment plans
- At this time, standardized criteria for transfusion is not in place
- At this time, standardized discharge criteria by admitting diagnosis is not in place for inpatient oncology
- At this time, inpatient chemotherapy order sets are not available
- There is interest in developing and tracking metrics related to end of life and/or palliative care
- There is an opportunity with improved West Clinic physician support, to evolve the Methodist Germantown Tumor Board

Sources: Client Interviews
Methodist Le Bonheur Healthcare/ The West Clinic • Oncology Service Line Baseline Assessment
PwC

22

# *Operational Performance*

- Physicians would like to continue to use operational best practices currently adopted from The West Clinic

- Currently the West Clinic holds physicians accountable for a 21-day completion of dictation; however there is interest in exploring a financial incentive to reward physicians who complete dictation within 72 hours of patient encounter

- There is a desire from multiple leadership stakeholders to decrease patient wait times.

  - Excessive wait times are believed to stem from work flow and facility design issues.

  - Time to available appointment is not recognized as a problem

  - The clinic currently utilizes block scheduling

  - Chemo is scheduled by chair but not assigned to a chair;  Patient is assigned to a chemo team

  - Overflow chairs mitigate risk of overbooking chemotherapy chairs

# *Operational Performance*

- The West Clinic would like to maintain its services for indigent patients
- Historically, West Clinic has strongly aligned to the Pathology department at Baptist; as part of this relationship, there is interest in developing similar ties to Pathology within Methodist
- With the improved partnership with Methodist, The West Clinic would like to explore opportunities to better integrate inpatient and outpatient services
- At this time, Methodist Germantown does not have a dedicated Oncology Inpatient Unit

# *Patient Satisfaction*

- Historically the West Clinic has performed ad hoc patient satisfaction surveys; however, this has not been done on a routine or regular basis. There is interest in developing an outpatient patient satisfaction tool/program in order to appropriately gather satisfaction information regularly and set improvement goals

- At this time, Methodist Germantown does not parse out the patient satisfaction that is impacted by West Clinic physicians

# *Program Development*

- There is interest in developing multidisciplinary interactions to facilitate treatment planning/updating

- The West Clinic would like to see the integration of Radiation Oncologists to create a more comprehensive offering.

- Physicians are interested in establishing a Concierge Medicine / Patient Navigation Program

- There is interest in establishing a formal Survivorship Program

- Clinical trials at The West Clinic leverage a separate but affiliated entity known as ACORN, which provides CRO, regulatory, budgeting, contracting, project management, and data services

# *Program Development*

- At this time, surgeons who partner with oncologists are independent of both the West Clinic and Methodist; however there is interest in creating a business strategy to formally align with surgeon partners

- There is a long term goal of co-locating cancer services to include surgical, medical, and radiation oncology as well as key diagnostics.

- The West Clinic would like to provide input in the Methodist Olive Branch planning related to oncology services

- There is interest in transitioning from each medical oncologist acting as a generalist to a more tumor site-specific specialization

## *Accreditation Requirements*

- The West Clinic is interested in setting specific goals directed to meet and exceed approval from the Joint Commission as it transitions to a Provider-Based Outpatient Service

- The West Clinic actively participates in QOPI and is interested in integrating some improvement initiatives within future incentives

- The West Clinic actively reports PQRI and plans to continue to hold itself accountable to these quality indicators

# *Financial Management*

- Physicians would like incentives to be structured so that they are aggressive, yet attainable for each physician.

- There is opportunity to improve the consistency of charge capture related to inpatient consults

Sources: Client Interviews
Methodist Le Bonheur Healthcare/ The West Clinic • Oncology Service Line Baseline Assessment
PwC

# *Impacts Post-Transaction*

- The physicians have greatly valued the time and attention Methodist leadership has dedicated to this process, and would like this level of partnership to continue post-transaction.

- West Clinic physicians have valued their autonomy and practice and would like definitive understanding of how this may be impacted post-transaction.

- There is great pride in the West Clinic brand and it is desired for it to continue to be strengthened and leveraged as a result of this relationship

- As this relationship evolves, it will be important to understand how, if at all, the Methodist-UTCI relationship creates an impact

- At this time, the majority of referring surgeons practice at Baptist. It is imperative that a similar surgical referral base is available at Methodist before any transition of inpatient services is practical

- The West Clinic typically manages 35 - 60 inpatients. Before any of this population would transition from current sites to Methodist sites, infrastructure of equivalent sophistication is required

Sources: Client Interviews

# Section 5
## *Financial Data Analysis and Assessment*

# *The West Clinic – 2010 Net Revenue: Included Sites*

- The Humphreys location accounts for approximately 70% of the revenue of the included sites

| | Humphreys | Desoto | Mid-town | Collierville | Total Included |
|---|---|---|---|---|---|
| Chemo Drug | $ 33,993,571 | $ 8,717,878 | $ 5,664,267 | $ - | $ 48,375,717 |
| NC Drugs | $ 16,362,837 | $ 4,975,270 | $ 4,510,970 | $ 202,614 | $ 26,051,692 |
| Fac Fee | $ 4,090 | $ - | $ - | $ - | $ 4,090 |
| Drug Admin | $ 5,305,905 | $ 1,399,758 | $ 1,177,126 | $ 5,745 | $ 7,888,534 |
| Office Vis | $ 4,065,814 | $ 1,038,206 | $ 762,052 | $ 58,412 | $ 5,924,484 |
| Lab | $ 3,298,083 | $ 641,670 | $ 380,532 | $ 12,768 | $ 4,333,052 |
| Office Con | $ 602,127 | $ 148,166 | $ 137,440 | $ 22,872 | $ 910,606 |
| Hosp Vis | $ 1,071,577 | $ 232,530 | $ 305,628 | $ 1,779 | $ 1,611,514 |
| Spec Proc | $ 224,834 | $ 31,258 | $ 83,732 | $ 1,463 | $ 341,287 |
| Hosp Con | $ 64,651 | $ 27,746 | $ 16,948 | $ 244 | $ 109,589 |
| Hosp Adm | $ 200,249 | $ 48,918 | $ 55,254 | $ 0 | $ 304,422 |
| Surgery | $ 963,483 | $ 8,623 | $ 754,274 | $ - | $ 1,726,380 |
| Other | $ 369,845 | $ 4,250 | $ 5,690 | $ 20 | $ 379,805 |
| Supplies | $ 883,132 | $ 74,312 | $ 49,369 | $ - | $ 1,006,813 |
| Xray | $ 79,457 | $ 19,283 | $ 7,717 | $ - | $ 106,457 |
| Nonvasc | $ 284,427 | $ - | $ 2,778 | $ - | $ 287,204 |
| CT | $ 6,276,404 | $ 1,241,233 | $ 925,553 | $ - | $ 8,443,190 |
| PET | $ 3,247,785 | $ - | $ - | $ - | $ 3,247,785 |
| Rad Onc | $ 1,101,953 | $ 481,261 | $ 193 | $ - | $ 1,583,406 |
| MRI | $ 1,006,162 | $ - | $ - | $ - | $ 1,006,162 |
| Vasc | $ 433,286 | $ - | $ 1,727 | $ - | $ 435,012 |
| Misc Rad | $ 226,116 | $ 84,553 | $ 93 | $ - | $ 310,762 |
| USG | $ 258,401 | $ - | $ 3 | $ - | $ 258,405 |
| Bone Density | $ 124,587 | $ - | $ - | $ - | $ 124,587 |
| Psych | $ 53,814 | $ - | $ 11,792 | $ - | $ 65,606 |
| Oral Drugs | $ - | $ 26 | $ - | $ - | $ 26 |
| TOTAL | $ 80,502,588 | $ 19,174,943 | $ 14,853,139 | $ 305,917 | $ 114,836,587 |

Sources: Client Provided Data

# The West Clinic – 2010 Net Revenue: Non-Included Sites

• The West Clinic facilities not included in the agreement account for approximately 11% of The West Clinic's total revenue

| | Bartlett | Brighton | Corinth | Somerville | ASTC | Total Not Included |
|---|---|---|---|---|---|---|
| Chemo Drug | $ - | $ 2,373,572 | $ 4,521,720 | $ 265,062 | $ - | $ 7,160,353 |
| NC Drugs | $ 7,557 | $ 1,015,804 | $ 1,975,217 | $ 117,236 | $ - | $ 3,115,814 |
| Fac Fee | $ - | $ - | $ - | $ - | $ 1,204,245 | $ 1,204,245 |
| Drug Admin | $ 261 | $ 315,543 | $ 808,211 | $ 29,045 | $ 770 | $ 1,153,830 |
| Office Vis | $ 3,731 | $ 174,724 | $ 402,569 | $ 15,742 | $ - | $ 596,767 |
| Lab | $ 622 | $ 136,503 | $ 241,433 | $ 3,304 | $ - | $ 381,861 |
| Office Con | $ 1,672 | $ 21,282 | $ 30,657 | $ 4,448 | $ - | $ 58,060 |
| Hosp Vis | $ 4,705 | $ - | $ 21,951 | $ - | $ - | $ 26,655 |
| Spec Proc | $ 319 | $ 4,139 | $ 15,001 | $ 277 | $ - | $ 19,736 |
| Hosp Con | $ 1,490 | $ - | $ 3,888 | $ - | $ - | $ 5,378 |
| Hosp Adm | $ 790 | $ - | $ 4,109 | $ - | $ - | $ 4,899 |
| Surgery | $ - | $ - | $ 3,076 | $ - | $ - | $ 3,076 |
| Other | $ - | $ 440 | $ 1,390 | $ - | $ - | $ 1,830 |
| Supplies | $ - | $ 222 | $ 1,245 | $ 80 | $ - | $ 1,546 |
| Xray | $ - | $ - | $ - | $ - | $ 373 | $ 373 |
| Nonvasc | $ - | $ - | $ - | $ - | $ 99 | $ 99 |
| CT | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL | $ 21,146 | $ 4,042,229 | $ 8,030,468 | $ 435,193 | $ 1,205,488 | $ 12,529,036 |

[1] Non-included sites produced no revenue for all other procedures

Sources: Client Provided Data
Methodist Le Bonheur Healthcare/ The West Clinic • Oncology Service Line Baseline Assessment
PwC                                                                                              33

# The West Clinic – 2011 YTD (Jan-July) Net Revenue: Included Sites

- Distribution of 2011 revenue by site and by service are in line with that of the prior year

| | Humphreys | Desoto | Mid-town | Collierville | Total Included |
|---|---|---|---|---|---|
| Chemo Drug | $ 20,493,360 | $ 5,558,366 | $ 2,802,776 | $ - | $ 28,854,501 |
| NC Drugs | $ 9,563,840 | $ 3,758,622 | $ 2,356,474 | $ 90,972 | $ 15,769,908 |
| CT | $ 3,355,969 | $ 651,825 | $ 406,286 | $ - | $ 4,414,080 |
| Drug Admin | $ 2,957,303 | $ 957,353 | $ 675,814 | $ 3,010 | $ 4,593,480 |
| Office Vis | $ 2,400,841 | $ 710,246 | $ 497,402 | $ 33,910 | $ 3,642,400 |
| Lab | $ 1,982,423 | $ 315,571 | $ 225,331 | $ 10,688 | $ 2,534,013 |
| PET | $ 1,776,683 | $ - | $ - | $ - | $ 1,776,683 |
| Surgery | $ 555,071 | $ 4,454 | $ 462,240 | $ - | $ 1,021,765 |
| Hosp Vis | $ 604,726 | $ 160,541 | $ 181,795 | $ 1,142 | $ 948,204 |
| Rad Onc | $ 8,912 | $ 11,331 | $ - | $ - | $ 20,243 |
| Supplies | $ 464,974 | $ 37,309 | $ 22,509 | $ - | $ 524,792 |
| MRI | $ 602,263 | $ - | $ - | $ - | $ 602,263 |
| Office Con | $ 304,642 | $ 94,325 | $ 84,367 | $ 9,528 | $ 492,863 |
| Vasc | $ 263,511 | $ - | $ 699 | $ - | $ 264,211 |
| Other | $ 170,084 | $ 3,115 | $ 2,884 | $ 130 | $ 176,213 |
| Spec Proc | $ 131,144 | $ 18,231 | $ 48,989 | $ 608 | $ 198,972 |
| Misc Rad | $ 136,305 | $ 38,936 | $ - | $ - | $ 175,241 |
| Hosp Adm | $ 122,126 | $ 32,494 | $ 33,323 | $ 621 | $ 188,563 |
| Nonvasc | $ 161,134 | $ - | $ 737 | $ - | $ 161,870 |
| USG | $ 153,275 | $ - | $ - | $ - | $ 153,275 |
| Bone Density | $ 66,535 | $ - | $ - | $ - | $ 66,535 |
| Hosp Con | $ 31,078 | $ 11,184 | $ 8,683 | $ - | $ 50,945 |
| Xray | $ 38,346 | $ 10,627 | $ 3,491 | $ - | $ 52,464 |
| Psych | $ 31,730 | $ - | $ 7,480 | $ - | $ 39,210 |
| Fac Fee | $ 2,872 | $ - | $ - | $ - | $ 2,872 |
| Oral Drugs | $ - | $ - | $ - | $ - | $ - |
| Total | $ 46,379,146 | $ 12,374,531 | $ 7,821,280 | $ 150,608 | $ 66,725,565 |

Sources: Client Provided Data

# The West Clinic – 2011 YTD (Jan-July) Net Revenue: Non-Included Sites

| | Bartlett | Brighton | Corinth | Somerville | ASTC | Total Not Included |
|---|---|---|---|---|---|---|
| Chemo Drug | $ - | $ 1,247,097 | $ 3,069,251 | $ 3,319 | $ - | $ 4,319,667 |
| NC Drugs | $ 2 | $ 595,403 | $ 1,661,705 | $ 0 | $ - | $ 2,257,111 |
| Fac Fee | $ - | $ - | $ - | $ - | $ 690,544 | $ 690,544 |
| Drug Admin | $ 2 | $ 159,112 | $ 507,738 | $ 178 | $ - | $ 667,029 |
| Office Vis | $ 15 | $ 126,877 | $ 281,838 | $ 203 | $ - | $ 408,933 |
| Lab | $ 92 | $ 54,612 | $ 155,752 | $ 28 | $ - | $ 210,484 |
| CT | $ - | $ 65,919 | $ - | $ - | $ 764 | $ 66,683 |
| Office Con | $ - | $ 17,067 | $ 16,324 | $ - | $ - | $ 33,391 |
| Hosp Vis | $ 3,834 | $ - | $ 16,889 | $ - | $ - | $ 20,723 |
| Spec Proc | $ - | $ 3,460 | $ 9,312 | $ - | $ - | $ 12,772 |
| Supplies | $ - | $ 3,727 | $ 725 | $ - | $ - | $ 4,451 |
| Misc Rad | $ - | $ 4,062 | $ - | $ - | $ 7 | $ 4,069 |
| Hosp Adm | $ 628 | $ - | $ 2,424 | $ - | $ - | $ 3,052 |
| Hosp Con | $ 1,043 | $ - | $ 1,620 | $ - | $ - | $ 2,663 |
| Surgery | $ - | $ - | $ 1,329 | $ - | $ - | $ 1,329 |
| Other | $ - | $ 386 | $ 734 | $ 20 | $ - | $ 1,140 |
| Vasc | $ - | $ - | $ 620 | $ - | $ - | $ 620 |
| Nonvasc | $ - | $ - | $ 125 | $ - | $ 363 | $ 488 |
| Xray | $ - | $ - | $ - | $ - | $ 20 | $ 20 |
| Total | $ 5,616 | $ 2,277,720 | $ 5,726,386 | $ 3,749 | $ 691,698 | $ 8,705,170 |

[1] Non-included sites produced no revenue for all other procedures

Sources: Client Provided Data
Methodist Le Bonheur Healthcare/ The West Clinic • Oncology Service Line Baseline Assessment
PwC                                                                                   35

# *The West Clinic – 2011 Annualized Net Revenue: Included Sites*

| | Humphreys | Desoto | Mid-town | Collierville | Total Included |
|---|---|---|---|---|---|
| Chemo Drug | $ 35,131,474 | $ 9,528,628 | $ 4,804,758 | $ - | $ 49,464,860 |
| NC Drugs | $ 16,395,154 | $ 6,443,352 | $ 4,039,670 | $ 155,952 | $ 27,034,128 |
| CT | $ 5,753,089 | $ 1,117,415 | $ 696,490 | $ - | $ 7,566,995 |
| Drug Admin | $ 5,069,662 | $ 1,641,177 | $ 1,158,538 | $ 5,159 | $ 7,874,536 |
| Office Vis | $ 4,115,728 | $ 1,217,564 | $ 852,690 | $ 58,132 | $ 6,244,114 |
| Lab | $ 3,398,440 | $ 540,979 | $ 386,282 | $ 18,321 | $ 4,344,022 |
| PET | $ 3,045,742 | $ - | $ - | $ - | $ 3,045,742 |
| Surgery | $ 951,550 | $ 7,635 | $ 792,411 | $ - | $ 1,751,596 |
| Hosp Vis | $ 1,036,673 | $ 275,213 | $ 311,648 | $ 1,957 | $ 1,625,492 |
| Rad Onc | $ 15,278 | $ 19,424 | $ - | $ - | $ 34,702 |
| Supplies | $ 797,099 | $ 63,959 | $ 38,586 | $ - | $ 899,644 |
| MRI | $ 1,032,451 | $ - | $ - | $ - | $ 1,032,451 |
| Office Con | $ 522,243 | $ 161,700 | $ 144,630 | $ 16,334 | $ 844,907 |
| Vasc | $ 451,734 | $ - | $ 1,199 | $ - | $ 452,932 |
| Other | $ 291,572 | $ 5,340 | $ 4,944 | $ 223 | $ 302,079 |
| Spec Proc | $ 224,818 | $ 31,252 | $ 83,982 | $ 1,043 | $ 341,095 |
| Misc Rad | $ 233,667 | $ 66,747 | $ - | $ - | $ 300,414 |
| Hosp Adm | $ 209,359 | $ 55,705 | $ 57,124 | $ 1,064 | $ 323,251 |
| Nonvasc | $ 276,229 | $ - | $ 1,263 | $ - | $ 277,492 |
| USG | $ 262,757 | $ - | $ - | $ - | $ 262,757 |
| Bone Density | $ 114,059 | $ - | $ - | $ - | $ 114,059 |
| Hosp Con | $ 53,276 | $ 19,172 | $ 14,885 | $ - | $ 87,334 |
| Xray | $ 65,736 | $ 18,217 | $ 5,985 | $ - | $ 89,938 |
| Psych | $ 54,394 | $ - | $ 12,822 | $ - | $ 67,217 |
| Fac Fee | $ 4,923 | $ - | $ - | $ - | $ 4,923 |
| Oral Drugs | $ - | $ - | $ - | $ - | $ - |
| Total | $ 79,507,107 | $ 21,213,481 | $ 13,407,908 | $ 258,186 | $ 114,386,682 |

Sources: Client Provided Data

# The West Clinic – 2011 Annualized Net Revenue: Non-Included Sites

| | Bartlett | Brighton | Corinth | Somerville | ASTC | Total Not Included |
|---|---|---|---|---|---|---|
| Chemo Drug | $ - | $ 2,137,880 | $ 5,261,574 | $ 5,690 | $ - | $ 7,405,143 |
| NC Drugs | $ 4 | $ 1,020,691 | $ 2,848,637 | $ 0 | $ - | $ 3,869,333 |
| Fac Fee | $ - | $ - | $ - | $ - | $ 1,183,789 | $ 1,183,789 |
| Drug Admin | $ 3 | $ 272,763 | $ 870,408 | $ 306 | $ - | $ 1,143,479 |
| Office Vis | $ 26 | $ 217,503 | $ 483,151 | $ 349 | $ - | $ 701,028 |
| Lab | $ 158 | $ 93,620 | $ 267,003 | $ 48 | $ - | $ 360,829 |
| CT | $ - | $ 113,004 | $ - | $ - | $ 1,309 | $ 114,314 |
| Office Con | $ - | $ 29,258 | $ 27,984 | $ - | $ - | $ 57,242 |
| Hosp Vis | $ 6,573 | $ - | $ 28,953 | $ - | $ - | $ 35,526 |
| Spec Proc | $ - | $ 5,931 | $ 15,964 | $ - | $ - | $ 21,895 |
| Supplies | $ - | $ 6,389 | $ 1,242 | $ - | $ - | $ 7,631 |
| Misc Rad | $ - | $ 6,963 | $ - | $ - | $ 13 | $ 6,975 |
| Hosp Adm | $ 1,077 | $ - | $ 4,155 | $ - | $ - | $ 5,232 |
| Hosp Con | $ 1,788 | $ - | $ 2,777 | $ - | $ - | $ 4,565 |
| Surgery | $ - | $ - | $ 2,279 | $ - | $ - | $ 2,279 |
| Other | $ - | $ 662 | $ 1,258 | $ 34 | $ - | $ 1,954 |
| Vasc | $ - | $ - | $ 1,063 | $ - | $ - | $ 1,063 |
| Nonvasc | $ - | $ - | $ 214 | $ - | $ 623 | $ 837 |
| Xray | $ - | $ - | $ - | $ - | $ 34 | $ 34 |
| Total | $ 9,628 | $ 3,904,663 | $ 9,816,662 | $ 6,427 | $ 1,185,768 | $ 14,923,148 |

[1] Non-included sites produced no revenue for all other procedures

Sources: Client Provided Data
Methodist Le Bonheur Healthcare/ The West Clinic • Oncology Service Line Baseline Assessment
PwC

# *The West Clinic – Net Revenue by Procedure*

- Chemotherapy and non-chemotherapy drugs accounted for 66% of The West Clinic's net revenue in the 2010-2011YTD period



**The West Clinic 2010-2011YTD**
**Top Procedures as % of Total Revenue**

■ Chemo Drug ■ NC Drugs ■ CT ■ Drug Admin ■ Office Vis ■ Total Other

# *The West Clinic – Net Revenue by Procedure*

- Chemotherapy and non-chemotherapy drugs together produced over $112 million in net revenue for The West Clinic in the 2010-2011YTD period



**The West Clinic 2010-2011YTD Total Revenue by Procedure**

# *Methodist Oncology Inpatient Revenue*

• The following revenue numbers pertain to 2010 inpatient cases at all Methodist campuses where a West Clinic doctor was listed as the attending physician

| Attending Dr. | Cases | Net Revenue | Net Revenue based from CIGNA rebasing |
|---|---|---|---|
| BESH, STEPHEN A | 31 | 559,808 | 569,337 |
| CASH, DARLENE KAYE | 2 | 1,479 | 3,722 |
| JOHNSON, ROBERT A | 16 | 141,489 | 168,086 |
| MARTIN, MICHAEL G | 163 | 2,002,646 | 2,092,568 |
| PALLERA, ARNEL MOLINA | 4 | 33,950 | 28,273 |
| PORTNOY, DAVID C | 110 | 1,125,666 | 1,154,738 |
| REED, JARVIS D | 148 | 1,662,579 | 1,669,302 |
| REED, MARK EDWARD | 32 | 230,707 | 306,481 |
| SANTOSO, JOSEPH T | 280 | 2,367,847 | 2,643,985 |
| SCHWARTZBERG, LEE S | 4 | 46,013 | 44,924 |
| SMILEY, LINDA M | 117 | 1,187,739 | 1,281,793 |
| SOMER, BRADLEY GRANT | 4 | 31,063 | 41,037 |
| TAUER, KURT W | 1 | 10,407 | 10,407 |
| TIAN, GANG GARY | 27 | 591,275 | 556,607 |
| TILLMANNS, TODD DAVID | 136 | 1,265,142 | 1,355,346 |
| Grand Total | | **$11,257,810** | **$11,926,607** |

Sources: Client Provided Data
Methodist Le Bonheur Healthcare/ The West Clinic • Oncology Service Line Baseline Assessment
PwC

40

# *Methodist Oncology Outpatient Revenue*

- Revenue for the Methodist outpatient oncology services identified based on the proposed scope of the management agreement is approximately $28,250,000.

- Radiation oncology makes up approximately 60% of this total

| Service Offering | 2010 Revenue | % of Total |
|---|---|---|
| University Hospital Radiation Therapy | 8,199,531 | 29% |
| Germantown Radiation Therapy | 8,434,782 | 30% |
| PET-CT | 1,954,886 | 7% |
| Chemotherapy | 9,663,843 | 34% |
| **Total** | **$28,253,044** | **100%** |

Sources: Client Provided Data

# Section 6

## *Operational and Quality Data Analysis & Assessment*

# The West Clinic
## ASC Procedures with Pre-Assessments

- The West Clinic physicians performed pre-procedure assessments for 59.8% of ASC procedures

| ASC Procedures with Pre-Assessments | Assessment Performed | |
|---|---|---|
| | No | Yes |
| 32406 Lung or mediastinum perc needle | 35 | 46 |
| 32421 Thoracentesis | 11 | 43 |
| 36561 Insertion PAC via Jugular Vein | 67 | 81 |
| 36582 Replacement PAC via same site | 0 | 2 |
| 36590 Removal PAC | 16 | 21 |
| 38505 Lymph node biopsy | 14 | 34 |
| 47000 Biopsy liver, needle, perc | 23 | 21 |
| 60100 Thyroid Biopsy perc core needle | 5 | 6 |
| Total | 171 40.2% | 254 59.8% |

Sources: Client Provided Data

# *The West Clinic*
## *Radiology Orders with Assessments*

- 52.2% of The West Clinic's radiology orders were assessed.  The remaining 47.8% were missing assessment.

| Radiology Orders/ Assessments | |
|:---:|:---:|
| Total Radiology Orders = 6456 | |
| Total Assessed | Total Not Assessed |
| 3371 | 3085 |
| 52.2% | 47.8% |

# *The West Clinic*
## *Office Visits with Transcribed Document within 21 Days*

- The West Clinic physicians score well against the current 21 day transcription deadline with 93% of office visits transcribed within the allotted time

| Total Office Visits = 19,174 | | |
|---|---|---|
| | **Total Doc Exist** [1] | **Total No Doc Exist** [2] |
| | 17,747 | 1,427 |
| **Percentage** | **93%** | **7%** |

[1] Signifies office visits with transcribed document within 21 days
[2] Signifies office visits without transcribed document within 21 days

# The West Clinic
## QOPI Measures

- The West Clinic fell short of target levels in the following highlighted QOPI metrics

| # | Measure (%) | The West Clinic, PC | | |
| | | Spring 2011 | | |
| | | Num | Denom | Rate |
|---|---|---|---|---|
| 2 | Staging documented within one month of first office visit | 38 | 50 | 76.00% |
| 15 | Patient consent documented in practitioner note | 10 | 35 | 28.57% |
| 17 | Chemotherapy treatment summary completed within 3 months of chemotherapy end | 1 | 22 | 4.55% |
| 18 | Chemotherapy treatment summary provided to patient within 3 months of chemotherapy end | 1 | 22 | 4.55% |
| 19 | Chemotherapy treatment summary provided or communicated to practitioner(s) within 3 months of chemotherapy end | 0 | 22 | 0.00% |
| 20 | Chemotherapy treatment summary process completed within 3 months of chemotherapy end (defect-free measure, 17, 18, and 19) | 0 | 22 | 0.00% |
| 30 | Baseline iron stores documented within 90 days prior to administration of ESAs | 0 | 2 | 0.00% |
| 31 | Hemoglobin < 10 g/dL documented within 2 weeks prior to administration of ESAs | 1 | 2 | 50.00% |
| 32 | Appropriate documentation prior to administration of ESAs (defect-free measure, 30 and 31) | 0 | 2 | 0.00% |

# The West Clinic
## QOPI Measures cont.

- The West Clinic fell short of target levels in the following highlighted QOPI metrics

| # | Measure (%) | The West Clinic, PC | | |
|---|---|---|---|---|
| | | Spring 2011 | | |
| | | Num | Denom | Rate |
| 34 | Fertility preservation options discussed or referral to specialist | 0 | 3 | 0.00% |
| 49 | breast cancer documented (defect-free measure, 49a-49d) (Test Measure) | 2 | 10 | 20.00% |
| 49c | Age at diagnosis documented for each blood relative noted with cancer (Test Measure) | 2 | 6 | 33.33% |
| 49d | Family structure for first-and second-degree blood relatives documented (Test Measure) | 4 | 10 | 40.00% |
| 2 | Staging documented within one month of first office visit | 1 | 2 | 50.00% |
| 4 | Pain intensity quantified by second office visit | 1 | 2 | 50.00% |
| 4a | Pain intensity quantified by second office visit (Includes documentation of no pain) | 1 | 2 | 50.00% |
| 6 | Pain addressed appropriately (defect-free measure, 3, 4, and 5) | 1 | 2 | 50.00% |
| 15 | Patient consent documented in practitioner note | 0 | 1 | 0.00% |
| 22 | Smoking cessation counseling recommended to cigarette smokers by second office visit | 0 | 2 | 0.00% |
| 23 | Smoking cessation administered appropriately (defect-free measure, 21 and 22) | 0 | 2 | 0.00% |

Sources: Client Provided Data

# The West Clinic
## Queuing Analysis

- The West Clinic currently has the capability to run reports that calculate patient arrival time relative to appointment time and total time

- At this time the report does not subtract procedure times from the assessment of wait time, resulting in reported wait times that are exaggerated

- The below report shows results from one AM reporting period and may not be representative of overall wait time averages

| Location | Early(+)/Late(-) | Total Time | Wait Time |
|---|---|---|---|
| HUM-CT | 32.38 | 40.81 | 40.81 |
| HUM-DEXA | 74.37 | 26.4 | 26.4 |
| HUM-MRI-01 | 50.26 | 76.99 | 76.99 |
| HUM-PATSERV1 | 0.26 | 5.86 | 5.86 |
| HUM-PET-01 | 61.7 | 141.16 | 141.16 |
| HUM-PHLEB-01 | 6.47 | 30.55 | 30.55 |
| HUM-PROCEDUREROOM | 64.83 | 104.42 | 104.42 |
| HUM-RAY-01 | -2.1 | 21.7 | 21.7 |
| HUM-TX2 PHLEB | -17.9 | 12.08 | 12.08 |
| HUM-US-01 | 21.59 | 28.2 | 28.2 |
| **HUMPHREYS Total** | **17.88** | **59.26** | **59.26** |

# *The West Clinic*
## *Queuing Analysis cont.*

- The West Clinic can also determine wait time by physician though the previously indicated limitations apply to this data set as well
- The below report shows results from one AM reporting period and may not be representative of overall wait time averages

|  | Early(+)/Late(-) | Total Time | Wait Time |
|---|---|---|---|
| Doctor 1 | 14.57 | 54.84 | 54.84 |
| Doctor 2 | -8.52 | 49.73 | 49.73 |
| Doctor 3 | 17.79 | 51.98 | 51.98 |
| Doctor 4 | -2.09 | 53.1 | 53.1 |
| Doctor 5 | 42.03 | 1.82 | 1.82 |
| Doctor 6 | 5.64 | 62.8 | 62.8 |
| Doctor 7 | 23.49 | 86.59 | 86.59 |
| Doctor 8 | 12.01 | 91.59 | 91.59 |

Sources: Client Provided Data
Methodist Le Bonheur Healthcare/ The West Clinic • Oncology Service Line Baseline Assessment
PwC

49

# *Methodist Inpatient Length of Stay*
## *West Clinic Physicians*

- Average length of stay is 6.3 days for all Methodist Inpatient cases where West Clinic doctors were the attending physician

| Physician | ALOS |
|---|---|
| Doctor 1 | 8.94 |
| Doctor 2 | 7.00 |
| Doctor 3 | 5.94 |
| Doctor 4 | 7.71 |
| Doctor 5 | 8.25 |
| Doctor 6 | 6.27 |
| Doctor 7 | 11.30 |
| Doctor 8 | 4.06 |
| Doctor 9 | 4.74 |
| Doctor 10 | 4.75 |
| Doctor 11 | 4.44 |
| Doctor 12 | 5.25 |
| Doctor 13 | 3.00 |
| Doctor 14 | 8.63 |
| Doctor 15 | 3.55 |
| **Grand Average** | **6.30** |

Sources: Client Provided Data
Methodist Le Bonheur Healthcare/ The West Clinic • Oncology Service Line Baseline Assessment
PwC

50

# Section 7
## *Patient Satisfaction Analysis and Assessment*

# *Patient Satisfaction – Current State Methodist*

- Methodist Germantown currently does not parse out patient satisfaction information for West Clinic physicians

- The opportunity exists to develop both a more sophisticated patient satisfaction assessment at the inpatient level as well as more regular and comprehensive surveys at the outpatient level

# *Patient Satisfaction – Current State West Clinic*

- The West Clinic currently conducts physician satisfaction surveys on an ad hoc basis
  - These surveys are conducted with the aid of third party organizations
  - The surveys are designed to be physician specific
  - The most recent of these surveys was conducted in May 2008 by Sullivan/Luallin at which time the West Clinic's mean performance for each category of questions was as follows below
  - While all average mean scores were below the National Oncology/Hematology Database benchmark, all scores also showed improvement over the previous survey

| Average Mean Scores | | | |
|---|---|---|---|
| | Current | Previous | Benchmark |
| Your Visit With the Provider | 4.62 | 4.52 | 4.63 |
| Our Staff | 4.57 | 4.56 | 4.66 |
| Our Facility | 4.48 | 4.41 | 4.52 |
| Our Communication With You | 4.36 | 4.29 | 4.43 |
| Patient Care Monitor | 4.34 | 4.25 | n/a |
| Your Appointment | 4.27 | 4.07 | 4.39 |

Sources: Client Provided Data
Methodist Le Bonheur Healthcare/ The West Clinic • Oncology Service Line Baseline Assessment
PwC

# Section 8
## *Recommendations / Next Steps*

# *Recommendations / Next Steps*

- Based on the results of this assessment, it is our recommendation that Methodist Le Bonheur Healthcare and The West Clinic pursue a path of integration via a Management Services Agreement.

- The objectives of the proposed Management Services Agreement are as follows:
  - <u>Service Line Expansion and Care Coordination</u> - Increased physician/ hospital coordination and cooperation to develop a comprehensive oncology service offering in the Memphis market
  - <u>Clinical & Quality</u> - Improvements in clinical outcomes and patient satisfaction.
  - <u>Operational</u> - Improved efficiency of the management and operation of the oncology service line.
  - <u>Program Development</u> – Design and implementation of initiatives that will promote future growth and improvements within the service line

# *Management Services Agreement - Structure*



# *Management Services Agreement – Structure*

- The Hospital contracts directly with the Physician Group Practice to manage certain aspects of the Defined Service Line (as defined by the Scope of Services)
- Management Contract fees will be split 60% for Base Management Fees, and 40% for Incentive Compensation
- The Physician Group Practice would be linked directly to the Hospital via a **Joint Operating Committee** that would oversee all aspects of the service line. This Committee shall be responsible for directing and overseeing the performance of Manager's duties.
- **Base Management Fee** (60% of contract value) would compensate physicians for their time (hourly) participation in the day-to-day oversight of the service line, Board activities, and other activities required to satisfy the requirements of the management agreement.
- **Incentive Compensation** (40% of contract value) would compensate the Physician Group Practice for the achievement of specific incentive metrics.

# *Base Management Fee*

**Base Management Fee** – Payable on a monthly basis from Hospital in consideration for management services provided under the contract related to the coordination and performance of the overall activities of the defined management services. The group is responsible for distribution of base management payments to the appropriate members. The base management fee is based on the expected work effort of the management services to be provided and is based on fair and reasonable market standards. Potential expectations of the Management Services' Agreement may include participation in the following:

- **Operations Committee** – preparation and attendance at meetings.

- **Medical Director Fees** – the direct oversight of the clinical aspects of the Service Line, as defined.

- **Day-to-Day Oversight and Management Responsibilities** – see the following page

- **Administration Support Services**

# *Base Management Fee*

The day-to-day oversight component of the base management fee will be utilized to compensate Physician Group for projects related to the daily operations of the service line. The following are examples of the management responsibilities that may require time commitments from the physicians:

- Development and implementation of the service line's strategic, financial, and operational plans

- Ensuring service line compliance with applicable policies, procedures, laws and regulations, and regulatory requirements

- Supervision, evaluation, and/or training of service line staff

- Facilities management, equipment purchasing and maintenance supplies management

- Arranging for and managing service line contracted services

- Preparation of reports, including operational statistics, financial statements, and productivity reports

# *Incentive Compensation: Design & Development*

Incentives under the Management Agreement are programs designed to reward the accomplishment for specific results. To be effective the incentives must be:

- Measurable

- Controllable

- Realistic

- Time Boxed

- Frequency of measurement and payout

  - Quarterly

  - Semi-annually

  - Annually

# *Potential Incentive Metrics*

- The following table illustrates an initial listing of potential metrics for consideration for the Methodist / West Clinic Management Agreement

| Clinical Quality | Operational Performance | Patient / Referring Physician Satisfaction | Program Development | Service Line Planning |
|---|---|---|---|---|
| Multidisciplinary / Multimodality Planning and Collaboration | Clinic Wait Times / Throughput Efficiencies | Development of Outpatient Patient Satisfaction Program | Surgical / Radiation Oncology Integration Planning | Formalization of Oncology-Specific Inpatient Services |
| Care Plan Compliance (Including BCBS and/or UHC) | Integration of Services across all Sites of Care (Inpatient & Outpatient) | Development of Referring Physician Satisfaction Program | Indigent Care Program Development | Joint Commission / Provider-Based Outpatient Services Requirements |
| Improvement / Maintenance of QOPI Measurements | Inpatient Charge Capture Compliance | | Concierge / Patient Navigator Program Planning | Planning for Co-Location of Services |
| Inpatient Care Pathway Development | Dictation Turnaround Time | | Tumor Site Specialization / Program Development | Capital Planning for Future Sites |
| Screening for Clinical Research Eligibility | Timely correspondence with referring physicians | | Support Services (Social Work, Case Mgmt, etc) across all sites of care | Oncology Education for Inpatient Nursing |
| End of Life Metrics | Timely correspondence with collaborating oncology specialists | | Development of Survivorship Program | |

# *Clinical Quality Initiatives*

# Example

**Improved QOPI Measures**

The following table was created using the most recent quarterly QOPI report from The West Clinic and details the individual QOPI measures where The West Clinic has the most room for improvement. The Operating Committee may therefore wish to chose from among this group one or more measures as priority targets for improvement

| # | Measure (%) | The West Clinic, PC Spring 2011 | | |
|---|---|---|---|---|
| | | Num | Denom | Rate |
| 2 | Staging documented within one month of first office visit | 38 | 50 | 76.00% |
| 15 | Patient consent documented in practitioner note | 10 | 35 | 28.57% |
| 17 | Chemotherapy treatment summary completed within 3 months of chemotherapy end | 1 | 22 | 4.55% |
| 18 | Chemotherapy treatment summary provided to patient within 3 months of chemotherapy end | 1 | 22 | 4.55% |
| 19 | Chemotherapy treatment summary provided or communicated to practitioner(s) within 3 months of chemotherapy end | 0 | 22 | 0.00% |
| 20 | Chemotherapy treatment summary process completed within 3 months of chemotherapy end (defect-free measure, 17, 18, and 19) | 0 | 22 | 0.00% |
| 30 | Baseline iron stores documented within 90 days prior to administration of ESAs | 0 | 2 | 0.00% |
| 31 | Hemoglobin < 10 g/dL documented within 2 weeks prior to administration of ESAs | 1 | 2 | 50.00% |
| 32 | Appropriate documentation prior to administration of ESAs (defect-free measure, 30 and 31) | 0 | 2 | 0.00% |

| # | Measure (%) | The West Clinic, PC Spring 2011 | | |
|---|---|---|---|---|
| | | Num | Denom | Rate |
| 34 | Fertility preservation options discussed or referral to specialist | 0 | 3 | 0.00% |
| 49 | Breast cancer documented (defect-free measure, 49a-49d) (Test | 2 | 10 | 20.00% |
| 49c | Age at diagnosis documented for each blood relative noted with cancer (Test Measure) | 2 | 6 | 33.33% |
| 49d | Family structure for first-and second-degree blood relatives documented (Test Measure) | 4 | 10 | 40.00% |
| 2 | Staging documented within one month of first office visit | 1 | 2 | 50.00% |
| 4 | Pain intensity quantified by second office visit | 1 | 2 | 50.00% |
| 4a | Pain intensity quantified by second office visit (Includes documentation of no pain) | 1 | 2 | 50.00% |
| 6 | Pain addressed appropriately (defect-free measure, 3, 4, and 5) | 1 | 2 | 50.00% |
| 15 | Patient consent documented in practitioner note | 0 | 1 | 0.00% |
| 22 | Smoking cessation counseling recommended to cigarette smokers by second office visit | 0 | 2 | 0.00% |
| 23 | Smoking cessation administered appropriately (defect-free measure, 21 and 22) | 0 | 2 | 0.00% |

# *Clinical Quality Initiatives*

# Example

## Improved QOPI Measures

Placeholder for QOPI-related Incentive:  This will be detailed pursuant to the identification of priority QOPI measures for improvement

| Improved QOPI Measures | | | | |
|---|---|---|---|---|
| Potential Incentive | | Current Performance | Goal | Payment Range Example |
| 2 | Staging documented within one month of first office visit | **76.00%** | 80% | **25%** |
| 15 | Patient consent documented in practitioner note | **28.57%** | 80% | **25%** |
| 17 | Chemotherapy treatment summary completed within 3 months of chemotherapy end | **4.55%** | 80% | **25%** |
| 18 | Chemotherapy treatment summary provided to patient within 3 months of chemotherapy end | **4.55%** | 80% | **25%** |

# Disclaimer

Our Services were performed and this Report was developed in accordance with our engagement letter and are subject to the terms and conditions included therein.

Our Services were performed in accordance with Standards for Consulting Services established by the American Institute of Certified Public Accountants ("AICPA"). The procedures we performed did not constitute an examination or a review in accordance with generally accepted auditing standards or attestation standards. Accordingly, we provide no opinion, attestation or other form of assurance with respect to our work or the information upon which our work was based. We did not audit or otherwise verify the information supplied to us in connection with this engagement, from whatever source, except as may be specified in this Report or in our engagement letter.

Our work was limited to the specific procedures and analysis described herein and was based only on the information made available through August 31, 2011. Accordingly, changes in circumstances after this date could affect the findings outlined in this Report.

This Report and all PricewaterhouseCoopers deliverables are intended solely for the management and Board of Directors of Methodist Le Bonheur Healthcare for their internal use and benefit and are not intended to nor may they be relied upon by any other party ("Third Party"). Neither this deliverable nor its contents may be distributed to, discussed with, or otherwise disclosed to any Third Party without the prior written consent of PricewaterhouseCoopers. PricewaterhouseCoopers accepts no liability or responsibility to any Third Party who gains access to this deliverable.

© 2011 PricewaterhouseCoopers LLP. All rights reserved. "PricewaterhouseCoopers" refers to PricewaterhouseCoopers LLP, a Delaware limited liability partnership, or, as the context requires, the PricewaterhouseCoopers global network or other member firms of the network, each of which is a separate legal entity. This document is for general information purposes only and should not be used as a substitute for consultation with professional advisors.

PwC

Notes Page Text

Slide 11 :

Notes Page Text

Slide 58 :

Notes Page Text

Slide 59 :