IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF TENNESSEE *ex rel.* JEFFREY H. LIEBMAN and DAVID M. STERN, M.D. ) ) ) ) Plaintiffs-Relators, ) ) v. ) ) METHODIST LE BONHEUR HEALTHCARE, and METHODIST HEALTHCARE-MEMPHIS HOSPITALS, ) ) ) ) Defendants. ) ) THE WEST CLINIC, PLLC, ) ) Intervenor. ) | NO. 3:17-cv-00902 JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES |

## ORDER

The Court is in receipt of the Mediator Report from Mediator Steve Altman advising that this case was mediated on September 30, 2022, and that the mediation has been continued with the consent of the parties. (Doc. No. 278). To allow the parties to focus on mediation, this case is **STAYED**. The parties shall file a joint status report within five business days of the conclusion of mediation. Pending the foregoing, the Clerk is **DIRECTED** to administratively close the case.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE