IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>JEFFREY H. LIEBMAN and DAVID<br>STERN, M.D., Relators<br><br>vs<br><br>METHODIST LE BONHEUR<br>HEALTHCARE and METHODIST<br>HEALTHCARE-MEMPHIS<br>HOSPITALS<br>Defendants.<br><br><br>Proposed<br>Plaintiff Intervenor | Case No. 3:17-CV-00902 |

## MOTION TO INTERVENE

## INTRODUCTION

I Mary Page seek to participate as a plaintiff-intervenor in the above-captioned lawsuit.

*First*, Entitlement to intervene in this case is a matter of right under Federal Rule of Civil Procedure 24(a)(2) and 24(b)(1)(B). Intervention is particularly necessary given that I am a victim of the fraud.

*Second*, allowing intervention is necessary as a relator as I obtain evidence in my possession of the fraud. Documentary evidence will prove a claim against the transaction that is subject of the action and support intervention as of right.

*Thirdly*, the named Relators plainly do not adequately represent the federal government, and circuit precedent is clear that allowing intervention is necessary under these circumstances. In the alternative, I respectfully request permissive intervention in this lawsuit to be granted pursuant to Rule 24(b).

## I. FACTUAL BACKGROUND

- In the year 2016 I was diagnosed with cancer in Memphis, Tennessee and became a patient of Methodist Healthcare and West Clinic.

- While being a patient of Methodist Healthcare and West Clinic I discovered discrepancies on my Medicare statements.

- The documents in my possession will prove a claim against the transaction.

## JURISDICTION AND VENUE

This Court has jurisdiction over the subject matter and parties pursuant to 28 U.S.C. § 1331, as this case involves questions of federal law. This Court also has jurisdiction pursuant to 28 U.S.C. § 1343 because Plaintiff-Intervenor seeks damages for violation of civil rights.

## CLAIM FOR RELIEF

- Plaintiff-Intervenor is a "person within the jurisdiction of the United States."

- Defendants, their agents, employees, and vendors created a scheme to defraud Plaintiff-Intervenor.

- Defendants' unlawful actions were intentional, willful, malicious, and/or done with reckless disregard to Plaintiff-Intervenor's Identity and Healthcare.

- Defendants, their agents, employees and/or vendors took material adverse actions against Plaintiff-Intervenor by knowingly transferring identification for unlawful use.

Mary Page
Proposed Intervenor

Dated: October 29, 2022

**Extremely Urgent**

This envelope is for use with the following services: UPS Next Day Air®
UPS Worldwide Express℠
UPS 2nd Day Air®

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

Apply shipping documents on this side.

Do not use this envelope for:

UPS Ground
UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited®

Visit **theupsstore.com** to learn more about our Print & Business Services.

RECEIVED
in Clerk's Office
NOV 02 2022
U.S. District Court
Middle District of TN

1748

MARY PAGE
(901) 351-5050
THE UPS STORE #1700
875 W POPLAR AVE
STE 23
COLLIERVILLE TN 38017-2598

SHIP MIDDLE DISTRICT
TO: UNITED STATES DISTRICT COURT
719 CHURCH ST

NASHVILLE TN 37203

UPS NEXT DAY AIR
TRACKING #: 1Z X82 207 01 5860 5578

BILLING: P/P

TN 371 9-02

0.1 LBS   LTR 1 OF 1
SHP WT: LTR
DATE: 31 OCT 2022

2

Serving you for more than 100 years
United Parcel Service.



International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

01880250709  11/18  United Parcel Service

100% Recycled fiber
80% Post-Consumer

# Express Envelope

**The UPS Store**
theupsstore.com • theupsstorefranchise.com