| | |
|---|---|
| **From:** | Roark, Brian <BRoark@bassberry.com> |
| **Sent:** | Wednesday, October 12, 2022 12:51 PM |
| **To:** | sdaltman@verizon.net; Sweet, Kara (USATNM) |
| **Cc:** | Shuford, Wynn (USATNM); rsalcido@akingump.com; jmartin@barrettjohnston.com; bryanvroon@gmail.com |
| **Subject:** | [EXTERNAL] RE: Mediator Report |

No edits. Thanks.

**From:** sdaltman@verizon.net <sdaltman@verizon.net>
**Sent:** Wednesday, October 12, 2022 12:35 PM
**To:** Roark, Brian <BRoark@bassberry.com>; Kara.Sweet@usdoj.gov
**Cc:** Wynn.Shuford@usdoj.gov; rsalcido@akingump.com; jmartin@barrettjohnston.com; bryanvroon@gmail.com
**Subject:** Re: Mediator Report

Brian - any edits?

Steve Altman
Altman Dispute Resolution Services
202 349 1447


-----Original Message-----
From: Roark, Brian <BRoark@bassberry.com>
To: sdaltman@verizon.net <sdaltman@verizon.net>; Kara.Sweet@usdoj.gov <Kara.Sweet@usdoj.gov>
Cc: Wynn.Shuford@usdoj.gov <Wynn.Shuford@usdoj.gov>; rsalcido@akingump.com <rsalcido@akingump.com>; jmartin@barrettjohnston.com <jmartin@barrettjohnston.com>; bryanvroon@gmail.com <bryanvroon@gmail.com>
Sent: Wed, Oct 12, 2022 12:56 pm
Subject: RE: Mediator Report

That sounds good to us also. We would like to see the report as well before it is filed. Thanks.


-Brian



**From:** sdaltman@verizon.net <sdaltman@verizon.net>
**Sent:** Wednesday, October 12, 2022 11:54 AM
**To:** Kara.Sweet@usdoj.gov
**Cc:** Wynn.Shuford@usdoj.gov; rsalcido@akingump.com; jmartin@barrettjohnston.com;

bryanvroon@gmail.com; Roark, Brian <BRoark@bassberry.com>
**Subject:** Re: Mediator Report

thanks. I will fill it out. I do consider the mediation on-going for the time being. I hope to send an email to defendant's counsel tomorrow and speak with them next week. At that point we may consider a recess. Nevertheless, I will fill out the form now. No down side. I will send it to you and ask that you file it. Steve

Steve Altman
Altman Dispute Resolution Services
202 349 1447

-----Original Message-----
From: Sweet, Kara (USATNM) <Kara.Sweet@usdoj.gov>
To: sdaltman@verizon.net <sdaltman@verizon.net>
Cc: Shuford, Wynn (USATNM) <Wynn.Shuford@usdoj.gov>; Robert S. Salcido (rsalcido@akingump.com) <rsalcido@akingump.com>; Jerry Martin <jmartin@barrettjohnston.com>; bryanvroon@gmail.com <bryanvroon@gmail.com>; Roark, Brian <BRoark@bassberry.com>
Sent: Wed, Oct 12, 2022 12:46 pm
Subject: Mediator Report

Steve:

I realize that there may be some confusion over the need to file a mediation report and that there was some discussion about the mediation continuing and that no report would be needed at this time.

However, I came across the below form on the Court's website and wanted to advise you about the need to file a mediator report unless we are viewing every day since Sep. 30 as part of a continuing mediation. For mediations with more than a 5 business day recess, we would need to file the report.

See the form available on the website.

https://www.tnmd.uscourts.gov/sites/tnmd/files/forms/Mediator%20Report%20v3%202021.04.15.pdf

Thanks,

Kara



**Kara F. Sweet**

**Assistant U.S. Attorney**
**Middle District of Tennessee**

U.S. Attorney's Office | 719 Church Street, Suite 3300 | Nashville, Tennessee 37203
T: (615) 401-6598 C: (615) 498-1238

**This email may contain privileged and confidential information and is meant only for the use of the specific intended addressee(s). Your receipt is not intended to waive any applicable privilege. If you have received this email in error, please delete it and immediately notify the sender by separate email.**

Kara