**Sweet, Kara (USATNM)**

| | |
|---|---|
| **From:** | Shuford, Wynn (USATNM) |
| **Sent:** | Thursday, October 20, 2022 11:04 AM |
| **To:** | Roark, Brian; Sweet, Kara (USATNM) |
| **Cc:** | Robert S. Salcido (rsalcido@akingump.com); Chenery, Taylor; Sample, Taylor M.; Webber, Hannah E.; Shuford, Wynn (USATNM) |
| **Subject:** | RE: DRAFT_Joint Status Report 10.19.22.DOCX |

Brian,

The Court stayed the case to allow the parties to focus on mediation and further directed the parties to file a Joint Status Report within 5 business days following the conclusion of mediation. (ECF No. 279.) The United States is prepared to comply with the Order.

We cannot agree to the submission of a Joint Status Report at this time because it is not consistent with the Court's October 14th Order. Regardless, the draft you sent us does not accurately state the parties' position at the September 30th mediation. The United States never agreed to complete expert discovery before continuing the mediation. The Mediator Report accurately reflected that dates were being discussed. (ECF No. 278.) Both the United States and Methodist approved the language in the Mediator Report before it was submitted.

If Methodist is not prepared to comply with the Court's Order, then Methodist will need to seek relief.



**Wynn M. Shuford**
**Assistant U.S. Attorney**
**Middle District of Tennessee**
U.S. Attorney's Office | 719 Church Street, Suite 3300 | Nashville, Tennessee 37203-6940
T: (615) 401-6601 | C: (615) 779-4056
eMail: Wynn.Shuford@usdoj.gov

---

**From:** Roark, Brian <BRoark@bassberry.com>
**Sent:** Wednesday, October 19, 2022 3:17 PM
**To:** Sweet, Kara (USATNM) <KSweet@usa.doj.gov>; Shuford, Wynn (USATNM) <WShuford@usa.doj.gov>
**Cc:** Robert S. Salcido (rsalcido@akingump.com) <rsalcido@akingump.com>; Chenery, Taylor <TChenery@bassberry.com>; Sample, Taylor M. <taylor.sample@bassberry.com>; Webber, Hannah E. <hannah.webber@bassberry.com>
**Subject:** [EXTERNAL] DRAFT_Joint Status Report 10.19.22.DOCX

Kara and Wynn,

Attached for your review is a draft joint status report. Please let us know if any edits or if you would like to discuss. Thanks.

Brian



**Brian Roark**
Member

**Bass, Berry & Sims PLC**
150 Third Avenue South, Suite 2800 • Nashville, TN 37201
(615)-742-7753 phone • 615-260-5224 cell
broark@bassberry.com • www.bassberry.com
**bio map**

**This email may contain privileged and confidential information and is meant only for the use of the specific intended addressee(s). Your receipt is not intended to waive any applicable privilege. If you have received this email in error, please delete it and immediately notify the sender by separate email.**