IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JEFFREY H. LIEBMAN and DAVID STERN, M.D., <br><br> Relators, <br><br> v. <br><br> METHODIST LE BONHEUR HEALTHCARE and METHODIST HEALTHCARE-MEMPHIS HOSPITALS, <br><br> Defendants. | NO. 3:17-cv-00902 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE HOLMES |

# ORDER

The telephone conference currently set for November 30, 2022, is **RESET** for December 2, 2022, at 10:00 a.m. The Parties shall call 1-866-390-1828, and enter access code 7884640# to be connected to the conference.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE