IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JEFFREY H. LIEBMAN and DAVID STERN, M.D., | )<br>)<br>)<br>) |
| Relators, | )<br>) |
| v. | ) Case No. 3:17-cv-00902<br>)<br>) JUDGE CAMPBELL |
| METHODIST LE BONHEUR HEALTHCARE and METHODIST HEALTHCARE-MEMPHIS HOSPITALS | ) MAGISTRATE JUDGE HOLMES<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

The Court held a telephone status conference on December 2, 2022. For the reasons stated during the telephone conference, the Court **GRANTED** Methodist's Motion to Lift Stay (Doc. No. 281). Accordingly, the stay is hereby lifted, and the Clerk is directed to reopen the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE