IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JEFFREY H. LIEBMAN and DAVID M. STERN, M.D., <br><br>　　　　Plaintiff-Relators, <br><br>v. <br><br>METHODIST LE BONHEUR HEALTHCARE and METHODIST HEALTHCARE-MEMPHIS HOSPITALS, <br><br>　　　　Defendants. | Civil Case No.:   3:17-cv-00902 <br><br>District Judge William L. Campbell, Jr. <br><br>Magistrate Judge Barbara D. Holmes |

## JOINT MOTION TO REINSTATE DISCOVERY MOTIONS AND FOR DISCOVERY CONFERENCE

On October 14, 2022, Judge Campbell issued an Order staying this matter and administratively closing the case. (Dkt. No. 279.) Also on October 14, 2022, Magistrate Judge Holmes issued an Order denying without prejudice pending discovery motions, subject to refiling the motions if the case is reopened.[1] (Dkt. No. 280.) On December 2, 2022, Judge Campbell issued an order lifting the stay in this matter and reopening the case. (Dkt. No. 289.)

The United States and Defendants Methodist Le Bonheur Healthcare and Methodist Healthcare – Memphis Hospitals (collectively, "Methodist") submit this Joint Motion to reinstate the previously pending motions and for a discovery conference with the Court relating to the discovery disputes addressed therein, including: (i) whether Methodist may withhold as privileged

---

[1] The United States also sought an extension of the expert discovery deadlines in light of the pending fact discovery disputes (Dkt. No. 277), which Methodist opposed and to which it had not responded when the stay was issued. The parties recognize that the Court will need to enter a new Case Management Order, which necessarily will address expert discovery.

certain communications and documents that were sent to or from Methodist's outside consultants and appraisers, as well as communications relating to fair market value opinions on which Methodist purports to rely in defending the allegations in this action (Dkt. No. 266); (ii) the United States' responses to certain of Methodist's discovery requests (Dkt. No. 270); (iii) the United States' objections to Topic Nos. 1, 4, 5 and 6 of Methodist's Notice of Fed. R. Civ. P. 30(b)(6) Deposition to the United States (Dkt. No. 272); (iv) Methodist's assertion of privilege over certain communications involving senior management for The West Clinic, P.C. ("West"), who also were leased to Methodist (Dkt. No. 272); and (v) whether the United States may exceed the ten-deposition limit to depose a corporate representative of West[2] and to extend the September 23, 2022 fact discovery deadline to also depose two non-party witnesses (Dkt. No. 272). The parties' respective positions on those disputes are set forth in the Joint Discovery Dispute Statements filed simultaneously with the Joint Motions for Discovery Conferences. (Dkt. Nos. 257, 265, 271, 273.)

Dated: December 6, 2022

                                        Respectfully submitted,

                                        */s/ Brian D. Roark*
                                        Brian D. Roark
                                        J. Taylor Chenery
                                        Taylor M. Sample
                                        Hannah E. Webber
                                        BASS, BERRY & SIMS PLC
                                        150 Third Avenue South, Suite 2800
                                        Nashville, TN 37201
                                        Telephone (615) 742-6200
                                        Facsimile (615) 742-6293

---

[2] That deposition was the subject of a motion to quash previously pending before the Court prior to the close of fact discovery. (Dkt. No. 268.)

broark@bassberry.com
tchenery@bassberry.com
taylor.sample@bassberry.com
hannah.webber@bassberry.com

Robert S. Salcido
(Admitted *Pro Hac Vice*)
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 887-4095
rsalcido@akingump.com

*Attorneys for Defendants Methodist Le Bonheur Healthcare and Methodist Healthcare-Memphis Hospitals*


*s/ Kara F. Sweet*
KARA F. SWEET
WYNN M. SHUFORD
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN 37203
Phone: (615) 736-5151
kara.sweet@usdoj.gov
wynn.shuford@usdoj.gov

*Counsel for the United States*

3

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on the following counsel via the Court's CM/ECF email notification system on this the 6th day of December, 2022:

Bryan A. Vroon
Law Offices of Bryan A. Vroon, LLC
1766 West Paces Ferry Road
Atlanta, GA 30327
(404) 441-9806
bryanvroon@gmail.com

Jerry E. Martin
Seth Marcus Hyatt
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com

Edward D. Robertson, Jr.
Bartimus Frickleton Robertson Rader PC
109 B East High Street
Jefferson City, MO 65101
(573) 659-4454
crobertson@bflawfirm.com

                                                                                                  */s/ Brian D. Roark*