IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ) <br> JEFFREY H. LIEBMAN, and DAVID M. ) <br> STERN, M.D. ) <br> ) <br> v. ) <br> ) <br> METHODIST LE BONHEUR HEALTHCARE, ) <br> And METHODIST HEALTHCARE-MEMPHIS ) <br> HOSPITALS ) | No. 3:17-0902 <br> Campbell/Holmes |

**ORDER**

Pending before the Court is the parties' joint motion to reinstate discovery conference motions and for a discovery conference (Docket No. 290), which is GRANTED. A discovery hearing will be held in on **December 20, 2022, at 10:00 a.m.**[1] in Courtroom 3D, Fred D. Thompson U.S. Courthouse, 719 Church Street, Nashville, Tennessee 37203.

The Clerk is directed to reinstate the following filed matters as pending motions for the Court's resolution: Docket No. 265, Docket No. 268, Docket No. 271, Docket No. 273, and Docket No. 277.[2] If any of these matters are resolved, either partially or in full, before the December 20 discovery hearing, the parties must promptly notify the Court by the filing of a joint notice of resolution of discovery dispute that identifies the specific issue or dispute resolved.

---

[1] The parties and their counsel are put on notice that the Court intends to proceed expeditiously with the discovery conference. Not only does the Court have criminal matters set for the afternoon of December 20, but the parties have also had ample opportunity to make their best arguments in their written filings. Counsel should limit their presentations and arguments to highlights and not restate everything in their prior filings.

[2] The Court recognizes that these docket entries include joint discovery dispute statements rather than the originally-filed motions for discovery conferences. Designation of the joint discovery dispute statements as pending motions will assist the Court in identifying the matters for resolution.

By no later than **December 16, 2022**, Defendants must file any response in opposition to Plaintiffs' motion to extend the expert discovery deadline. (Docket No. 277.) Additionally, by no later than **December 16, 2022**, the parties must file a proposed Seventh Modified Case Management Order (with a Word formatted copy separately emailed to the Courtroom Deputy), which must accommodate the current trial date of November 7, 2023.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge