# EXHIBIT
# 1

KROGER PHARMACY 02500481 DATE: 03/02/2017
**3685 HOUSTON LEVEE RD** COLLIERVILLE, TN 38017
PHONE: (901) 854-2707 STORE: 02500481 NCPDP: 4435031
**MARY PAGE** 08/05/49 **NEW**

**RX# 6138818** TX: 0000828225 DAW: 0
ANASTROZOLE 1 MG TABLET
NDC: 16729-0035-10 QTY: 30 DAYS: 30
MEDCO HEALTH AUTH # : ECPNRH3
1.00 REFILL OF 30 UNTIL 01/25/2018
**PRICE: $12.65**
YOUR INSURANCE BENEFIT SAVED YOU: $37.84

3504 MILFORD COVE
COLLIERVILLE, TN 38017
PHONE: (901) 652-2005
PRESCRIBER:
**L SCHWARTZBERG**
NPI: 1306878228
RPH: TS
D.E. : _ _ _

KROGER P; RMACY 02500481
3685 HOUS; 'N LEVEE RD
COLLIERVIL; TN 38017
PH:(901)8_4-2707 NCPDP:44350
DATE:03/02/2017
**MARY PAGE**
ANASTROZOLE 1 MG TABLET
NDC: 16729-0035-10 QTY:
**RX# 6138818** TX: 0000828225
PRESCRIBER: **L SCHWARTZBERG**
**PRICE: $12.65** NE

**PRODUCT INFORMATION:**
**DRUG: ANASTROZOLE 1 MG TABLET**
**GENERIC NAME:** ANASTROZOLE - ORAL - Information last revised September 2016. Copyright(c) 2016 First Databank, Inc.
**16729-0035-10**
**Color:** WHITE **Imprint 1:** AHI
**Shape:** ROUND

**USES:** Anastrozole is used to treat breast cancer in women after menopause. Some breast cancers are made to grow faster by a natural hormone called estrogen. Anastrozole decreases the amount of estrogen the body makes and helps to slow or reverse the growth of these breast cancers.

**HOW TO USE:** Read the Patient Information Leaflet if available from your pharmacist before you start taking anastrozole and each time you get a refill. If you have any questions, ask your doctor or pharmacist. Take this medication by mouth with or without food as directed by your doctor, usually once a day. Use this medication regularly to get the most benefit from it. To help you remember, take it at the same time each day. Do not increase your dose or use this drug more often or for longer than prescribed. Your condition will not improve any faster, and your risk of serious side effects will increase. Since this drug can be absorbed through the skin and lungs and may harm an unborn baby, women who are pregnant or who may become pregnant should not handle this medication or breathe the dust from the tablets.

**SIDE EFFECTS:** Hot flashes, headache, trouble sleeping, dizziness, stomach upset, nausea/vomiting, constipation, diarrhea, loss of appetite, weight gain, tiredness/weakness, increased coughing, or sore throat may occur. If any of these effects last or get worse, tell your doctor or pharmacist promptly. Remember that your doctor has prescribed this medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects. Tell your doctor right away if you have any serious side effects, including: bone pain, easily broken bones, joint stiffness/pain, muscle pain/stiffness, mental/mood changes (such as depression), numb/tingling skin, swelling hands/ankle/feet, shortness of breath, unusual vaginal discharge/bleeding/burning/itching/odor, pain/redness/swelling of arms or legs, vision changes, signs of liver disease (such as nausea/vomiting that doesn't stop, stomach/abdominal pain, yellowing eyes/skin, dark urine). Get medical help right away if you have any very serious side effects, including: chest/jaw/left arm pain, confusion, trouble speaking, weakness on one side of the body. A very serious allergic reaction to this drug is rare. However, get medical help right away if you notice any symptoms of a serious allergic reaction, including: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing. This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist.

# EXHIBIT

# 2

CMS.gov
Centers for Medicare & Medicaid Services

Search

Medicare | Medicaid/CHIP | Medicare-Medicaid Coordination | Private Insurance | Innovation Center | Regulations & Guidance | Research, Statistics, Data & Systems | Outreach & Education

Innovation Center Home > Innovation Models > Where Innovation is Happening

# Where Innovation is Happening

*The Innovation Center develops new payment and service delivery models in accordance with the requirements of section 1115A of the Social Security Act. Additionally, Congress has defined, both through the Affordable Care Act and previous legislation, a number of specific demonstrations to be conducted by CMS.*

**How to use this map:** This map can shows the Innovation Models run at the State level (in orange) as well as the health care facilities where Innovation Models are being tested (in blue). In the default view of this map, a user should select the Model(s) to display. To create a filtered view, use the check-boxes to select the desired Models to display, and/or use the drop-down menu to go directly to a particular state or to zoom back out to the national view.

## Current View: Tennessee

Models run at the State level
Health care facilities where Innovation Models are being tested

Tennessee
Go There
Models
Next Generation ACO Model
Oncology Care Model
Part D Enhanced Medication Therapy Management Model
Pioneer ACO Model
Primary Care First Model Options
Walnut Grove Rd
S Walnut Bend Rd
Agricenter International
Wolf River Nature Area
Wolf River Blvd
Wolf River Blvd
River
Mysen Dr
West Clinic, P.C.
7945 Wolf River Boulevard
Germantown TN
Model: Oncology Care Model
Category: Episode-based Payment Initiatives
2

# EXHIBIT

# 3



BlueCross BlueShield of Tennessee
An Independent Licensee of the BlueCross BlueShield Association

® Registered Marks of the BlueCross BlueShield Association, an Association of Independent BlueCross BlueShield Plans

BlueCross BlueShield of Tennessee, Inc.
One Cameron Hill Circle
Chattanooga, Tennessee 37402
1-800-725-6849

## PREMIUM NOTICE

000434

PAGE, MARY G
3504 MILFORD COVE
Collierville TN 38017

GROUP ID: 123776
SUBGROUP ID: 0001
SUBSCRIBER ID: 906157188
DUE DATE: 02/01/23
BILLING FROM: 02/01/23
BILLING THRU: 02/28/23
STATEMENT NO: 230010040608

PREVIOUS TOTAL DUE $237.95

TOTAL PAYMENTS AND ADJUSTMENTS $237.95-

OUTSTANDING BALANCE AS OF: 01/01/23 $0.00

CURRENT PERIOD BILLING

| BENEFIT OPTION | PLAN ID | FAMILY INDICATOR | AMOUNT |
|---|---|---|---|
| MEDICAL F | 6BEFA000 | C | $237.95 |

CURRENT PERIDD TOTAL $237.95

ADJUSTMENT TOTAL $0.00

TOTAL AMOUNT DUE $237.95

Go green! Pay your bill online at bcbst.com. Sign up for BlueAccess to make online payments, review your benefits and claims, get health information, find exclusive discounts with BluePerks and much more!

**CERTIFICATE OF SERVICE**

I, Mary Page hereby certify that on January 24th, 2023, a true and correct copy of the foregoing was served via email to the following:

Bryan A. Vroon
Law Offices of Bryan A. Vroon, LLC
1766 West Paces Ferry Road
Atlanta, GA 30327
(404) 441-9806
bryanvroon@gmail.com

Jerry E. Martin
Seth Marcus Hyatt
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com

Edward D. Robertson , Jr.
Bartimus Frickleton Robertson Rader PC
109 B East High Street
Jefferson City, MO 65101
(573) 659-4454
crobertson@bflawfirm.com

Kara F. Sweet

U.S. Attorney's Office (Nashville Office)

Middle District of Tennessee

110 Ninth Avenue, S

Suite A961

Nashville, TN 37203-3870

(615) 401-6598

kara.sweet@usdoj.gov


Wynn M. Shuford

U.S. Attorney's Office (Nashville)

719 Church Street

Suite 3300

Nashville, TN 37203

615-401-6601

Wynn.Shuford@usdoj.gov

Brian D. Roark

J. Taylor Chenery

Taylor M. Sample

Hannah E. Webber

BASS, BERRY & SIMS PLC

150 Third Avenue South, Suite 2800

Nashville, TN 37201

Telephone (615) 742-6200

Facsimile (615) 742-6293

broark@bassberry.com

tchenery@bassberry.com

taylor.sample@bassberry.com

hannah.webber@bassberry.com


Robert S. Salcido

(Admitted Pro Hac Vice)

Akin Gump Strauss Hauer & Feld LLP

2001 K Street, N.W.

Washington, DC 20006

(202) 887-4095

rsalcido@akingump.com