UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF TENNESSEE ex rel. JEFFREY H. LIEBMAN and DAVID M. STERN, M.D. <br><br> Plaintiff, <br><br> v. <br><br> METHODIST LE BONHEUR HEALTHCARE, METHODIST HEALTHCARE-MEMPHIS HOSPITALS, <br><br> Defendants. | Case No. 3:17-CV-00902 <br><br> District Judge William L. Campbell, Jr. <br><br> Magistrate Judge Barbara D. Holmes |

INDEX OF EXHIBITS TO DEFENDANTS'
STATEMENT OF UNDISPUTED MATERIAL FACTS

| Exhibit No. | Document Description |
|---|---|
| *Declarations* | |
| Exhibit 1 | Declaration of Todd Tillmanns, MD |
| Exhibit 2 | Declaration of Sylvia Richey, MD |
| Exhibit 3 | Declaration of Matthew Ballo, MD |
| Exhibit 4 | Declaration of David Portnoy, MD |
| Exhibit 5 | Declaration of Michael Berry, MD |
| Exhibit 6 | Declaration of Gary Shorb |
| Exhibit 7 | Declaration of Chris McLean |
| Exhibit 8 | Declaration & Report of Todd Mello |
| Exhibit 9 | Declaration & Report of Gregory Russo |
| Exhibit 10 | Declaration of Brian Roark |
| *Affiliation Documents* | |
| Exhibit 11 | Professional Services Agreement ("PSA") |
| Exhibit 12 | Management Service Agreement ("MSA") |
| Exhibit 13 | Asset Purchase Agreement ("APA") |
| Exhibit 14 | Leased Employee and Administrative Services Agreement ("LEA") |
| Exhibit 15 | Unwind Agreement ("UA") |
| Exhibit 16 | 2019 Real Estate Purchase and Sale Agreement |
| Exhibit 17 | 2019 Asset Purchase Agreement |
| Exhibit 18 | [Intentionally Left Blank] |

1

| | |
|---|---|
| Exhibit 19* | West Request for Proposal ("RFP") |
| Exhibit 20* | Strategic Alliance Proposal to West Clinic ("RFP Response") |
| *FMV and Related Documents* | |
| Exhibit 21 | 2011 ECG Fair Market Value Opinion ("FMV") |
| Exhibit 22 | 2016 ECG Fair Market Value Opinion ("FMV") |
| Exhibit 23 | 2016 ECG Radiation Oncology Fair Market Value Opinion ("FMV") |
| Exhibit 24 | Healthcare Appraisers, Inc. ("HAI") Engagement Letter |
| Exhibit 25 | 2012 HAI Fair Market Value Opinion ("FMV") |
| Exhibit 26 | Email regarding MSA Fair Market Value Opinion ("FMV") |
| Exhibit 27* | Email with Altegra Fair Market Value Opinion ("FMV") |
| Exhibit 28 | 2016 Pinnacle Fair Market Value Opinion ("FMV") |
| Exhibit 29 | 2014 Annual Report |
| Exhibit 30* | 2017 Pinnacle Fair Market Value Opinion ("FMV") |
| Exhibit 31 | 2011 Horne Fair Market Value Opinion ("FMV") |
| Exhibit 32 | APA Promissory Note |
| Exhibit 33 | APA Sources & Uses |
| *Operations* | |
| Exhibit 34 | PwC Oncology Service Line Baseline Assessment |
| Exhibit 35* | Feb. 2013 CPQ Minutes |
| Exhibit 36* | 2012 Strategic Presentation |
| Exhibit 37 | Schwartzberg Medical Directorship Agreement ("MDA") |
| Exhibit 38 | Tauer Medical Directorship Agreement ("MDA") |
| Exhibit 39 | Steering Committee Meeting #1 |
| Exhibit 40 | Steering Committee Meeting #2 |
| Exhibit 41 | Overhead Allocation 2012-2017 |
| Exhibit 42 | Overhead Allocation 2012-2018 |
| Exhibit 43* | Email regarding Overhead Allocation |
| Exhibit 44 | June 12, 2013 Cancer Council Minutes |
| Exhibit 45 | Aug. 14, 2013 Cancer Council Minutes |
| Exhibit 46 | Dec. 4, 2013 Operations Committee Minutes |
| *Depositions* | |
| Exhibit 47 | Excerpts of Deposition of Erich Mounce |
| Exhibit 48 | Excerpts of Deposition of Chuck Lane |
| Exhibit 49 | Excerpts of Deposition of Chris McLean Volume I |
| Exhibit 50 | Excerpts of Deposition of Gary Shorb |
| Exhibit 51 | Excerpts of Deposition of Michael Ugwueke |
| Exhibit 52 | Excerpts of Deposition of Scott Safriet |
| Exhibit 53 | Excerpts of Deposition of Lee Schwartzberg |
| Exhibit 54 | Excerpts of Deposition of Kurt Tauer |

---

* West Clinic has agreed that Methodist may publicly file this document that it previously designated as Confidential. (*See* Dkt. No. 108.)

| | |
|---|---|
| Exhibit 55 | Excerpts of Deposition of Bradley Somer |
| Exhibit 56 | Excerpts of Deposition of Chris McLean Volume II |
| Exhibit 57 | Excerpts of Deposition of David Stern |
| Exhibit 58 | Excerpts of Deposition of Jeffrey Liebman |
| Exhibit 59 | Excerpts of 30(b)(6) Deposition of Michael Petron |
| Exhibit 60 | Excerpts of 30(b)(6) Deposition of Lucy Carter |
| Exhibit 61 | Excerpts of 30(b)(6) Deposition of Tim Smith |
| Exhibit 62 | Excerpts of Expert Deposition of Lucy Carter |
| Exhibit 63 | Excerpts of Expert Deposition of Tim Smith |
| *Discovery* | |
| Exhibit 64 | Barkley, Ronald R. & Guidi, Teri U, "Oncologist-Hospital Alignment Models Built to Compensate Oncologists Fairly," JOURNAL OF ONCOLOGY PRACTICE (July 2011). |
| Exhibit 65 | July 25, 2022 United States' Objections and Responses to Defendants' First Set of Interrogatories |
| Exhibit 66 | Dec. 19, 2022 United States' Supplemental Objections and Responses to Defendants' First Set of Interrogatories to the United States |
| Exhibit 67 | Jan. 25, 2023 United States' Supplemental Objections and Responses to Defendants' First Set of Interrogatories to the United States |
| Exhibit 68 | Feb. 10, 2023 United States' Supplemental Objections and Responses to Defendants' First Set of Interrogatories to the United States |
| Exhibit 69 | Notice of Taking FED. R. CIV. P. 30(b)(6) Deposition of Plaintiff United States (Aug. 19, 2022) |
| Exhibit 70 | United States' Objections to Defendants' Notice of Taking Rule 30(b)(6) Deposition of the United States (Sep. 13, 2022) |
| Exhibit 71 | Amended Notice of Taking FED. R. CIV. P. 30(b)(6) Deposition of Plaintiff United States (Jan. 16, 2023) |
| Exhibit 72 | The United States' Objections to Defendants' Notice of Taking Rule 30(b)(6) Deposition of the United States (Jan. 24, 2023) |

DATED this the 14th day of April, 2023.

Respectfully submitted,

/s/ Brian D. Roark
Brian D. Roark
J. Taylor Chenery
Taylor M. Sample
Hannah E. Webber
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293
broark@bassberry.com

3

tchenery@bassberry.com
taylor.sample@bassberry.com
hannah.webber@bassberry.com

Robert S. Salcido
(Admitted *Pro Hac Vice*)
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 887-4095
rsalcido@akingump.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the foregoing has been served on the following counsel via the Court's CM/ECF email notification system on this the 14th day of April, 2023:

Bryan A. Vroon
Law Offices of Bryan A. Vroon, LLC
1766 West Paces Ferry Road
Atlanta, GA 30327
(404) 441-9806
bryanvroon@gmail.com

Jerry E. Martin
Seth Marcus Hyatt
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com

Edward D. Robertson, Jr.
Bartimus Frickleton Robertson Rader PC
109 B East High Street
Jefferson City, MO 65101
(573) 659-4454
crobertson@bflawfirm.com

Kara F. Sweet
Wynn M. Shuford
U.S. Attorney's Office
Middle District of Tennessee
719 Church Street
Suite 3300
Nashville, TN 37203
(615) 401-6598
kara.sweet@usdoj.gov
wynn.shuford@usdoj.gov

                                                                  /s/ Brian D. Roark