# EXHIBIT 58

# UNITED STATES of AMERICA

## vs

# METHODIST LE BONHEUR HEALTHCARE, et al.

## Volume 2

### JEFFREY LIEBMAN

### January 27, 2023



**Terri Beckham, RPR, RMR, CRR**

Chattanooga (423)266-2332  Jackson (731)425-1222
Knoxville (865)329-9919  Nashville (615)595-0073  Memphis (901)522-4477
www.elitereportingservices.com

Page 129

1 meetings held either near or in the corporate
2 offices or the meetings were held in Germantown.
3 Those are the only two places I remember meetings
4 being held. There was one meeting, I believe, in
5 the consultants' meetings we talked about earlier.
6 I think one of them was held at a restaurant.
7 Q. Do you know if the relationship between West
8 and Methodist was renewed?
9 A. I do not.
10 Q. You mentioned that Methodist wanted to
11 increase market share. Was that a concern to you?
12 A. Increasing market share is not a concern.
13 How you increase market share might be a concern for
14 me.
15 Q. Did you have concerns about how Methodist
16 wanted to increase market share?
17 A. Yes.
18 Q. What was that concern?
19 A. My concern was that they were trying to
20 incentivize the group to change their referral
21 patterns away from the hospitals the private group
22 had used for over 20 years to Methodist in exchange
23 for economic benefits.
24 Q. What were those economic benefits?
25 A. It was free rent, it was development of

Page 130

1 facilities that they could use, it was my concern
2 whether or not the doctors -- the funneling of the
3 money was going to increase the doctors'
4 reimbursement or compensation.
5 Q. Do you know how the doctors were compensated?
6 A. From Methodist?
7 Q. Yes.
8 A. I do not.
9 Q. Do you know if their compensation increased
10 during the affiliation?
11      MR. VROON: Object to the form.
12      THE WITNESS: Comments were made that
13 their compensation did go up, but I do not have -- I
14 was not part of that development of whatever the
15 reimbursement was between the Methodist system and
16 the doctors.
17 BY MR. CHENERY:
18 Q. Which West doctors' compensation went up
19 during the affiliation?
20 A. I cannot tell you offhand who went up and who
21 went down.
22 Q. You mentioned the economic benefit of the
23 rent. Is that the rent we discussed earlier related
24 to the freestanding cancer center?
25 A. Yes.

Page 131

1 Q. And you mentioned development of facilities.
2 What facilities are those?
3 A. Well, the Germantown facility was developed.
4 Services and key personnel, key doctors, very
5 qualified doctors, were moved from the most densely
6 populated part of the service area out to the what
7 you would call a much more sparsely populated area,
8 so they -- for the convenience of the doctors and
9 the development of new facilities.
10 Q. Did you consider the development of new
11 facilities to be improper?
12 A. I considered moving the services out to the
13 suburbs without -- was -- was peculiar to me because
14 you're moving from the most densely populated
15 population, where they didn't have a lot of access
16 to healthcare, to a more suburban location where
17 fewer people lived.
18 Q. Do you consider the development of facilities
19 to be a misuse of 340B savings?
20 A. I'm sorry. Can you ask me that again? The
21 development of facilities? Can you repeat the
22 question?
23      MR. CHENERY: Terri, could you read that
24 back, please.
25      MR. VROON: Object to the form.

Page 132

1      THE WITNESS: Yeah, I think that
2 facilities should be developed corresponding to
3 where the patient needs are.
4 BY MR. CHENERY:
5 Q. You mentioned free access to certain services
6 at the cancer center. What services were those?
7 A. When we would -- we could never figure out
8 how certain employees were being supported or -- at
9 least when we were designing the new facility that
10 was going to be in Memphis at the university
11 hospital, we could never get our hands around was
12 every employee going to be charged back or not, who
13 was on what payroll. It was a very confusing
14 system. And it looked from afar that certain
15 services and employees were not necessarily being
16 accounted for appropriately.
17 Q. What do you mean, "accounted for
18 appropriately"?
19 A. Well, if there are employees that were on one
20 payroll and leased back to another, then there
21 should have been some sort of accounting or
22 mechanism for me to understand.
23 Q. What do you mean by one payroll or another?
24 A. Well, if -- sometimes there were employees
25 who sat on the West Clinic payroll but were paid by

Case 3:17-cv-00902 Document 222-58 Filed 04/14/23 Page 3 of 5 PageID #: 8653
Elite-Brentwood Reporting Services *(615)595-0073  129..132
www.EliteReportingServices.com

Page 157

1 **A. No.**
2 Q. Did you ever hear anyone at Methodist talking
3 about these incidents after the January 2017 final
4 warning letter?
5     MR. VROON: Objection.
6     **THE WITNESS: Yeah, I'm not sure I**
7 **understand the question. Talking to me?**
8 BY MR. CHENERY:
9 Q. Did you ever hear about anyone talking about
10 the allegations that Ms. Holt raised?
11     MR. VROON: Object to the form.
12     **THE WITNESS: I don't remember it,**
13 **hearing that.**
14 BY MR. CHENERY:
15 Q. So is it fair to say that Methodist, after
16 issuing the final warning letter, was discreet about
17 this investigation?
18     MR. VROON: Object to the form.
19     **THE WITNESS: I would not know if they**
20 **were discreet or not.**
21 BY MR. CHENERY:
22 Q. What was your reaction to receiving the final
23 warning letter?
24 **A. Well, I anticipated getting a warning. I was**
25 **surprised at the content, but I had decided already**

Page 158

1 **that I was going to sign it, so I did.**
2 Q. Did receiving the final warning letter and
3 its contents make you angry?
4     MR. VROON: Object to the form.
5     **THE WITNESS: I'm sorry. Your**
6 **statement -- your question was did I get angry when**
7 **I got the letter?**
8 BY MR. CHENERY:
9 Q. Yes.
10 **A. I expected the letter to come because I had**
11 **been given advanced warning, so I wouldn't say**
12 **angry, I would say surprised by the content.**
13 Q. Were you upset that Methodist issued a final
14 warning letter stating that you would be terminated
15 if another similar incident again arose?
16 **A. No. I had agreed to sign the letter before I**
17 **received it.**
18     MR. VROON: Taylor, we've been going
19 about two hours. Can we take a break whenever you
20 have a -- in a moment, please?
21     MR. CHENERY: Yeah, one -- one more
22 question.
23 BY MR. CHENERY:
24 Q. Did you think, in receiving the final warning
25 letter stating that the next incident would result

Page 159

1 in termination, that by receiving that you were
2 being treated unfairly?
3     MR. VROON: Object to the form.
4     **THE WITNESS: I don't remember what I**
5 **was thinking back then, but, again, I had agreed to**
6 **sign the letter.**
7 BY MR. CHENERY:
8 Q. And you signed the letter, even though you
9 believed all of the allegations in it were false?
10 **A. Well, I don't remember specifically what was**
11 **in my head when I read the letter and signed it, but**
12 **I do remember that we had agreed upon that we were**
13 **going to have a written warning and that everything**
14 **would go back to the way it was.**
15     MR. CHENERY: Okay. We can go off the
16 record here, take a break.
17     THE VIDEOGRAPHER: We are off the
18 record. The time is 11:03.
19     (Recess observed from 11:03 a.m. to
20 11:26 a.m.)
21     THE VIDEOGRAPHER: We are on the record.
22 The time is 11:26.
23 BY MR. CHENERY:
24 ==Q. Mr. Liebman, how long after you received the==
25 ==January 2017 final written warning did you file your==

Page 160

1 ==lawsuit against Methodist?==
2 ==**A. I don't recall exactly. It was months later.**==
3 Q. Do you recall that it was May 2017?
4 **A. I'm sure there's a date on it, I just don't**
5 **remember the exact date.**
6     MR. CHENERY: Paige, could you pull up
7 the exhibit that's already been marked 242?
8     (Whereupon, Exhibit 242 was presented.)
9     THE VIDEOGRAPHER: That has been shared,
10 Exhibit 242.
11     (Discussion off the record.)
12 BY MR. CHENERY:
13 Q. Mr. Liebman, do you see in the footer of that
14 document --
15     MR. VROON: Excuse me, Taylor, I'm
16 sorry. It's not downloaded quite yet.
17     MR. CHENERY: Sure.
18     Mr. Liebman, let me know when you have
19 it loaded.
20     And Bryan, I'm just going to ask a
21 question about the first page, which contains the
22 file date.
23     MR. VROON: Okay. I can see it now.
24     Jeff, can you see it?
25     **THE WITNESS: Not yet. It's not quite**

Page 173

1   Do you recall submitting your resignation --
2 let me back up. Do you remember to whom you
3 submitted your resignation?
4 A.  I --
5       MR. VROON: Object to the form.
6       Excuse me. Object to the form.
7 BY MR. CHENERY:
8 Q.  Sorry, Mr. Liebman. If you answered I
9 couldn't --
10 A.  Yeah, I told Michael Ugwueke I was going to
11 resign in a meeting with him.
12 Q.  Did you participate in an executive committee
13 meeting on August 25, 2017?
14 A.  No.
15 Q.  Have you ever been terminated or asked to
16 resign from any employment position other than your
17 employment with Methodist?
18       MR. VROON: Object to the form.
19       THE WITNESS: I don't recall. I don't
20 recall being terminated or asked to resign. And I
21 don't recall being asked to resign from Methodist.
22 I resigned from Methodist because I had already --
23 well, two things. One, I had already arranged for
24 employment elsewhere, and I could tell from the
25 meeting with Michael Ugwueke, after his comments to

Page 174

1 me, that we couldn't work together anymore.
2 BY MR. CHENERY:
3 Q.  I'll try and ask my question in a clearer
4 way.
5     I'm not asking about your employment with
6 Methodist. Other employment positions; have you
7 ever been terminated or asked to resign from other
8 positions?
9 A.  I'm trying to think back. I think in --
10 early in my career I was asked to resign when I was
11 at Washington Hospital Center 20-something years
12 ago.
13 Q.  Why were you asked to resign there?
14 A.  There was a restructuring. My original boss
15 left, a new boss came in.
16 Q.  Any other reasons other than the
17 restructuring?
18 A.  Not that I remember, no.
19 Q.  When did you line up other employment while
20 you were employed at Methodist?
21 A.  I was recruited in July to MetroWest.
22 Q.  Who recruited you?
23 A.  The chairman of the board.
24 Q.  Were you seeking other employment at that
25 point?

Page 175

1 A.  I was -- I wouldn't -- I was looking, but I
2 wasn't out there, like, really, really actively
3 looking, but I was looking around.
4 Q.  In July 2017?
5 A.  Yes.
6 Q.  Was Methodist's affiliation with the West
7 Clinic still in place when you left Methodist in
8 August 2017?
9 A.  I believe it was.
10 Q.  Do you have any personal knowledge about the
11 circumstances of unwinding that affiliation?
12 A.  I do not.
13 Q.  Mr. Liebman, do you recall that before the
14 first portion of your deposition was suspended in
15 September, we had begun to discuss a committee
16 called the Cancer Council, or Cancer Center
17 Executive Council?
18 A.  I recall there was a committee that was
19 called that, yeah.
20       MR. CHENERY: Paige, could you please
21 share Tab 5.
22       THE VIDEOGRAPHER: Five has been shared
23 and that would be Exhibit 266.
24       MR. CHENERY: Thank you.
25 ///

Page 176

1       (Whereupon, Exhibit 266 was marked.)
2       THE WITNESS: (Reviewing.) Okay.
3 BY MR. CHENERY:
4 Q.  Do you see at the top of the first page of
5 this document, Cancer Center Executive Council
6 Meeting Minutes, February 11, 2015?
7 A.  Yeah.
8 Q.  And do you see your name listed in the column
9 of non-council members present?
10 A.  I do.
11 Q.  My questions relate -- if you see the numbers
12 that are stamped in the bottom right-hand corner of
13 each page, this will be I believe the sixth page of
14 document. The number in the bottom right-hand
15 corner, MLH_021702?
16 A.  I'm sorry, 021...
17 Q.  702.
18 A.  I'm just looking for it. Hang on. Yes, I
19 see that page.
20 Q.  Do you see around the middle or just below
21 the middle of the page there's a bullet point, "OR
22 Room turnaround times"?
23 A.  I see that.
24 Q.  Then it has your name, J. Liebman, listed
25 next to that?