IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LIEBMAN, *et al.*, | Case No.: 3:17-cv-00902 |
| Plaintiff-Relators, | JUDGE CAMPBELL |
| v. | MAGISTRATE JUDGE HOLMES |
| METHODIST LE BONHEUR HEALTHCARE, *et al.*, | |
| Defendants. | |

**UNITED STATES' MOTION FOR LEAVE
TO FILE CERTAIN EXHIBITS UNDER SEAL**

The United States respectfully moves the District Court pursuant to Local Rule 5.03 for leave to file these documents under seal:

ECF Nos. 352-1, 352-3, 352-4, 352-5, and 352-10

ECF Nos. 353-4, 353-6, 353-7, 353-11, 353-14, and 353-19

ECF No. 354-1

ECF Nos. 356-8, 356-9, and 356-11

ECF Nos. 357-1, 357-2, 357-3, and 357-9

ECF No. 358-4

As good cause for the motion, the United States states as follows:

1.      Counsel for non-party West emailed the United States this morning and asked the United States to file the above exhibits under seal pursuant to paragraph three of the confidentiality order in this case concerning documents that a party designates as confidential in that they may contain proprietary business information.  ECF No. 108.

1

2. Counsel for West and the United States have not yet agreed as to whether each of these documents should be sealed, but counsel have agreed to discuss these issues in the coming days and expect that they will come to an agreement during June 2023. If the parties determine that any of the above entries do not need to be sealed, they will promptly advise the Court.

3. Counsel for the Methodist Defendants consents to this motion.

          Respectfully submitted,

          HENRY C. LEVENTIS
          United States Attorney
          Middle District of Tennessee

By:    s/ Ellen Bowden McIntyre
        ELLEN BOWDEN MCINTYRE
        WYNN M. SHUFORD
        Assistant United States Attorneys
        United States Attorney's Office
        719 Church Street, Suite 3300
        Nashville, TN 37203
        Phone: (615) 736-5151
        ellen.bowden2@usdoj.gov
        wynn.shuford@usdoj.gov

*Counsel for the United States*

# CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023, a true and correct copy of the foregoing was served via email to the following:

| | |
|---|---|
| Bryan A. Vroon<br>Law Offices of Bryan A. Vroon, LLC<br>1380 West Paces Ferry Road, Suite 2270<br>Atlanta, GA  30327<br>Email:  bryanvroon@gmail.com | Edward D. Robertson, Jr.<br>Bartimus, Frickleton & Robertson<br>715 Swifts Highway<br>Jefferson City, MO  65109<br>Email: crobertson@bflawfirm.com |
| Jerry E. Martin<br>David Rivera<br>Seth Marcus Hyatt<br>Barrett Johnston Martin & Garrison, LLC<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN  37219<br>Email: jmartin@barrettjohnston.com<br>Email: shyatt@barrettjohnston.com | Robert Salcido<br>(Admitted *Pro Hac Vice*)<br>Akin Grump Strauss Hauer & Feld LLP<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>Email: rsalcido@akingrump.com |
| Brian D. Roark<br>Anna M. Grizzle<br>J. Taylor Chenery<br>Taylor M. Sample<br>Hannah E. Webber<br>Bass, Berry & Sims PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>Email: broark@bassberry.com<br>Email: agrizzle@bassberry.com<br>Email: tchenery@bassberry.com<br>Email: taylor.sample@bassberry.com<br>Email: hannah.webber@bassberry.com | John-David H. Thomas, Esq.<br>Andrew F. Solinger, Esq.<br>HOLLAND & KNIGHT LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Email: jd.thomas@hklaw.com<br>Email: Andrew.solinger@hklaw.com |

s/ Ellen Bowden McIntyre
ELLEN BOWDEN MCINTYRE
Assistant United States Attorney