# EXHIBIT D

# UNITED STATES of AMERICA

## vs

# METHODIST LE BONHEUR HEALTHCARE, et al.

# TIM SMITH

# March 21, 2023



Jeannie Chaffin, LCR

Chattanooga (423)266-2332   Jackson (731)425-1222
Knoxville (865)329-9919   Nashville (615)595-0073   Memphis (901)522-4477
www.elitereportingservices.com

Page 33

1 relevant to the opinions you're offering in
2 this matter?
3 A. Not currently. I am the chair of a new
4 organization that is going to be -- that is
5 currently now offering a compensation valuation
6 credential. It's the only thing in the
7 industry. I'm the chair of the credential
8 committee.
9 Q. Okay. So that may be a new accreditation
10 that's available in the future?
11 A. Yes, that will be coming. But I
12 currently -- no one currently has. We haven't
13 even done all the training yet. That's what
14 I've got to work on next week, actually.
15 Q. As of -- as of now there are no
16 accreditations that you hold beyond the ABV
17 accreditation relevant to this matter?
18 A. Yes.
19 Q. You haven't attended law school?
20 A. No.
21 Q. And don't hold yourself out as a legal
22 expert, correct?
23 A. That's correct.
24 Q. And you don't hold any compliance
25 certifications?

Page 34

1 A. No, I don't.
2 Q. There are -- you're aware that there are
3 various compliance certifications that are --
4 that are available, correct?
5 A. Yes.
6 Q. And you don't hold any of those?
7 A. No.
8 Q. Did you go to work at HCA after you left
9 Arthur Andersen?
10 A. No.
11     Would you like for me to give my
12 employment history from Arthur Andersen to --
13 Q. I'll take the answer of no --
14 A. Okay.
15 Q. -- for now.
16     You worked at HCA from 1994 through
17 2008?
18 A. Yeah. So here's -- here's the full story
19 of that. So I initially was -- I was a temp
20 that worked for a company called Medical Care
21 America. That started roughly in May of 1994.
22 Medical Care America was a surgery-center
23 company. That was bought out subsequently that
24 fall -- September, October -- by what was
25 Columbia. Columbia then merged with HCA,

Page 35

1 became Columbia/HCA. And as part of that, I
2 worked -- I continued working for Medical Care
3 America then through that. Now -- then through
4 Columbia/HCA.
5 Q. What positions did you hold when you were
6 working at HCA? What were your titles?
7 A. Yeah. Well, if I may, just one other --
8 to be clear. I want to be clear. So I was an
9 independent contractor up until -- I think I
10 became an employee roughly in January of
11 twenty -- no. 1997. And then I was an
12 employee through, I think, the end of August of
13 2008.
14 Q. Okay.
15 A. Returning to your question: So I
16 originally started as an analyst working for a
17 guy at Medical Care America who was working on
18 development deals for physician practices and
19 IPAs. They were dabbling in that area outside
20 of surgery centers. So I was his analyst who
21 was analyzing those deals.
22 Q. What positions did you hold at HCA after
23 the analyst position?
24 A. So my title -- as I recall, my title when
25 I was an employee during that whole period was

Page 36

1 manager of development.
2 Q. Okay.
3 A. I think was my title. I don't know if it
4 got bumped up to director of development. I
5 can't recall at the moment.
6 Q. Okay.
7 A. But I was in the development department.
8 Q. During the time you were at HCA?
9 A. Yes.
10 Q. Okay. In your report you note that you
11 also served as an ethics and compliance
12 officer. Was that a formal title that you held
13 at HCA?
14 A. That was a designation. My recollection
15 of that is that it was a designation that
16 certain people had. And this emerged post-CIA.
17 As you know, HCA -- or I assume you know, HCA
18 was under CIA from about early 2001 through --
19 I think it went through 2007 with the
20 United States. And as part of that --
21 obviously they had a CIA -- CIA means corporate
22 integrity agreement. Those are common in
23 settlements.
24     HCA had to develop a rather robust,
25 detailed, highly formal structure for

Page 329

```
 1              E R R A T A   P A G E
 2       I, TIM SMITH, having read the foregoing
    deposition, Pages 1 through 328, do hereby certify
 3  said testimony is a true and accurate transcript,
    with the following changes (if any):
 4
 5  PAGE    LINE     SHOULD HAVE BEEN
 6  _____  _____    _____
 7  _____  _____    _____
 8  _____  _____    _____
 9  _____  _____    _____
10  _____  _____    _____
11  _____  _____    _____
12  _____  _____    _____
13  _____  _____    _____
14  _____  _____    _____
15  _____  _____    _____
16  _____  _____    _____
17  _____  _____    _____
18
19
20
21             _____
                       TIM SMITH
22
23  _____
    Notary Public
24
    My Commission Expires: _____
25
```

Page 330

```
 1              C E R T I F I C A T E
 2
 3  STATE OF TENNESSEE
 4  COUNTY OF SUMNER
 5       I, JEANNIE CHAFFIN, Licensed Court Reporter, with
 6  offices in Portland, Tennessee, hereby certify that I reported
 7  the foregoing video deposition of TIM SMITH by machine shorthand
 8  to the best of my skills and abilities, and thereafter the same
 9  was reduced to typewritten form by me.
10       I further certify that I am not related to any of the
11  parties named herein, nor their counsel, and have no interest,
12  financial or otherwise, in the outcome of the proceedings.
13       I further certify that in order for this
    document to be considered a true and correct copy, it
14  must bear my original signature and that any
    unauthorized reproduction in whole or in part and/or
15  transfer of this document is not authorized, will not
    be considered authentic, and will be in violation of
16  Tennessee Code Annotated 39-14-104, Theft of Services.
17
18
19
20  _____
            JEANNIE CHAFFIN, LCR
21          Elite Reporting Services
            Associate Court Reporter and
22          Notary Public State of Tennessee
23          My Notary Commission Expires:  6/7/2025
            LCR #169 - Expires:  6/30/2024
24
25
```

```
 1                E R R A T A   P A G E

 2          I, TIM SMITH, having read the foregoing
    deposition, Pages 1 through 328, do hereby certify
 3  said testimony is a true and accurate transcript,
    with the following changes (if any):
 4

 5  PAGE    LINE      SHOULD HAVE BEEN

 6  _____   _____     _____

 7  _____   _____     _____

 8  _____   _____     _____

 9  _____   _____     _____

10  _____   _____     _____

11  _____   _____     _____

12  _____   _____     _____

13  _____   _____     _____

14  _____   _____     _____

15  _____   _____     _____

16  _____   _____     _____

17  _____   _____     _____

18

19

20

21                    _____
                      TIM SMITH
22

23  _____
    Notary Public
24
    My Commission Expires: _____
25
```

Elite-Brentwood Reporting Services        (615) 595-0073
www.EliteReportingServices.com