# EXHIBIT F

# UNITED STATES of AMERICA

## vs

# METHODIST LE BONHEUR HEALTHCARE, et al.

# CHRIS MCLEAN

# August 11, 2022



Terri Beckham, RPR, RMR, CRR

Chattanooga (423)266-2332   Jackson (731)425-1222
Knoxville (865)329-9919   Nashville (615)595-0073   Memphis (901)522-4477
www.elitereportingservices.com

Case 3:17-cv-00902   Document 367-3   Filed 05/25/23   Page 2 of 6 PageID #: 12511

Page 337

1  dollar, but approximately how much lower were the
2  professional collections in Exhibit 71 than
3  Exhibit 70?
4  A.   Okay.  To do that I would need to do math,
5  which I'm willing to do if that's what you're
6  asking.
7  Q.   Yeah, that's what I'm asking.
8  A.   Okay.  Can I have a piece of paper?
9       MS. SWEET:  Do you want -- I was going
10 to say do you want -- do you have a calculator?
11      THE WITNESS:  If I'm ballparking, I'm
12 going to do it --
13      MS. SWEET:  Okay.
14      THE WITNESS:  -- in my head.
15      If we need to get a specific
16 calculation, I can do that too, if need be.
17      So just so you know, what I'm doing is
18 I'm going to compare answer 7 between the two for
19 those two categories and come up with a reasonable
20 estimate of the differences.
21      MS. SWEET:  You also have to do it for 9
22 as well.
23      MR. ROARK:  Right.
24 BY MR. ROARK:
25 Q.   It's 7 and 9.

Page 338

1  A.   7 and 9, correct.  Correct.  So let me figure
2  out a good way to do the math.
3       (Pause in proceedings.)
4       THE WITNESS:  I'll mess up you all's
5  books.
6       MS. SWEET:  He's writing on that?
7  That's okay.
8       MR. ROARK:  No, he just took out a page
9  from the exhibits so he can compare.
10      THE WITNESS:  Okay.  So I did make the
11 comparisons, each of those various schedules between
12 the two.  And I come up with around $19.7 million,
13 rounded, difference between the first set of
14 interrogatories and the second set of
15 interrogatories.  So that's the math I calculate.
16 BY MR. ROARK:
17 Q.   So the total estimated professional
18 collections in Exhibit 71 is about $19.7 million
19 lower than Exhibit 70?
20 A.   Yes, that's what I calculated.
21      MR. ROARK:  That's all that I have.
22      MS. SWEET:  Okay.
23      MR. VROON:  Are you talking about all
24 physicians --
25      MS. SWEET:  No, it's --

Page 339

1       MR. VROON:  -- or oncologists?
2       THE WITNESS:  I compared -- there's two
3  categories, 7 and 9.  I compared 7 --
4       MR. ROARK:  Hold on.  Mr. Vroon can't
5  ask you questions today.
6       MR. VROON:  I'm just trying to clarify,
7  because you didn't say whether it was calculating
8  No. 7 or No. 9, Brian.  I wanted to know.
9       MR. ROARK:  Kara clarified.  And I'm
10 happy to put it on the record.
11 BY MR. ROARK:
12 Q.   Mr. McLean, when you -- the numbers that
13 you're comparing, does that include the professional
14 collections from the answer to Interrogatory No. 7
15 and Interrogatory No. 9?
16 A.   Yes.
17      MR. ROARK:  All right.  That's all.
18      THE VIDEOGRAPHER:  We are going off the
19 record at 6:00 p.m.
20      FURTHER DEPONENT SAITH NOT
21      (Proceedings concluded at 6 p.m.)

Page 340

1                REPORTER'S CERTIFICATE
2
3  STATE OF TENNESSEE
4  COUNTY OF Davidson
5
6       I, Terri Beckham, RMR, CRR, and licensed
7  Court Reporter, with offices in Nashville,
8  Tennessee, hereby certify that I reported the
9  foregoing deposition of CHRIS MCLEAN by machine
10 shorthand to the best of my skills and abilities,
11 and thereafter the same was reduced to typewritten
12 form by me.  I am not related to any of the parties
13 named herein, nor their counsel, and have no
14 interest, financial or otherwise, in the outcome of
15 the proceedings.
16      I further certify that in order for this
   document to be considered a true and correct copy,
17 it must bear my original signature, and that any
   unauthorized reproduction in whole or in part
18 and/or transfer of this document is not authorized
   will not be considered authentic, and will be in
19 violation of Tennessee Code Annotated 39-14-104,
   Theft of Services.
20
21
22 Terri Beckham, RMR, CRR, LCR
   Elite-Brentwood Reporting Services
23 Notary Public State of Tennessee
24 My Notary Public Commission Expires 3/6/2026
   LCR 355 - Expires: 6/30/2024
25

Case 3:17-cv-00902  Document 267-3  Filed 05/25/23  Page 3 of 6 PageID #: 12512   337..340
Elite-Brentwood Reporting Services   (615) 595-0073
www.EliteReportingServices.com

```
 1                    E R R A T A

 2          I, CHRIS MCLEAN, having read the
        foregoing deposition, pages 1 through 340, taken
 3      August 11, 2022, do hereby certify said testimony
        is a true and accurate transcript, with the
 4      following corrections, if any:

 5      PAGE      LINE     SHOULD HAVE BEEN

 6       26        15      years

 7       31        20      the rolled should be their old

 8       33         2      separately

 9       40        21      define

10       46         5      would should be old

11       66        13      340B

12       67         5      level of expertise

13       69        19      can't

14       70        16      included

15       89        3-4     specific parts of

16      114        19      West had done

17      119        11      annual should be management

18      120        18      end of should be in

19

20                    _____

21                            CHRIS MCLEAN

22
        _____     11/18/2024
23                                         _____
        Notary Public                      My commission expires:
24

25
```

```
                    E R R A T A

         I, CHRIS MCLEAN, having read the
foregoing deposition, pages 1 through 340, taken
August 11, 2022, do hereby certify said testimony
is a true and accurate transcript, with the
following corrections, if any:

PAGE     LINE      SHOULD HAVE BEEN

 123      7        Mosaiq
 140      18       West was paid
 153      4        Mosaiq
 181      6        contracts
 207      7        Mosaiq
 251      2        Mosaiq
 266      18       Mosaiq
 271      25       in MRPC
 287      13-14    I do should be do I
 294      13       analyses
 324      24       Mosaiq
 325      5        Mosaiq
 325      15       Mosaiq


                    _____
                         CHRIS MCLEAN

_____          11/18/2024
Notary Public                  My commission expires:
```

Elite-Brentwood Reporting Services * (615)595-0073     341
www.EliteReportingServices.com
Case 3:17-cv-00902   Document 367-3   Filed 05/25/23   Page 5 of 6 PageID #: 12514

```
1                         E R R A T A

2          I, CHRIS MCLEAN, having read the
      foregoing deposition, pages 1 through 340, taken
3     August 11, 2022, do hereby certify said testimony
      is a true and accurate transcript, with the
4     following corrections, if any:

5     PAGE      LINE      SHOULD HAVE BEEN

6      325       21       Mosaiq

7      326        8       know whether

8      328       18       Mosaiq

9      334        4       Mosaiq
```

| PAGE | LINE | SHOULD HAVE BEEN |
|---|---|---|

(Signature)

CHRIS MCLEAN

Kristy Tyler, Notary Public — State of Tennessee, Shelby County

My commission expires: 11/18/2024

Elite-Brentwood Reporting Services * (615)595-0073    341
www.EliteReportingServices.com
Case 3:17-cv-00902   Document 367-3   Filed 05/25/23   Page 6 of 6 PageID #: 12515