# EXHIBIT 01

| From: | Roark, Brian |
|---|---|
| To: | Sweet, Kara (USATNM); Robert S. Salcido (rsalcido@akingump.com); Sample, Taylor M.; Chenery, Taylor; Webber, Hannah E.; Grizzle, Anna |
| Cc: | Shuford, Wynn (USATNM); Lopes, Liz (USATNM); Seth Hyatt; bryanvroon@gmail.com; Jerry Martin; Edward Robertson |
| Subject: | [EXTERNAL] RE: US Supplemental Objections and Responses to Document Requests |
| Date: | Tuesday, January 17, 2023 4:57:34 PM |
| Attachments: | image001.png |

Kara,

We do not believe that the stipulation provided by the United States for Requests 26 and 27 adequately satisfies the United States' obligations for these two requests. The statement that you note from the 12/20 hearing about a stipulation was made prior to Andrew Solinger raising that specific individuals attending presentations already had been identified for the government by West, and the Court agreed that those custodians would be an appropriate starting point for searching for documents. We believe further inquiry is warranted here. We can discuss when we meet to confer regarding other issues.

Thanks.
Brian

---

**From:** Sweet, Kara (USATNM) <Kara.Sweet@usdoj.gov>
**Sent:** Friday, January 13, 2023 10:51 AM
**To:** Roark, Brian <BRoark@bassberry.com>; Robert S. Salcido (rsalcido@akingump.com) <rsalcido@akingump.com>; Sample, Taylor M. <taylor.sample@bassberry.com>; Chenery, Taylor <TChenery@bassberry.com>; Webber, Hannah E. <hannah.webber@bassberry.com>; Grizzle, Anna <agrizzle@bassberry.com>
**Cc:** Shuford, Wynn (USATNM) <Wynn.Shuford@usdoj.gov>; Lopes, Liz (USATNM) <Liz.Lopes@usdoj.gov>; Seth Hyatt <shyatt@barrettjohnston.com>; bryanvroon@gmail.com; Jerry Martin <jmartin@barrettjohnston.com>; Edward Robertson <chip.robertson@me.com>
**Subject:** US Supplemental Objections and Responses to Document Requests

All:

Please see the attached.
Beyond the date and signature block, the only changes are to Requests 26 and 27.

Have a good weekend,
Kara



**Kara F. Sweet**
**Assistant U.S. Attorney**
**Middle District of Tennessee**
U.S. Attorney's Office | 719 Church Street, Suite 3300 | Nashville, Tennessee 37203
T: (615) 401-6598 C: (615) 498-1238

This email may contain privileged and confidential information and is meant only for the use of the specific intended addressee(s). Your receipt is not intended to waive any applicable privilege. If you have received this email in error, please delete it and immediately notify the sender by separate email.