| | |
|---|---|
| **From:** | cmecf@tnmd.uscourts.gov |
| **To:** | deadmail@tnmd.uscourts.gov |
| **Subject:** | Activity in Case 3:17-cv-00902 Liebman et al v. Methodist Le Bonheur Healthcare et al Order on Motion for Discovery |
| **Date:** | Thursday, May 11, 2023 8:47:25 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

### U.S. District Court

### Middle District of Tennessee

## Notice of Electronic Filing

The following transaction was entered on 5/11/2023 at 8:46 AM CDT and filed on 5/10/2023

**Case Name:** Liebman et al v. Methodist Le Bonheur Healthcare et al
**Case Number:** 3:17-cv-00902
**Filer:**
**Document Number:** 337

**Docket Text:**
**MEMORANDUM OPINION AND ORDER: The parties' Motion [333] is DENIED to the extent that the Court does not believe that a discovery conference is necessary to rule upon the issues detailed in the joint discovery dispute statement. However, the Court will GRANT relief, including as to Methodist's request for sanctions. Signed by Magistrate Judge Barbara D. Holmes on 5/10/2023. (xc:Pro se party by regular mail. )** **(DOCKET TEXT SUMMARY ONLY- ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(kc)**

**3:17-cv-00902 Notice has been electronically mailed to:**

Jerry E. Martin      jmartin@barrettjohnston.com, elusnak@barrettjohnston.com, jkarsten@barrettjohnston.com, jmartin@rgrdlaw.com

Anna M. Grizzle      agrizzle@bassberry.com, jlavely@bassberry.com

Wynn M. Shuford      Wynn.Shuford@usdoj.gov, kadedra.caldwell@usdoj.gov, lauryn.bogle@usdoj.gov, liz.lopes@usdoj.gov, vanessa.haines@usdoj.gov

Brian D. Roark      broark@bassberry.com, bmccaskill@bassberry.com, carmen.boria@bassberry.com, lbilbrey@bassberry.com

Ellen Bowden McIntyre      ellen.bowden2@usdoj.gov, CaseView.ECF@usdoj.gov, Liz.Lopes@usdoj.gov, dayna.wilson@usdoj.gov, lauryn.bogle@usdoj.gov, melissa.russell@usdoj.gov, vanessa.haines@usdoj.gov

David Rivera     drivera@barrettjohnston.com, elusnak@barrettjohnston.com,
eseaborn@barrettjohnston.com, ggilbert@barrettjohnston.com

Robert Salcido     rsalcido@akingump.com, EastDocketing@akingump.com,
egerry@akingump.com, pjoseph@akingump.com

John-David H. Thomas (Terminated)     jd.thomas@hklaw.com, TAPDocketingClerk-
Nash@wallerlaw.com, carla.blevins@wallerlaw.com

J. Taylor Chenery     tchenery@bassberry.com, bailey.creasy@bassberry.com,
hannah.webber@bassberry.com, kate.hunter@bassberry.com, taylor.sample@bassberry.com

Seth Marcus Hyatt     shyatt@barrettjohnston.com, elusnak@barrettjohnston.com,
jkarsten@barrettjohnston.com

W. Anthony Hullender     tony.hullender@ag.tn.gov, ellen.hendrickson@ag.tn.gov

Bryan A. Vroon     bryanvroon@gmail.com

Edward D. Robertson, Jr     crobertson@bflawfirm.com

Taylor M. Sample     taylor.sample@bassberry.com

Hannah E. Webber     hannah.webber@bassberry.com, llewis@bassberry.com

Kara F. Sweet     kara.sweet@usdoj.gov, liz.lopes@usdoj.gov, vanessa.haines@usdoj.gov

Andrew F. Solinger (Terminated)     andrew.solinger@hklaw.com, TAPDocketingClerk-
Nash@wallerlaw.com, icenter3@wallerlaw.com

Walter E. Schuler     wschuler@tennessee.edu

**3:17-cv-00902 Notice SHOULD be delivered by other means to:**

Mary Page
3504 Milford Cove
Collierville, TN 38017

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1092242875 [Date=5/11/2023] [FileNumber=4859346-0
] [0978c061747f90a5f77fd7e7eb6bf5383ec80827b95c3e781991ff785267a865d40
cbd0b484d8dec695463ff426a1fea2f53225aeade1fe201361bc816d0405a]]