# EXHIBIT A



THE SECRETARY OF HEALTH AND HUMAN SERVICES
WASHINGTON D.C. 20201

APR 7 1988

TO: Inspector General

FROM: The Secretary

SUBJECT: Delegations of Authority Under SS 1128, 1128A, 1156(b), 1866, 1921 of the Social Security Act as Amended

Under the authority vested in me by the Social Security Act, as amended, I hereby delegate to you, with the authority to redelegate and to authorize further redelegation, the following:

(1) My authority under S 1128A as amended, including but not limited to my authority to make determinations concerning false or improper claims in the Medicare, Medicaid or Maternal and Child Health Services Block Grant programs, to propose civil money penalties, assessments and exclusions, and to authorize actions to enjoin activities described in S 1128A(k).

(2) My authorities for controlling fraud and abuse in the health care financing programs under SS 1128, 1156(b) and 1866(b)(2)(C) and 1866(c)(1) for actions taken under 1866(b)(2)(C).

(3) My authority under S 1921(a)(2) to obtain access to documents.

Excluded from this delegation is the authority to conduct hearings, and to issue regulations.

This delegation supercedes the earlier delegations of authority dated April 18, 1983 and July 27, 1983. However, this delegation does not affect any action taken pursuant to those earlier delegations.

Otis R. Bowen, M.D.