# EXHIBIT B

# A/B MAC Jurisdictions



Case 3:17-cv-00902   Document 372-2   Filed 05/25/23   Page 2 of 2 PageID #: 12602