# EXHIBIT 01

| From: | Chenery, Taylor |
|---|---|
| To: | Bowden, Ellen (USATNM); Roark, Brian |
| Cc: | Sweet, Kara (USATNM); Shuford, Wynn (USATNM); jmartin@barrettjohnston.com; Seth Hyatt; Bryan Vroon; Salcido, Robert; Sample, Taylor M.; Webber, Hannah E. |
| Subject: | [EXTERNAL] RE: Methodist discovery issue |
| Date: | Friday, April 7, 2023 5:33:48 PM |
| Attachments: | U.S. ex rel. Liebman - Joint Discovery Dispute Statement - RFPs 26-27 and Topic No.1.DOCX |

Ellen, Kara, and Wynn,

Please find attached an updated draft joint discovery dispute statement related to the government's responses to RFP Nos. 26 and 27 and Methodist's amended notice of Rule 30(b)(6) deposition. Please provide the government's position statement so we can get this filed with the Court.

Thanks,
Taylor

**Taylor Chenery**

**Bass, Berry & Sims PLC**
150 Third Avenue South, Suite 2800 • Nashville, TN 37201
615-742-7924 phone • 615-618-3300 cell
TChenery@bassberry.com • www.bassberry.com

---

**From:** Bowden, Ellen (USATNM) <Ellen.Bowden2@usdoj.gov>
**Sent:** Tuesday, April 4, 2023 5:48 PM
**To:** Chenery, Taylor <TChenery@bassberry.com>; Roark, Brian <BRoark@bassberry.com>
**Cc:** Sweet, Kara (USATNM) <Kara.Sweet@usdoj.gov>; Shuford, Wynn (USATNM) <Wynn.Shuford@usdoj.gov>; jmartin@barrettjohnston.com; Seth Hyatt <shyatt@barrettjohnston.com>; Bryan Vroon <bryanvroon@gmail.com>
**Subject:** Methodist discovery issue

Counsel – Please see my letter and attachment 1 above. Have a good evening.

Ellen

**Ellen Bowden McIntyre**
**Deputy Civil Chief, ACE**
**United States Attorney's Office**
**Middle District of Tennessee**
Work – 615-736-2125
Work cell – 615-428-4297
Ellen.Bowden2@usdoj.gov

This email may contain privileged and confidential information and is meant only for the use of the specific intended addressee(s). Your receipt is not intended to waive any applicable privilege. If you have received this email in error, please delete it and immediately notify the sender by separate email.