IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JEFFREY H. LIEBMAN and DAVID M. STERN, M.D., | ) ) ) ) | Case No.: 3:17-cv-00902 |
| Plaintiff, | ) ) | District Judge William L. Campbell, Jr. |
| v. | ) ) ) | Magistrate Judge Barbara D. Holmes |
| METHODIST LE BONHEUR HEALTHCARE and METHODIST HEALTHCARE-MEMPHIS HOSPITALS, | ) ) ) ) | |
| Defendants. | ) | |

## METHODIST'S MOTION TO EXCLUDE DECLARATION OF MICHAEL J. PETRON, CPA, CFE AND FOR SANCTIONS

Pursuant to Federal Rule of Civil Procedure 37, Defendants Methodist Le Bonheur Healthcare and Methodist Healthcare-Memphis Hospitals (collectively, "Methodist") move to exclude the proposed testimony of Michael J. Petron, CPA, CFE as set forth in his Declaration (the "Declaration") and its associated Charts. The Declaration and Charts purport to offer undisclosed and untimely expert testimony under the guise of Federal Rule of Evidence 1006 and must be excluded in their entirety, and should not be considered in connection with the United States' Response to Methodist's Motion for Summary Judgment, any hearing, or trial.

As set forth fully in the accompanying memorandum of law, the Declaration and Charts do not satisfy the requirements of F.R.E. 1006 because: (1) they do not qualify as "summaries" where Petron testified that he used his specialized knowledge, education, and expertise in developing the calculations and they appear as expert testimony on their face; (2) the government has not met its burden of proving the admissibility of the data that the charts purport to summarize; and (3) the government has not met its burden of showing that the Charts are accurate and non-prejudicial.

Additionally, the government failed to disclose Petron as an expert witness and government actively misled Methodist as to his knowledge, anticipated testimony, and subjects appropriate for deposition.

Because the government has failed to follow Fed. R. Civ. P. 26 on properly designating Petron as an expert witness and failed to follow F.R.E. 1006 on putting forward summary evidence, the Court should exclude his testimony as set forth in the Declaration and associated Charts and award attorneys' fees to Methodist.

Dated: June 2, 2023.

                                              Respectfully submitted,

                                              */s/ Brian D. Roark*
Brian D. Roark
J. Taylor Chenery
Taylor M. Sample
Hannah E. Webber
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293
broark@bassberry.com
tchenery@bassberry.com
taylor.sample@bassberry.com
hannah.webber@bassberry.com

Robert S. Salcido
(Admitted *Pro Hac Vice*)
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 887-4095
rsalcido@akingump.com

*Attorneys for Defendants Methodist Le Bonheur Healthcare and Methodist Healthcare-Memphis Hospitals*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the foregoing has been served on the following counsel via the Court's CM/ECF email notification system on this the 2nd day of June, 2023:

| | |
|---|---|
| Bryan A. Vroon<br>Law Offices of Bryan A. Vroon, LLC<br>1766 West Paces Ferry Road<br>Atlanta, GA 30327<br>(404) 441-9806<br>bryanvroon@gmail.com | Jerry E. Martin<br>Seth Marcus Hyatt<br>Barrett Johnston Martin & Garrison, LLC<br>Philips Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>(615) 244-2202<br>jmartin@barrettjohnston.com<br>shyatt@barrettjohnston.com |
| Edward D. Robertson , Jr.<br>Bartimus Frickleton Robertson Rader PC<br>109 B East High Street<br>Jefferson City, MO 65101<br>(573) 659-4454<br>crobertson@bflawfirm.com | Kara F. Sweet<br>Wynn M. Shuford<br>Ellen Bowden McIntyre<br>U.S. Attorney's Office (Nashville Office)<br>Middle District of Tennessee<br>110 Ninth Avenue, S<br>Suite A961<br>Nashville, TN 37203-3870<br>(615) 401-6598<br>kara.sweet@usdoj.gov<br>Wynn.Shuford@usdoj.gov<br>Ellen.bowden2@usdoj.gov |

                                                                            */s/ Brian D. Roark*