# EXHIBIT 3

# Methodist Le Bonheur

## Summary of Damages - Methodist Part A Outpatient Damages [1]

| Time Period [2] | Methodist Pt A Outpatient Damages [3] |
|---|---|
| 2012-2018 | $ 322,395,170 |

**Notes and Sources:**
[1] Source files are Medicare Part A where Billing Provider is Methodist (1558365890) and Attending Physician is in list of 86 West Physicians ("West Provider"). [Please see "West Providers" tab for the 86 West Physicians.]
[2] 'CHD_Claim_From_Date' is greater than or equal to January 1, 2012 and less than or equal to December 31, 2018.
[3] Footnote [1] data where 'CHI_TOB_Type_of_Bill_Cd_Desc' contains "Outpatient" and 'CLF_amt_paid_to_prov' greater than $0.

**Prepared at the Direction of Counsel**
Case 3:17-cv-00902   Document 395-3   Filed 06/02/23   Page 2 of 7 PageID #: 12793
GOV000891

# Methodist Le Bonheur

## Summary of Damages - Methodist Part A Inpatient Damages [1]

| Time Period [2] | Methodist Pt A Inpatient Damages [3] |
|---|---|
| 2012-2018 | $ 71,203,599 |

**Notes and Sources:**
[1] Source files are Medicare Part A where Billing Provider is Methodist (1558365890) and Attending Physician is in list of 86 West Physicians ("West Provider"). [Please see "West Providers" tab for the 86 West Physicians.]
[2] 'CHD_Claim_From_Date' is greater than or equal to January 1, 2012 and less than or equal to December 31, 2018.
[3] Footnote [1] where 'CHI_TOB_Type_of_Bill_Cd_Desc' contains "Inpatient" and 'CHF_Amt_Paid_Rev_Cd_0001' greater than $0.

**Prepared at the Direction of Counsel**
Case 3:17-cv-00902   Document 395-3   Filed 06/02/23   Page 3 of 7 PageID #: 12794
GOV000892

# Methodist Le Bonheur

## Summary of Damages - West Part B Damages [1]

| Time Period [2] | West Pt B Damages - Same HICN/DOS as Methodist Pt A [3] |
|---|---|
| 2012-2018 | $ 37,120,520 |

**Notes and Sources:**
[1] Source files are Medicare Part B where Billing Provider is West (1447276605).
[2] 'CL_Date_From' is greater than or equal to January 1, 2012 and less than or equal to December 31, 2018.
[3] Footnote [1] for the same HICN and Date of Service as a Methodist Part A HICN and Date of Service Range where the Attending Physician is a West Provider and 'CLF_Amt_Paid_To_Prov' greater than $0.

# Methodist Le Bonheur

## List of 86 West Physicians [1]

| ID | Provider NPI | Provider Name |
|---|---|---|
| 1 | 1013017094 | Ballo, Matthew T. |
| 2 | 1013913714 | Cash, Darlene K. |
| 3 | 1053340802 | Tauer, Kurt W. |
| 4 | 1083643845 | Pallera, Arnel M. |
| 5 | 1083801450 | VanderWalde, Ari |
| 6 | 1124314752 | Mullins, Janice N. |
| 7 | 1134187826 | Landrieu, Laura L. [2] |
| 8 | 1134474711 | Ardestani, Allen [2] |
| 9 | 1144338344 | Berry, Michael P. |
| 10 | 1154533412 | Wang, Junfeng |
| 11 | 1154633857 | Wiedower, Eric R. |
| 12 | 1174547590 | Rao, Arun R. |
| 13 | 1184917544 | Ulm, Michael |
| 14 | 1194754960 | Palmieri, Genaro M. |
| 15 | 1194954222 | ElNaggar, Adam C. |
| 16 | 1235452723 | Powell M.D., Daniel K. |
| 17 | 1245262336 | Johnson, Robert A. |
| 18 | 1265464499 | Blakely, Laura J. |
| 19 | 1285869362 | VanderWalde, Noam A. |
| 20 | 1295702934 | Fine, Richard E. |
| 21 | 1295738680 | Gieschen M.D., Holger L. |
| 22 | 1295778330 | Chandler, Jason C. |
| 23 | 1306878228 | Schwartzberg, Lee |
| 24 | 1326070277 | Reed, Jarvis D. |
| 25 | 1336147263 | Weeks, Albert E. |
| 26 | 1386713808 | Weiss, William |
| 27 | 1407858368 | Jackson, William C. |
| 28 | 1407888472 | Lankford, William A. |
| 29 | 1417065780 | Patterson, Russell H. |
| 30 | 1437188273 | Smiley, Linda M. |
| 31 | 1447254776 | Dubal, Nilesh V. |
| 32 | 1477585347 | Reed, Mark E. |

**Prepared at the Direction of Counsel**

Case 3:17-cv-00902   Document 395-3   Filed 06/02/23   Page 5 of 7 PageID #: 12796

GOV000894

# Methodist Le Bonheur

| List of 86 West Physicians [1] | | |
|---|---|---|
| ID | Provider NPI | Provider Name |
| 33 | 1477763365 | Monaghan M.D., Micah T. |
| 34 | 1497828552 | Oswaks, Roy M. |
| 35 | 1518001932 | Patton, Kurt T. [2] |
| 36 | 1518165729 | Verrier, Carmel S. |
| 37 | 1528066495 | Tian, Gang |
| 38 | 1528276763 | Khattak, Amna G. |
| 39 | 1548243090 | Reiner, Eric |
| 40 | 1548263916 | Stockstill, Todd F. |
| 41 | 1548268592 | Obaji, Suhail M. |
| 42 | 1558436337 | Hayes, David N. |
| 43 | 1558578666 | Farmer, Michael R. |
| 44 | 1568494631 | Hodgkiss, Thomas D. |
| 45 | 1578548376 | Vaena M.D., Daniel A. |
| 46 | 1578908901 | Oostra, Jodi M.[2] |
| 47 | 1588671085 | Martin, Michael G. |
| 48 | 1598726150 | Turner, Patricia Y. [2] |
| 49 | 1609072842 | Shires, Courtney B. |
| 50 | 1619263852 | Vontela, Namratha R. |
| 51 | 1639170665 | Ratliff M.D., Thomas W. |
| 52 | 1649207242 | Arnold, Anita |
| 53 | 1659375392 | Besh, Stephen A. |
| 54 | 1679529473 | Portnoy, David |
| 55 | 1700815594 | Richli, William R. |
| 56 | 1710122601 | Battini, Ramakrishna |
| 57 | 1720010648 | Santoso, Joseph T. |
| 58 | 1720017577 | Tillmanns, Todd |
| 59 | 1720148877 | Case, David L. |
| 60 | 1730403072 | Vidal M.D., Gregory A. |
| 61 | 1740264563 | Robins, David B. |
| 62 | 1750313631 | Richey, Sylvia S. |
| 63 | 1750607487 | Mabe, Adam R. |
| 64 | 1760415608 | Wheeler III, Benton M. |

**Prepared at the Direction of Counsel**

Case 3:17-cv-00902   Document 395-3   Filed 06/02/23   Page 6 of 7 PageID #: 12797

GOV000895

# Methodist Le Bonheur

## List of 86 West Physicians [1]

| ID | Provider NPI | Provider Name |
|---|---|---|
| 65 | 1770596314 | Weiss , Martin |
| 66 | 1770826869 | Battle, Laura |
| 67 | 1770994667 | Wang, Yuefeng |
| 68 | 1780927244 | Porter, Jason |
| 69 | 1801103643 | Nasir, Syed S. |
| 70 | 1801825781 | Benn, Sonia |
| 71 | 1831141829 | Peacock, Loverd M. |
| 72 | 1841229218 | Baum, Scott L. |
| 73 | 1841278678 | Grothey, Axel |
| 74 | 1841398302 | Mahadevan, Daruka |
| 75 | 1851320691 | Somer, Bradley G. |
| 76 | 1851413140 | Weir III, Alva B. |
| 77 | 1881697266 | Rinker, Lillian H. |
| 78 | 1891724738 | Kaufman, Seth I. |
| 79 | 1891995288 | Fenton, Moon J. |
| 80 | 1902838964 | Lawson, Ronald D. |
| 81 | 1922080431 | Smith Jr., Stanley L. |
| 82 | 1922104157 | Schwartz, David L. |
| 83 | 1932339876 | Pandey, Manjari |
| 84 | 1942402284 | Allan, Katherine F. |
| 85 | 1952375156 | Ogbeide, Osarenren |
| 86 | 1982961728 | Daily M.D., Laura R. [2] |

**Notes and Sources:**
[1] West Providers were identified by Counsel.
[2] Indicates a West Provider not found in the Methodist Part A data (Six West Providers in total).

Prepared at the Direction of Counsel
Case 3:17-cv-00902   Document 395-3   Filed 06/02/23   Page 7 of 7 PageID #: 12798
GOV000896