# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JEFFREY H. LIEBMAN and DAVID M. STERN, M.D., <br><br> Plaintiff-Relators, <br><br> v. <br><br> METHODIST LE BONHEUR HEALTHCARE and METHODIST HEALTHCARE-MEMPHIS HOSPITALS, <br><br> Defendants. | Case No.: 3:17-cv-00902 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE HOLMES |

**UNITED STATES' FOURTH SUPPLEMENTAL INITIAL
DISCLOSURES TO DEFENDANTS UNDER FED. R. CIV. P. 26(a)(1)**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, the United States hereby provides its fourth supplemental initial disclosures to Defendants. The United States makes these disclosures based upon the information currently available to the agencies that have been involved in the investigation of the allegations contained in its Complaint in Intervention, including the United States Department of Justice, the Department of Health and Human Services, the Centers for Medicare & Medicaid Services, and Medicare Administrative Contractors. The United States reserves the right to supplement these disclosures as required by the Federal Rules of Civil Procedure.

These disclosures are made without waiving the United States' rights at any subsequent time to object based upon evidentiary bases such as competency, privilege, relevance, materiality, hearsay, or other established grounds to the use of such information or documents. The United States also expressly reserves and maintains for trial any and all objections it may have as to the relevancy, materiality, or propriety of the discovery of any evidence.

A.  **Individuals Likely to Have Discoverable Knowledge that the United States May Use to Support Its Claims**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), the United States adds one individual: Records Custodian for Medicare records, Safeguard Services, LLC, 3450 Lakeside Drive, Suite 201, Miramar, Florida 33027. The United States reserves its right to supplement this disclosure of name(s), and if known, of other individuals who are likely to have discoverable information or knowledge of Medicare data claims that the United States may use to supports its claims (unless solely for impeachment), as well as the subject matter of that information. The United States will supplement these disclosures when it has identified these individuals, including but not limited to other employees or independent contractors, whom the United States may use to support its claims.

B.  **Documents, Electronically Stored Information, and Tangible Things that the United States May Use to Support Its Claims**

Pursuant to Rule 26(a)(1)(A)(ii), the United States supplements its prior disclosures with Defendants' Medicare enrollment file, which Defendants should already have access to, since these are forms that Defendants completed and submitted to Medicare. These documents are now marked with **Bates Numbers GOV001028 – GOV004569**. In addition, the United States attaches the declarations of Relators Stern and Liebman, with exhibits, and of Michael Petron, with exhibits, that were previously filed as part of the United States' response to summary judgment. These documents are now marked with **Bates Numbers GOV004570 - GOV004951**.

Dated: May 31, 2023

                                            Sincerely,

                                            HENRY C. LEVENTIS
                                            United States Attorney
                                            Middle District of Tennessee

                                    By:    s/ Ellen Bowden McIntyre
                                                    ELLEN BOWDEN MCINTYRE, B.P.R. #023133

WYNN M. SHUFORD  
Assistant United States Attorneys  
United States Attorney's Office  
719 Church Street, Suite 3300  
Nashville, TN 37203  
Phone: (615) 736-5151  
Email: Ellen.Bowden2@usdoj.gov  
Email: Wynn.Shudord@usdoj.gov