# EXHIBIT 1

# UNITED STATES of AMERICA

## vs

# METHODIST LE BONHEUR HEALTHCARE, et al.

## CHUCK LANE

## August 02, 2022



Chattanooga (423)266-2332   Jackson (731)425-1222
Knoxville (865)329-9919   Nashville (615)595-0073   Memphis (901)522-4477
www.elitereportingservices.com

Page 53

1  let me know when you're done.
2  **A. Okay.**
3  Q. Do you recall this e-mail?
4  **A. No.**
5  Q. Okay. Did anyone ask you to review the
6  drug costs for potential savings associated with
7  the 340B purchasing program in connection with
8  the prospective transaction between Methodist and
9  West?
10 **A. I won't attest to the back end of that**
11 **question.**
12 **So obviously, Ron is asking me here to**
13 **compare drug pricing to the 340B program for the**
14 **first quarter of 2010.**
15 Q. And you told him that there was a
16 savings of approximately 35 percent.
17 **A. Yes.**
18 Q. And that would only be associated with
19 University.
20 **A. I'm not sure about that. I don't**
21 **remember. It's been a couple days since then.**
22 Q. Would it have surprised you to be asked
23 to look at the 340B savings across the entire
24 Methodist cancer line as opposed to just
25 University?

Page 54

1  MR. ROARK: Object to the form.
2  **THE WITNESS: Very little surprises me**
3  **anymore.**
4  **The answer is, I mean, he asked a**
5  **question; I responded.**
6  BY MS. SWEET:
7  Q. The 340B savings were only going to be
8  limited to Shelby County; is that right?
9  **A. That's what this said here.**
10 Q. Is that what actually happened during
11 the course of the relationship?
12 **A. You know, I don't know the answer to**
13 **that.**
14 Q. In 2019, for that time period of January
15 and February, do you know whether the 340B
16 savings relating to oncology were still -- were
17 still admitted to Shelby County?
18 **A. I don't know the specifics there, no.**
19 Q. During that same 2019 time period where
20 Chris McLean had retired and you were now the CFO
21 of Methodist Le Bonheur and West was still
22 entangled --
23 **A. For that minute.**
24 Q. -- for that minute, do you recall
25 ever -- ever having any discussions about West's

Page 55

1  use of locations for West -- West purposes that
2  were not related to Methodist?
3  **A. Just in the context of I knew there**
4  **were -- so there were Methodist-owned locations,**
5  **and there were a couple, I think, of**
6  **non-Methodist-owned locations.**
7  Q. Okay.
8  **A. That's where that reconciliation came**
9  **in.**
10 Q. Do you know if West was operating out of
11 Wolf River?
12 MR. ROARK: Object to the form.
13 BY MS. SWEET:
14 Q. If West's business was operating out of
15 Wolf River versus a Methodist related.
16 MR. ROARK: Same objection.
17 **THE WITNESS: So in 2019, the -- the**
18 **clinical operations were Methodist operations.**
19 BY MS. SWEET:
20 Q. Did West have an office for its
21 corporate business in Wolf River?
22 **A. Yeah. I'm not sure how exactly that all**
23 **worked. But I am aware that reconciliation thing**
24 **that they did to try to kind of pull apart, you**
25 **know, what was and what was not Methodist-owned.**

Page 56

1  Q. What reconciliation? What do you know
2  about that? Tell me about it. Tell me
3  everything you know about the reconciliation.
4  **A. Yeah.**
5  MR. ROARK: Object to the form.
6  **THE WITNESS: Kind of -- everything I**
7  **know? I'm trying to -- I mean, I wasn't like**
8  **directly involved. I never did it. Just vaguely**
9  **that there was a reconciliation performed that**
10 **basically was trying to -- or was getting, you**
11 **know, some part of West -- West operations and**
12 **paying Methodist back for some part of it again.**
13 **I'm not real good on the detail of it.**
14 BY MS. SWEET:
15 Q. Okay. Would Chris McLean be able to
16 tell me about that?
17 **A. I'm sure.**
18 Q. Are you aware of any lease back that
19 West had with Methodist -- Methodist for any of
20 the locations?
21 **A. I don't know what "lease back" means.**
22 MR. ROARK: Object to the form.
23 BY MS. SWEET:
24 Q. Okay. Are you aware of any lease
25 between Methodist and West?

Case 3:17-cv-00902 Document 299-1 Filed 06/02/23 Page 3 of 8 PageID #: 12908
Elite-Brentwood Reporting Services (615)595-0073
www.EliteReportingServices.com
53..56

Page 65

1    THE WITNESS: Yeah. So it was a program
2 led by UT Cancer Institute at that time.
3 BY MS. SWEET:
4    Q. So you said, "it's too early to tell if
5 the trend in first quarter is really a long term
6 trend other than the oncology business."
7       And so what is the trend that you're
8 referring to?
9    A. I have no idea from 2012. Yeah, I don't
10 know.
11   Q. You're looking at the volume being down
12 and you're looking at the numbers being down; is
13 that right?
14   A. Well, it looks like this is some sort of
15 case mix review. Again, I mean, I don't know.
16 We'd have to go back and figure out what the
17 context of the conversation was.
18   Q. Do you know who Rose Wallace is?
19   A. I do.
20   Q. Who is she?
21   A. She is the -- I'll her butcher her title
22 specifically here, but she is in the revenue
23 cycle leadership team. She is a director of
24 billing services, financial billing services. I
25 don't know what her title is, but she's in the

Page 66

1 billing department.
2    Q. Is that just for University or was that
3 for Methodist Le Bonheur?
4    A. So it's for -- she would have been over
5 the Methodist Le Bonheur revenue cycle, but
6 really that's just the adult -- I'm sorry -- the
7 hospital section. So it's inpatient and
8 outpatient, but hospital services, so not
9 clinical -- not clinic or physician practice
10 billing.
11      MR. ROARK: Kara, when you get to good
12 spot, can we --
13      MS. SWEET: Yeah. We can do -- we can
14 do it now, if you want. That's fine.
15      THE VIDEOGRAPHER: Going off the record
16 at 10:03 a.m.
17      (WHEREUPON, A RECESS WAS TAKEN FROM
18 10:03 A.M. UNTIL 10:20 A.M., AT WHICH TIME THE
19 DEPOSITION CONTINUED AS FOLLOWS:)
20      THE VIDEOGRAPHER: All right. I'm back
21 on. It's 10:20 a.m.
22 BY MS. SWEET:
23   Q. I would like to mark as Exhibit 75, an
24 e-mail from Erich Mounce to Chris McLean with a
25 copy to you, Chuck Lane, dated May 13the, 2013,

Page 67

1 MLH_131426 and 27.
2    A. Okay.
3       (WHEREUPON, THE DOCUMENT WAS MARKED AS
4 EXHIBIT NO. 75 TO THE TESTIMONY OF THE WITNESS
5 AND IS HERETO ATTACHED.)
6 BY MS. SWEET:
7    Q. Let me know when you're done reviewing.
8    A. Okay. Okay.
9    Q. Do you recall there being a concern over
10 the radiation oncology referrals?
11   A. I do not recall that.
12   Q. Okay. And do you -- were you asked to
13 extend the hours at University in order to treat
14 more patients with radiation oncology therapy?
15   A. I don't remember being asked that. It
16 is certainly possible.
17   Q. Does it appear that the hours were
18 extended at University in order to treat more
19 patients?
20   A. It looks like Erich's responding that
21 they've agreed to extend the hours at University.
22   Q. Did you track the amount of referrals
23 from West to University for radiation oncology
24 therapy?
25   A. No. We don't really track referrals

Page 68

1 that way.
2    Q. How do you track referrals?
3    A. We don't track referrals.
4    Q. Are you sure about that?
5    A. Yeah.
6    Q. Do you track -- do you --
7    A. I guess track's a tricky word. But I
8 mean, yeah, as a matter of normalcy, we don't
9 track referrals.
10   Q. Do you have reports that reflect the
11 number of referrals from West -- from oncologists
12 to University?
13   A. We have the ability to run a report to
14 show volume, so discharges, patients, those sorts
15 of things.
16   Q. Do you do that?
17   A. From time to time, we will run a report
18 for whatever reason. I mean, a business plan, a
19 capital purchase or whatever.
20   Q. Do you run reports --
21   A. To show volume, yeah, for any specific
22 service.
23   Q. Okay. Do you run reports to show the
24 amount of patients that are being treated at
25 Methodist as compared to Baptist?

Case 3:17-cv-00902-Document 209-1 Filed 06/02/23 Page 4 of 8 PageID #: 12909
Elite-Brentwood Reporting Services (615)595-0073
www.EliteReportingServices.com
65..68

Page 85

1 purchase in conjunction with West's, you know,
2 needs and direction. It doesn't mean my approval
3 was final.
4    Q.   What is the MLC Collimator?
5    A.   The what?
6    Q.   The MLC Collimator, C-O-L-L-I-M-A-T-O-R.
7    A.   Collimator. I'm no technical expert.
8 There's something that's called a Collimator,
9 Collimetor, that's a piece of a linear
10 accelerator, I believe. But I'm no equipment
11 expert.
12   Q.   Do you know how much linear accelerators
13 cost?
14   A.   Not in exact dollars, no.
15   Q.   Was it over a million?
16   A.   I would speculate over a million.
17   Q.   Five million?
18   A.   I think it would be less than five
19 million, depending on -- I suppose depending on
20 what all bells and whistles and its capabilities.
21 So there's probably linear accelerators out there
22 that are greater than that. There's probably
23 some less than that.
24   Q.   Is there a linear accelerator at
25 University today?

Page 86

1    A.   Yes.
2    Q.   Was that -- was that purchased during
3 the time period when Methodist and West had a
4 relationship?
5    A.   I don't know exactly when those were
6 purchased, but -- you know, I don't know exactly
7 when those were purchased. I believe at least
8 one of them were.
9    Q.   Mark as Exhibit 77 an e-mail from you to
10 Teresa Reed, copying Erich Mounce, West_0020229
11 dated June 11th, 2014 -- through 305.  []
12        (WHEREUPON, THE DOCUMENT WAS MARKED AS
13 EXHIBIT NO. 77 TO THE TESTIMONY OF THE WITNESS
14 AND IS HERETO ATTACHED.)
15 BY MS. SWEET:
16   Q.   Let me know when you're done reviewing.
17   A.   Okay.
18   Q.   What does "West Clinic routine capital"
19 refer to?
20   A.   So each year, we have a pool of capital
21 that we allocate to our facilities for -- to buy
22 capital equipment or make renovations with. Each
23 facility gets an amount that's discussed and
24 belabored. So it is not a flat fixed amount
25 every year, but a portion of a total pool.

Page 87

1 University would have gotten a bucket or a
2 routine capital allocation. South, North,
3 Germantown, Le Bonheur, West Cancer would have
4 all gotten a pool of money that is earmarked for
5 their what we would call routine.
6        So it is typically, you know, to
7 replacement items, something break, fix, or a
8 renovation is needed, a facelift or something
9 like that on a building.
10   Q.   So why would West Clinic have money as
11 part of this pool?
12   A.   So the West Cancer Center, right, so the
13 service line. It's Methodist healthcare's
14 operations that has this allocation of money that
15 is to be spent on Methodist Healthcare
16 operations. It is just sort of called West
17 Cancer.
18   Q.   It says "West Clinic." Is that how it
19 was referred to?
20   A.   No. I mean, the service line was West
21 Cancer. Anything like that referring
22 specifically to West Clinic, I mean, it -- the
23 cancer program, but always the service line, all
24 of the operations that are Methodist are West
25 Cancer.

Page 88

1    Q.   So the adult oncology service line had a
2 routine capital?
3    A.   Yeah.
4    Q.   And that was referred to as The West
5 Clinic routine capital?
6    A.   Yeah. I mean, the nomenclature may be
7 not good here, but West Cancer, it is all to be
8 spent on Methodist assets.
9    Q.   And so in this e-mail, it would be
10 linear -- this is about routine capital to
11 purchase linear -- one of the linear
12 accelerators.
13   A.   This looks like a piece of a linear
14 accelerator.
15   Q.   Okay. And that asset was going to
16 reside at University.
17   A.   Yes, on -- physically on the linear
18 accelerator at University.
19   Q.   What's the cancer Lift money?
20   A.   It's the cancer -- I mean, I can
21 generically tell you what we've heard or I've
22 been involved with.
23        So as part of the affiliation agreement,
24 there were dollars earmarked for UT, the
25 University of Tennessee, that we referred to as

Case 3:17-cv-00902-Document 209-1 Filed 06/02/23 Page 5 of 8 PageID #: 12910
Elite-Brentwood Reporting Services   (615)595-0073    85..88
www.EliteReportingServices.com

Page 89

1 Lift money.
2  Q. Would UT have any role in using the
3 linear accelerator?
4  A. UT's physicians could have certainly
5 used the -- put patients or had patients on the
6 linear accelerator.
7  Q. Where did the Lift money come from?
8  A. Methodist funds.
9  Q. Specifically, where did they come from
10 in Methodist funds?
11    MR. ROARK: Object to the form.
12    THE WITNESS: There's just one Methodist
13 funds, so all Methodist funds are Methodist
14 funds. One big bank account.
15 BY MS. SWEET:
16  Q. I'm sorry.
17    Was it a percentage of revenue from the
18 adult oncology service line?
19  A. It's just Methodist money.
20  Q. Just Methodist money. Didn't come from
21 anyplace specifically.
22  A. Just Methodist money.
23  Q. Money is money.
24  A. Money is money.
25  Q. A lot of money was made from the

Page 90

1 relationship between Methodist and West, right?
2  A. I wouldn't say that. I mean, we make
3 money as a hospital entity treating patients.
4  Q. Right. But do you know how much money
5 was made from the relationship between Methodist
6 and West?
7  A. Yeah. I don't think anybody knows what
8 that answer is.
9  Q. Millions?
10  A. Again, we make money treating patients.
11 I don't -- I don't understand the rest of your
12 question.
13  Q. Well, the hospital needs to make money
14 in order to stay in business, right?
15  A. Yes. We have to make money to stay in
16 business.
17  Q. Is the hospital presently in the black?
18  A. No, we are not, as a matter of fact.
19  Q. Were you last year?
20  A. Again, I presume you mean in the black
21 as having a positive margin. No, we did not last
22 year have a positive margin --
23  Q. Did the --
24  A. -- operating margin.
25  Q. Operating margin. The operating

Page 91

1 margins -- did the margin improve for 2021 over
2 2020?
3  A. I don't know exactly. I think it was
4 the total system health -- what we call the
5 healthcare module. We could say "operating
6 margin" is a more common term.
7    The system's operating margin, don't
8 quote me on this, but I believe it was better in
9 '20 than it was in '21.
10  Q. Okay. And 2019 compared to 2020?
11  A. 2019 was pre Covid.
12  Q. Yeah.
13  A. Pre Covid, the margins were better than
14 2020 and beyond.
15  Q. Were you in the black in 2019?
16  A. We had a positive margin in 2019, yes.
17  Q. You ever use the phrase "I'll believe it
18 when I see it?"
19  A. Yes.
20  Q. Fairly often?
21  A. I mean, sometimes.
22  Q. Mark as Exhibit 78 an e-mail from Chris
23 McLean to various people and CCed to Chuck Lane,
24 dated June 23rd, 2014, MLH_130621 through 24.
25    (WHEREUPON, THE DOCUMENT WAS MARKED AS

Page 92

1 EXHIBIT NO. 78 TO THE TESTIMONY OF THE WITNESS
2 AND IS HERETO ATTACHED.)
3    THE WITNESS: It is long.
4 BY MS. SWEET:
5  Q. Yeah. It is probably one of my longer
6 ones, so fortunate.
7    Let me know when you're done looking.
8  A. Okay.
9  Q. Who is Chris Sanders?
10  A. Chris Sanders is currently our chief
11 financial officer at our Olive Branch campus.
12 I'm not absolutely certain on dates, but at one
13 point, he was the chief financial officer of our
14 physician enterprise.
15  Q. Okay. So you don't know in June 2014
16 whether -- whether Chris was at Olive Branch or
17 responsible for something else?
18  A. I could speculate, but I'm not certain.
19  Q. Did West Clinic have an outpatient
20 pharmacy at the Humphreys Boulevard location?
21  A. I believe they did.
22  Q. Is there a document that authorizes them
23 to run an outpatient pharmacy?
24  A. I don't know the answer to that.
25  Q. You're not -- sitting here today, are

Page 93

1  you aware of anything?
2  **A. I don't know. I mean, there could have**
3  **been, but I don't know.**
4  Q. Were you aware of -- did they operate an
5  outpatient pharmacy at Wolf River Boulevard?
6  **A. Did they operate a pharmacy at Wolf**
7  **River -- who is "they"?**
8  Q. West.
9  **A. West. I believe we had -- I believe we,**
10  **Methodist, had a pharmacy location in that**
11  **building.**
12  Q. Did West Clinic also have a pharmacy
13  location?
14  **A. West Clinic? I don't know what West**
15  **Clinic did or didn't have.**
16  Q. Where was the -- I guess, where was the
17  infusion business at this time that is being
18  referred to in here?
19  **A. Where was the --**
20  Q. Methodist infusion business that's
21  referred to.
22  **A. So infusion --**
23  MR. ROARK: Object to the form.
24  THE WITNESS: **Yeah. Infusion happens in**
25  **a lot of places in the Methodist system.**

Page 94

1  BY MS. SWEET:
2  Q. So Chris Sanders here, at the second
3  e-mail from the top, says, "FYI, moving our
4  infusion business to West is a 950,000
5  improvement to the system."
6  So do you know what that "our" refers
7  to?
8  **A. You would have to ask Chris.**
9  Q. Okay. And "to West," that means -- is
10  that The West Clinic service line?
11  **A. It's to a different -- well, I don't**
12  **know. You'd have to ask Chris what this meant.**
13  Q. What is your understanding?
14  You received this e-mail. What is your
15  understanding?
16  **A. Yeah. So I would have -- I would have**
17  **thought we were physically going to do infusion**
18  **in a different location, in a different one of**
19  **our Methodist locations.**
20  Q. So moving it to an outpatient location.
21  **A. It may have already been in an**
22  **outpatient location. So I don't know**
23  **specifically what infusion business we're talking**
24  **about here.**
25  Q. Okay. It says, "680,000 profit for

Page 95

1  West." What is your understanding of that?
2  **A. It would just be a -- again, you'd have**
3  **to ask Chris.**
4  Q. Well, you received this e-mail. What is
5  your understanding of it?
6  **A. So I mean, to me this sentence reads**
7  **that we were -- that we were -- that we were**
8  **going to have a higher margin at Methodist after**
9  **we -- after we relocated this business. And from**
10  **the context of the e-mail relative to the 340B**
11  **program, so our ability to buy the drugs at a**
12  **discount creates more margin for Methodist.**
13  Q. So the margin will be for Methodist,
14  even though it says, 680,000 profit for West.
15  **A. Yeah. The margin is Methodist's margin.**
16  Q. So internally, when the references to
17  profits for West, that's the West outpatient
18  locations that Methodist purchased?
19  MR. ROARK: Object to the form.
20  THE WITNESS: **It's for the service line.**
21  BY MS. SWEET:
22  Q. Okay. So it's still just being referred
23  to as West even though it is Methodist.
24  **A. It was -- it was a location that --**
25  **that -- that was part of the West Cancer Center,**

Page 96

1  if that helps.
2  Q. So Mr. McLean seems skeptical of the
3  margins increasing.
4  **A. You'd have to ask Chris what he meant,**
5  **whether he was skeptical or not. But he did say**
6  **he was believing it when he sees it, I think is**
7  **the statement.**
8  Q. Do you know why he copied you on this
9  e-mail?
10  **A. Not especially. No.**
11  Q. Is there anything in this document that
12  was related to your role as CFO of the
13  University?
14  **A. No. The only connection here was that**
15  **the physician -- so the -- the way the clinic**
16  **part of our organization -- organization was set**
17  **up, the clinics have a margin associated within**
18  **one clinic, 10 clinics, whatever we're talking**
19  **about, have margins associated with them and**
20  **those margins then get allocated out to the**
21  **facilities, to the hospital inpatient facilities.**
22  **So if we had a doctor's office that was**
23  **at -- near the Germantown market, the margin**
24  **associated with that clinic practice was then**
25  **allocated back to the Germantown hospital. So**

Case 3:17-cv-00902-Document 299-1 Filed 06/02/23 Page 7 of 8 PageID #: 12912
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
93..96

Page 221

1   A.  You know, he went on and on for, you
2  know, a good half-hour.  And there were always
3  just these kind of conversations.  It was so odd.
4  It was like he was trying to get me to agree with
5  him that Michael was an idiot and that Michael
6  was going to wreck the system.  But it was
7  always, you know, the system's going in the
8  tubes; Michael's going to, you know, lead it into
9  the garbage, in the trash and destroy it;
10 everything that used to be good about Methodist
11 is not going to be good anymore now that Michael
12 is running things, and I should really reconsider
13 my professional pathway in the middle of a whole
14 bunch of lewd and profane comments.
15      Q.  Other than the telephone call that
16 night, did Dr. Stern ever make reference to that
17 call again with you?
18      A.  No.  He and I never discussed it.
19      Q.  Did it end up impacting your
20 professional pathways or what you decided to do?
21      A.  No.
22           MR. ROARK:  That's all I have.
23           MS. SWEET:  Objection to the entire
24 examination that Mr. Roark just took.
25           MR. ROARK:  Noted.

Page 222

1           THE COURT REPORTER:  Ready to go off
2  record?
3           MS. SWEET:  Yes.
4           THE VIDEOGRAPHER:  Go off at 3:24.
5           (OFF THE VIDEO RECORD.)
6           THE COURT REPORTER:  Okay.  I need to
7  transcript orders on the record, please.
8           Do you need a rough draft?
9           MS. SWEET:  No.
10          MR. ROARK:  We'll take a rough draft.
11          MS. SWEET:  I think y'all are pretty
12 quick.
13          MR. ROARK:  We'll take a rough draft.
14 And then we'll take -- what are the other
15 options?
16          THE COURT REPORTER:  An expedited
17 transcript or just regular turnaround?
18          MS. SWEET:  Regular.
19          MR. ROARK:  Yeah.  Regular is fine.
20          THE COURT REPORTER:  Okay.
21          (WHEREUPON, THE DEPOSITION CONCLUDED AT
22 3:24 P.M.)
23          (SIGNATURE IS NOT WAIVED.)
24
25

Page 223

1                REPORTER'S CERTIFICATE
2  STATE OF TENNESSEE
3  COUNTY OF SHELBY
4           I, Valerie Hall Gilliam, CRR, RPR, LCR
5  #456, Licensed Court Reporter, with offices in
6  Memphis, Tennessee, hereby certify that I
7  reported the foregoing deposition of Chuck Lane
8  by machine shorthand to the best of my skills and
9  abilities, and thereafter the same was reduced to
10 typewritten form by me.  I am not related to any
11 of the parties named herein, nor their counsel,
12 and have no interest, financial or otherwise, in
13 the outcome of the proceedings.
14          I further certify that in order for this
   document to be considered a true and correct
15 copy, it must bear my original signature, and
   that any unauthorized reproduction in whole or in
16 part and/or transfer of this document is not
   authorized, will not be considered authentic, and
17 will be in violation of Tennessee Code Annotated
   39-14-104, Theft of Services.
18
19
20  _____
21          VALERIE HALL GILLIAM, CRR, RPR, LCR
            Elite Reporting Services
22
23 LCR # 122 - Expires: 6/30/2024
24
25

Page 224

1                E R R A T A   P A G E
2           I, Chuck Lane, having read the
   foregoing deposition, pages 1 through 222, do
3  hereby certify said testimony is a true and
   accurate transcript, with the following changes
4  (if any):
5                    CORRECTIONS
6  Page Line   Should Read       Reasons Therefore
7  ____ ____ _____  _____
8  ____ ____ _____  _____
9  ____ ____ _____  _____
10 ____ ____ _____  _____
11 ____ ____ _____  _____
12 ____ ____ _____  _____
13 ____ ____ _____  _____
14 ____ ____ _____  _____
15 ____ ____ _____  _____
16 ____ ____ _____  _____
17 ____ ____ _____  _____
18 ____ ____ _____  _____
19 ____ ____ _____  _____
20                           _____
21                           Signature of Deponent
   _____
22 Notary Public
23 My Commission Expires:_____
24
25 Reported by:  Valerie Hall Gilliam, CRR, RPR, LCR

Case 3:17-cv-00902 Document 209-1 Filed 06/02/23 Page 8 of 8 PageID #: 12913   221..224
Elite-Brentwood Reporting Services  (615)595-0073
www.EliteReportingServices.com