# EXHIBIT 7

# UNITED STATES of AMERICA

# vs

# METHODIST LE BONHEUR HEALTHCARE, et al.

# GARY SHORB

# August 12, 2022



Terri Beckham, RPR, RMR, CRR

Chattanooga (423)266-2332  Jackson (731)425-1222
Knoxville (865)329-9919  Nashville (615)595-0073  Memphis (901)522-4477
www.elitereportingservices.com

Page 185

1  BY MR. MARTIN:
2  Q. Do you want to do the math?
3  A. **We did a fair -- no, I trust your math. We**
4  **did a fair --**
5      MR. ROARK: I don't know -- I don't know
6  about that.
7      THE WITNESS: Okay. Then maybe I don't
8  trust your math.
9  BY MR. MARTIN:
10  Q. Well, let me make sure -- let me ask a
11  different way.
12  A. **Yeah.**
13  Q. If you paid $3-and-a-half million for a
14  28 percent share in a company, does it sound right
15  to you that that would mean the company was valued
16  at $12-and-a-half million?
17  A. **Again, I'd have to do the math, but --**
18  Q. Okay. But it doesn't sound wrong to you,
19  right? I mean, can we just agree -- can we all
20  agree --
21  A. **Let's agree it's in the ballpark.**
22  Q. All right. We'll agree it's in the ballpark.
23  Fair enough. That's as good as we're going to get.
24      All right. I'd like to know a little bit
25  more, Mr. Shorb, just exactly what it was that

Page 186

1  ACORN/Vector was going to do.
2  A. **We wanted to continue to do the clinical**
3  **research that was ongoing, and I think at the time**
4  **of purchase there were, like, 20 different clinical**
5  **research initiatives. We wanted to continue to**
6  **expand that, and physicians were interested in**
7  **continuing to expand it.**
8      **And we wanted to get to phase 1 clinical**
9  **trials. And eventually we did, thanks to the fact**
10  **that we had made that investment.**
11  Q. What's the difference -- when you say
12  "clinical research," what's the difference -- when I
13  hear that in this context I naturally assume it's
14  drug trials.
15  A. **It is.**
16  Q. But it sounds like maybe it's something prior
17  to -- there's something that happens before you get
18  to do drug trials?
19  A. **No, in this case it is drug trials, and it's**
20  **just various levels of drug trials. Don't ask me to**
21  **explain it.**
22  Q. Okay.
23  A. **I couldn't tell you with any confidence --**
24  Q. All right.
25  A. **-- but I could tell you generally on it.**

Page 187

1  Q. What did you base the decision on to invest
2  in, you know, 3-and-a-half million in loan and
3  3-and-a-half million in equity into -- where do
4  those numbers come from?
5  A. **Fair market valuation of the company. And,**
6  **again, you'd have to ask Chris specifics on how we**
7  **decided on 3-and-a-half million loan versus**
8  **3-and-a-half million equity.**
9  Q. Did you explain -- did you have to get board
10  approval to make this $7 million dollar investment?
11  A. **We did.**
12  Q. Okay.
13  A. **It was part of the board presentation.**
14  Q. Yeah. So, if you're -- and you're designated
15  as a company representative to talk about getting
16  that approval from the board, which would include,
17  you know, how the company was valued, right?
18  A. **Correct.**
19  Q. Okay. So as you sit here, do you know -- if
20  the company was valued at $12-and-a-half million,
21  based on your $3-and-a-half million equity buy at
22  28 percent, what do you know about where that
23  $12-and-a-half million number came from?
24  A. **We had a fair market value opinion.**
25  Q. Uh-huh.

Page 188

1  A. **I couldn't tell you who did it, but it was**
2  **north of $10 million.**
3  Q. Okay. And so what was the decision process
4  on the exact, you know, decision that you would
5  invest 3-and-a-half million for 28 percent? Like,
6  where -- you know, if it's -- if it's north of
7  10 million, let's say it's a range, how did you
8  settle upon 12-and-a-half million?
9      MR. ROARK: Objection. Object to the
10  form.
11      THE WITNESS: That was Chris's decision.
12  And, again, the board approved the 7 million and
13  left it up to management as to how we would
14  specifically invest in the company.
15  BY MR. MARTIN:
16  Q. So the board approved -- well, what exac- --
17  okay, I don't understand that. What exactly did the
18  board approve?
19  A. **As part of the trans- -- the total**
20  **transaction, the board approved a $7 million**
21  **investment in ACORN/Vector.**
22  Q. But only -- 3-and-a-half of that was just a
23  loan?
24  A. **3-and-a-half was a loan.**
25  Q. 3-and-a-half was equity buy?

**Page 253**

```
 1  of next week or the following week.
 2          MS. SWEET:  I want a copy of the
 3  transcripts.  I don't need it expedited.
 4          MR. ROARK:  They'll both read and sign
 5  as well.
 6           FURTHER DEPONENT SAITH NOT
 7       (Proceedings concluded at 4:18 p.m.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 254**

```
 1                REPORTER'S CERTIFICATE
 2
 3  STATE OF TENNESSEE
 4  COUNTY OF Davidson
 5
 6          I, Terri Beckham, RMR, CRR, and licensed
 7  Court Reporter, with offices in Nashville,
 8  Tennessee, hereby certify that I reported the
 9  foregoing deposition of GARY SHORB by machine
10  shorthand to the best of my skills and abilities,
11  and thereafter the same was reduced to typewritten
12  form by me.  I am not related to any of the parties
13  named herein, nor their counsel, and have no
14  interest, financial or otherwise, in the outcome of
15  the proceedings.
16          I further certify that in order for this
    document to be considered a true and correct copy,
17  it must bear my original signature, and that any
    unauthorized reproduction in whole or in part
18  and/or transfer of this document is not authorized
    will not be considered authentic, and will be in
19  violation of Tennessee Code Annotated 39-14-104,
    Theft of Services.
20
21
            _____
22          Terri Beckham, RMR, CRR, LCR
            Elite-Brentwood Reporting Services
23          Notary Public State of Tennessee
24          My Notary Public Commission Expires 3/6/2026
            LCR 355 - Expires: 6/30/2024
25
```

**Page 255**

```
 1              E R R A T A
 2       I, GARY SHORB, having read the foregoing
    deposition, pages 1 through 254, taken August 12,
 3  2022, do hereby certify said testimony is a true
    and accurate transcript, with the following
 4  corrections, if any:
 5  PAGE    LINE   SHOULD HAVE BEEN
 6  _____   _____  _____
 7  _____   _____  _____
 8  _____   _____  _____
 9  _____   _____  _____
10  _____   _____  _____
11  _____   _____  _____
12  _____   _____  _____
13  _____   _____  _____
14  _____   _____  _____
15  _____   _____  _____
16  _____   _____  _____
17  _____   _____  _____
18  _____   _____  _____
19
20                 _____
21                 GARY SHORB
22
    _____      _____
23
    Notary Public               My commission expires:
24
25
```