IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JEFFREY H. LIEBMAN and DAVID M. STERN, M.D., | ) ) ) ) | Case No.: 3:17-cv-00902 |
| Plaintiff-Relators, | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES |
| v. | ) ) | |
| METHODIST LE BONHEUR HEALTHCARE and METHODIST HEALTHCARE-MEMPHIS HOSPITALS, | ) ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF MICHAEL C. DOUGHERTY

I, Michael C. Dougherty, declare under penalty of perjury that the following statements are true and correct:

1.      My name is Michael C. Dougherty.  I am over 21 years of age, and I am competent to make this declaration.  My statements in this declaration are based on information personally known to me or conveyed to me by the Office of Counsel to the Inspector General (OCIG) of the United States Department of Health and Human Services (HHS).  I am the Office 365 Lead Engineer for the HHS Office of Inspector General.  I have been in this position since March 27, 2022.  Before this, I was supporting in a similar service area as a contractor starting around August of 2020.

2.      On June 8, 2023, I was asked to run a search of the search terms from Exhibit A on the email accounts of Lewis Morris, Greg Demske, Martha Talley, Jennifer Michael/Williams, Kevin Barry, Karen Glassman, and Keisha Thompson for the time-period from January 1, 2011, through December 31, 2018.  This search resulted in 93,801 items.

3.      On May 17, 2023, a similar search of the email accounts of Lisa Re, Dan Levinson, Tamar Terzian, and Katie Arnholt returned 123,068 items.  Twenty OCIG attorneys reviewed those items over 306 hours in a nine-day time-period and found no responsive documents.

Dated, this 13th day of June, 2023

MICHAEL DOUGHERTY

Digitally signed by
MICHAEL DOUGHERTY
Date: 2023.06.13
11:30:20 -04'00'

_____
Michael C. Dougherty

**Exhibit A**

(Foley NEAR(100) presentation* OR Foley NEAR(100) conference* OR Foley NEAR(100) seminar* OR Foley NEAR(100) meeting* OR Foley NEAR(100) event* OR Blau* NEAR(100) presentation* OR Blau* NEAR(100) conference* OR Blau* NEAR(100) seminar* OR Blau* NEAR(100) meeting* OR Blau* NEAR(100) event* OR "professional service* agreement*" NEAR(100) presentation* OR "professional service* agreement*" NEAR(100) conference* OR "professional service* agreement*" NEAR(100) seminar* OR "professional service* agreement*" NEAR(100) meeting* OR "professional service* agreement*" NEAR(100) event* OR "PSA" NEAR(100) presentation* OR "PSA" NEAR(100) conference* OR "PSA" NEAR(100) seminar* OR "PSA" NEAR(100) meeting* OR "PSA" NEAR(100) event* OR "co-management" NEAR(100) presentation* OR "co-management" NEAR(100) conference* OR "co-management" NEAR(100) seminar* OR "co-management" NEAR(100) meeting* OR "co-management" NEAR(100) event* OR "co management" NEAR(100) presentation* OR "co management" NEAR(100) conference* OR "co management" NEAR(100) seminar* OR "co management" NEAR(100) meeting* OR "co management" NEAR(100) event* OR "management service* agreement*" NEAR(100) presentation* OR "management service* agreement*" NEAR(100) conference* OR "management service* agreement*" NEAR(100) seminar* OR "management service* agreement*" NEAR(100) meeting* OR "management service* agreement*" NEAR(100) event* OR "MSA" NEAR(100) presentation* OR "MSA" NEAR(100) conference* OR "MSA" NEAR(100) seminar* OR "MSA" NEAR(100) meeting* OR "MSA" NEAR(100) event* OR "asset* purchase*" NEAR(100) presentation* OR "asset* purchase*" NEAR(100) conference* OR "asset* purchase*" NEAR(100) seminar* OR "asset* purchase*" NEAR(100) meeting* OR "asset* purchase*" NEAR(100) event* OR "APA" NEAR(100) presentation* OR "APA" NEAR(100) conference* OR "APA" NEAR(100) seminar* OR "APA" NEAR(100) meeting* OR "APA" NEAR(100) event* OR "provider-based" NEAR(100) presentation* OR "provider-based" NEAR(100) conference* OR "provider-based" NEAR(100) seminar* OR "provider-based" NEAR(100) meeting* OR "provider-based" NEAR(100) event* OR "provider based" NEAR(100) presentation* OR "provider based" NEAR(100) conference* OR "provider based" NEAR(100) seminar* OR "provider based" NEAR(100) meeting* OR "provider based" NEAR(100) event* OR "leas* employee*" NEAR(100) presentation* OR "leas* employee*" NEAR(100) conference* OR "leas* employee*" NEAR(100) seminar* OR "leas* employee*" NEAR(100) meeting* OR "leas* employee*" NEAR(100) event* OR "LEA" NEAR(100) presentation* OR "LEA" NEAR(100) conference* OR "LEA" NEAR(100) seminar* OR "LEA" NEAR(100) meeting* OR "LEA" NEAR(100) event* OR "physician hospital alignment" NEAR(100) presentation* OR "physician hospital alignment" NEAR(100) conference* OR "physician hospital alignment" NEAR(100) seminar* OR "physician hospital alignment" NEAR(100) meeting* OR "physician hospital alignment" NEAR(100) event* OR "physician-hospital alignment" NEAR(100) presentation* OR "physician-hospital alignment" NEAR(100) conference* OR "physician-hospital alignment" NEAR(100) seminar* OR "physician-hospital alignment" NEAR(100) meeting* OR "physician-hospital alignment" NEAR(100) event* OR "physician hospital integration" NEAR(100) presentation* OR "physician hospital integration" NEAR(100) conference* OR "physician hospital integration" NEAR(100) seminar* OR "physician hospital integration" NEAR(100) meeting* OR "physician hospital integration" NEAR(100) event* OR "physician-hospital integration" NEAR(100) presentation* OR "physician-hospital integration" NEAR(100)

conference* OR "physician-hospital integration" NEAR(100) seminar* OR "physician-hospital integration" NEAR(100) meeting* OR "physician-hospital integration" NEAR(100) event* OR "hospital physician alignment" NEAR(100) presentation* OR "hospital physician alignment" NEAR(100) conference* OR "hospital physician alignment" NEAR(100) seminar* OR "hospital physician alignment" NEAR(100) meeting* OR "hospital physician alignment" NEAR(100) event* OR "hospital-physician alignment" NEAR(100) presentation* OR "hospital-physician alignment" NEAR(100) conference* OR "hospital-physician alignment" NEAR(100) seminar* OR "hospital-physician alignment" NEAR(100) meeting* OR "hospital-physician alignment" NEAR(100) event* OR "hospital physician integration" NEAR(100) presentation* OR "hospital physician integration" NEAR(100) conference* OR "hospital physician integration" NEAR(100) seminar* OR "hospital physician integration" NEAR(100) meeting* OR "hospital physician integration" NEAR(100) event* OR "hospital-physician integration" NEAR(100) presentation* OR "hospital-physician integration" NEAR(100) conference* OR "hospital-physician integration" NEAR(100) seminar* OR "hospital-physician integration" NEAR(100) meeting* OR "hospital-physician integration" NEAR(100) event* OR "opinion w/5 12-22" NEAR(100) presentation* OR "opinion w/5 12-22" NEAR(100) conference* OR "opinion w/5 12-22" NEAR(100) seminar* OR "opinion w/5 12-22" NEAR(100) meeting* OR "opinion w/5 12-22" NEAR(100) event* OR "AO w/5 12-22" NEAR(100) presentation* OR "AO w/5 12-22" NEAR(100) conference* OR "AO w/5 12-22" NEAR(100) seminar* OR "AO w/5 12-22" NEAR(100) meeting* OR "AO w/5 12-22" NEAR(100) event*)(c:c)(date=2011-01-01..2018-12-31)

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2023, a true and correct copy of the foregoing was served via email to the following:

| | |
|---|---|
| Bryan A. Vroon<br>Law Offices of Bryan A. Vroon, LLC<br>1380 West Paces Ferry Road, Suite 2270<br>Atlanta, GA 30327<br>Email: bryanvroon@gmail.com | Edward D. Robertson, Jr.<br>Bartimus, Frickleton & Robertson<br>715 Swifts Highway<br>Jefferson City, MO 65109<br>Email: crobertson@bflawfirm.com |
| Jerry E. Martin<br>David Rivera<br>Seth Marcus Hyatt<br>Barrett Johnston Martin & Garrison, LLC<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>Email: jmartin@barrettjohnston.com<br>Email: shyatt@barrettjohnston.com | Robert Salcido<br>(Admitted *Pro Hac Vice*)<br>Akin Grump Strauss Hauer & Feld LLP<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>Email: rsalcido@akingrump.com |
| Brian D. Roark<br>Anna M. Grizzle<br>J. Taylor Chenery<br>Taylor M. Sample<br>Hannah E. Webber<br>Bass, Berry & Sims PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>Email: broark@bassberry.com<br>Email: agrizzle@bassberry.com<br>Email: tchenery@bassberry.com<br>Email: taylor.sample@bassberry.com<br>Email: hannah.webber@bassberry.com | Andrew F. Solinger, Esq.<br>HOLLAND & KNIGHT LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Email: Andrew.solinger@hklaw.com |
| John-David H. Thomas, Esq.<br>Barnes & Thornburg, LLP<br>827 19th Avenue, Suite 930<br>Nashville, TN 37203<br>Email: jd.thomas@btlaw.com | |

s/ Ellen Bowden McIntyre
ELLEN BOWDEN MCINTYRE
Assistant United States Attorney