# EXHIBIT 01
# to
# Declaration
# of
# Stephanie Richey

# Lopes, Liz (USATNM)

| | |
|---|---|
| **From:** | Sweet, Kara (USATNM) |
| **Sent:** | Monday, August 15, 2022 9:28 AM |
| **To:** | Robert S. Salcido (rsalcido@akingump.com); Roark, Brian; taylor.sample@bassberry.com; Chenery, Taylor (TChenery@bassberry.com); hannah.webber@bassberry.com |
| **Cc:** | Lopes, Liz (USATNM); Shuford, Wynn (USATNM); bryanvroon@gmail.com; Seth Hyatt; Jerry Martin |
| **Subject:** | US Document Production |
| **Attachments:** | GOV000552 to GOV000653 .pdf |

All:

Attached please find the US' production of GOV000552-653.

Kara