# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JEFFREY H. LIEBMAN and DAVID STERN, M.D., <br><br> Relators, <br><br> v. <br><br> METHODIST LE BONHEUR HEALTHCARE and METHODIST HEALTHCARE-MEMPHIS HOSPITALS <br><br> Defendants. | Case No. 3:17-cv-00902 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE HOLMES |

## ORDER

Pending before the Court is the United States' Motion for Leave to File Declaration Supporting its Motion for Review of Nondispositive Order of Magistrate Judge. (Doc. No. 425). For the reasons stated in the Order reviewing the Magistrate Judge's May 10, 2023 Nondispositive Order (Doc. No. 439), the motion for leave to file declaration in support of the Motion for Review is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE