IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LIEBMAN, *et al.*, <br><br> Plaintiff-Relators, <br><br> v. <br><br> METHODIST LE BONHEUR HEALTHCARE, *et al.*, <br><br> Defendants. | Case No.: 3:17-cv-00902 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE HOLMES |

**UNITED STATES' UNOPPOSED MOTION FOR STATUS CONFERENCE**

The United States respectfully moves the Court to set a status conference in this matter. In support of this request, the United States submits the following:

1. This case is currently set for trial on November 7, 2023. ECF No. 254.

2. The United States recently learned that the Court has a criminal trial in United States v. Maund, Case No. 3:21-cr-00288, set to be tried on October 31, 2023. The United States understands from conferring with the Assistant United States Attorney assigned to that matter that the defendant in that case intends to proceed to trial on October 31, 2023 and that the trial may last approximately three weeks.

3. Counsel for defendant Maund is J.D. Thomas, who is also counsel for the West Clinic and several witnesses who currently or formerly worked for the West Clinic who are expected to testify in the *Methodist* trial.

4. The United States understands that the Court may be away the week of September 5, 2023 attending the Sixth Circuit Judicial Conference.

1

5. The parties have scheduled the required Rule 30(b)(6) deposition of the United States on September 12, 2023. There are also numerous pre-trial scheduling deadlines approaching on October 16 and 23, 2023. ECF No. 254.

6. So that the parties may effectively manage their schedules, notify witnesses of the status of the trial, and coordinate witness schedules for travel to Nashville for the trial, the United States believes that a discussion of logistics with the Court will be beneficial for all parties. The United States requests that the Court set a status conference on August 28, August 30, August 31, or at such time as is convenient for the Court.

7. Methodist's counsel does not oppose this motion, and counsel for both Relators and West consent to this motion.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

By: s/ Ellen Bowden McIntyre
THOMAS J. JAWORSKI
First Assistant United States Attorney
ELLEN BOWDEN MCINTYRE, BPR #023133
SARAH K. BOGNI, B.P.R. #028326
ROBERT S. LEVINE
Assistant United States Attorneys
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN 37203
Email: thomas.jaworski2@usdoj.gov
Email: ellen.bowden2@usdoj.gov
Email: sarah.bogni@usdoj.gov
Email: robert.levine@usdoj.gov

*Counsel for the United States*

2

# CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, a true and correct copy of the foregoing was served via email to the following:

| | |
|---|---|
| Bryan A. Vroon<br>Law Offices of Bryan A. Vroon, LLC<br>1380 West Paces Ferry Road, Suite 2270<br>Atlanta, GA 30327<br>Email: bryanvroon@gmail.com | Edward D. Robertson, Jr.<br>Bartimus, Frickleton & Robertson<br>715 Swifts Highway<br>Jefferson City, MO 65109<br>Email: crobertson@bflawfirm.com |
| Jerry E. Martin<br>David Rivera<br>Seth Marcus Hyatt<br>Barrett Johnston Martin & Garrison, LLC<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>Email: jmartin@barrettjohnston.com<br>Email: shyatt@barrettjohnston.com | Robert Salcido<br>(Admitted *Pro Hac Vice*)<br>Akin Grump Strauss Hauer & Feld LLP<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>Email: rsalcido@akingrump.com |
| Brian D. Roark<br>Anna M. Grizzle<br>J. Taylor Chenery<br>Taylor M. Sample<br>Hannah E. Webber<br>Bass, Berry & Sims PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>Email: broark@bassberry.com<br>Email: agrizzle@bassberry.com<br>Email: tchenery@bassberry.com<br>Email: taylor.sample@bassberry.com<br>Email: hannah.webber@bassberry.com | Andrew F. Solinger, Esq.<br>HOLLAND & KNIGHT LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Email: Andrew.solinger@hklaw.com |
| John-David H. Thomas, Esq.<br>Barnes & Thornburg, LLP<br>827 19th Avenue, Suite 930<br>Nashville, TN 37203<br>Email: jd.thomas@btlaw.com | |

s/ Ellen Bowden McIntyre
ELLEN BOWDEN MCINTYRE
Assistant United States Attorney

3

Case 3:17-cv-00902   Document 442   Filed 08/24/23   Page 3 of 3 PageID #: 13630