IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JEFFREY H. LIEBMAN and DAVID M. STERN, M.D.<br><br>Plaintiff,<br><br>v.<br><br>METHODIST LE BONHEUR HEALTHCARE, METHODIST HEALTHCARE-MEMPHIS HOSPITALS,<br><br>Defendants. | Case No. 3:17-CV-00902<br><br>District Judge William L. Campbell, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

## DEFENDANTS' MOTION TO EXCLUDE GOVERNMENT'S SUPPLEMENTAL INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 37, Defendants Methodist Le Bonheur Healthcare and Methodist Healthcare-Memphis Hospitals (collectively, "Methodist" or "Defendants") move to exclude from any motion, at a hearing, or at trial certain witnesses and information disclosed in the government's untimely Fourth, Fifth, Sixth, and Seventh Supplemental Initial Disclosures. The deadline for the parties to exchange initial disclosures was June 24, 2022, more than a year ago. Fact discovery closed almost a year ago, on September 23, 2022. Based on the record developed during fact and expert discovery, Methodist filed a Motion for Summary Judgment on April 14, 2023.

After Methodist identified failures of proof in the government's case in its Motion for Summary Judgment, the government served its Fourth, Fifth, Sixth, and Seventh Supplemental Initial Disclosures between May 31, 2023, and August 9, 2023, disclosing new witnesses and information intended to address those failures. In those untimely disclosures, the government disclosed some witnesses for the first time, and it grossly expanded the scope of disclosures for

1

other witnesses to include knowledge and information that the government never disclosed during fact discovery.

When a party fails to satisfy its disclosure obligations under Rule 26, Rule 37 and binding Sixth Circuit precedent mandate that exclusion of the undisclosed witness or evidence is "automatic and mandatory" unless the failure was substantially justified or harmless. *Roberts v. Galen of Va., Inc.*, 325 F.3d 776, 782 (6th Cir. 2003). This case has been pending for more than six years. The government can provide no substantial justification for its failure to disclose, and that failure is extraordinarily prejudicial to Methodist. For the reasons set forth in the accompanying Memorandum of Law, the Court should exclude the undisclosed witnesses and information from any motion, at a hearing, or at trial.

Pursuant to Local Rule 7.01(a)(1), Methodist conferred with counsel for the United States, and the government opposes the relief that Methodist seeks in its Motion to Exclude.

Dated: August 28, 2023.

Respectfully submitted,

*/s/ Brian D. Roark*
Brian D. Roark
J. Taylor Chenery
Taylor M. Sample
Hannah E. Webber
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293
broark@bassberry.com
tchenery@bassberry.com
taylor.sample@bassberry.com
hannah.webber@bassberry.com

Robert S. Salcido
(Admitted *Pro Hac Vice*)
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 887-4095
rsalcido@akingump.com

*Attorneys for Defendants Methodist Le Bonheur Healthcare and Methodist Healthcare-Memphis Hospitals*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing has been served on the following counsel via the Court's CM/ECF email notification system on this the 28th day of August, 2023:

Bryan A. Vroon
Law Offices of Bryan A. Vroon, LLC
1766 West Paces Ferry Road
Atlanta, GA 30327
(404) 441-9806
bryanvroon@gmail.com

Jerry E. Martin
Seth Marcus Hyatt
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com

Edward D. Robertson, Jr.
Bartimus Frickleton Robertson Rader PC
109 B East High Street
Jefferson City, MO 65101
(573) 659-4454
crobertson@bflawfirm.com

Thomas J. Jaworski
Ellen B. McIntyre
Sarah K. Bogni
Robert S. Levine
U.S. Attorney's Office
Middle District of Tennessee
719 Church Street
Suite 330
Nashville, TN 37203
(615) 401-6598
thomas.jaworski2@usdoj.gov
ellen.bowden2@usdoj.gov
sarah.bogni@usdoj.gov
robert.levine@usdoj.gov

                                              */s/ Brian D. Roark*