# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JEFFREY H. LIEBMAN and DAVID STERN, M.D., <br><br> Relators, <br><br> v. <br><br> METHODIST LE BONHEUR HEALTHCARE and METHODIST HEALTHCARE-MEMPHIS HOSPITALS <br><br> Defendants. | Case No. 3:17-cv-00902 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE HOLMES |

## **ORDER**

The Court will hold a hearing on October 5, 2023, at 1:00 p.m. regarding the following motions:

1. Methodist's Motion to Exclude Proposed Testimony of Government Expert Lucy Carter (Doc. No. 324, filed April 14, 2023).

2. Methodist's Motion to Exclude Proposed Testimony of Government Expert Timothy Smith (Doc. No. 328, filed April 14, 2023).

3. United States' Motion to Strike and/or Preclude Methodist's Backdoor Advice of Counsel Defense from Its Summary Judgment Filings (Doc. No. 343, filed May 19, 2023).

4. Methodist's Motion to Exclude Declaration of Michael J. Petron, CPA, CFE and for Sanctions (Doc. No. 394, filed June 2, 2023).

5. Methodist's Motion to Deem Certain Facts Undisputed for Purposes of Summary Judgment and to Strike or Disregard Portions of Plaintiff's Response to Defendants' Statement of Undisputed Material Facts (Doc. No. 396, filed June 2, 2023).

6. United States' Motion to Withdraw the Richey and Petron Declarations and for Leave to File a Substitute, Second Petron Declaration (Doc. No. 434, filed August 16, 2023).

7. Motion to Exclude Government's Supplemental Initial Disclosures (Doc. No. 444, filed August 28, 2023).

On or before September 25, 2023, lead counsel for Methodist and the United States shall confer in person or by telephone and file a joint notice informing the Court whether the parties have been able to resolve any issues raised by these motions.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE