# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JEFFREY H. LIEBMAN and DAVID M. STERN, M.D. <br><br> Plaintiff, <br><br> v. <br><br> METHODIST LE BONHEUR HEALTHCARE, METHODIST HEALTHCARE-MEMPHIS HOSPITALS, <br><br> Defendants. | Case No. 3:17-CV-00902 <br><br> District Judge William L. Campbell, Jr. <br><br> Magistrate Judge Barbara D. Holmes |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 6.01(a), the Parties jointly move for a two-week extension of all deadlines, including the October 5, 2023 hearing. (Dkt. Nos. 447 & 450.) In support of this Joint Motion, the Parties state as follows:

1. On August 30, 2023, the Court held a status conference to discuss the approaching case deadlines and the trial date in this matter. (Dkt. No. 443.)

2. On August 31, 2023, the Court issued an Order setting a hearing for October 5, 2023, at 1:00 p.m. to hear argument on seven currently pending motions. (Dkt. No. 447.)

3. The current deadline for the United States to respond to Methodist's motion to exclude is set for September 20, 2023, and there is a pending consent motion to extend that deadline through September 27, 2023. (Dkt. Nos. 450 & 452.)

4. The Court also ordered the parties to confer on or before September 25, 2023, and file a joint notice informing the Court whether the parties have been able to resolve any issues raised by the motions. *Id.*

1

5. The Parties now jointly request a two-week extension of all the deadlines, subject to the Court's calendar for re-setting a hearing on the identified motions. The parties also propose that they file a joint status report for the Court on October 5, 2023.

6. The parties also jointly request a brief call with the Court to discuss this request at his earliest convenience. The parties are available for this call on Friday, September 22, 2023, anytime except between 1 and 2 p.m. and on Monday, September 25, 2023, before 1:30 p.m.

Respectfully submitted,

/s/ Brian D. Roark
Brian D. Roark
J. Taylor Chenery
Taylor M. Sample
Hannah E. Webber
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293
broark@bassberry.com
tchenery@bassberry.com
taylor.sample@bassberry.com
hannah.webber@bassberry.com

Robert S. Salcido
(Admitted *Pro Hac Vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 887-4095
rsalcido@akingump.com

*Attorneys for Defendants Methodist Le Bonheur Healthcare and Methodist Healthcare-Memphis Hospitals*

Henry C. Leventis
United States Attorney
Middle District of Tennessee

/s/ Ellen Bowden McIntyre

Thomas J. Jaworski
First Assistant United States Attorney
Ellen Bowden McIntyre
Sarah K. Bogni
Robert S. Levine
Assistant United States Attorneys
United States Attorneys' Office
719 Church Street, Suite 3300
Nashville, TN 37203
(615) 401-6598
thomas.jaworski2@usdoj.gov
ellen.bowden2@usdoj.gov
sarah.bogni@usdoj.gov
robert.levine@usdoj.gov

*Counsel for the United States*

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served on the following counsel via the Court's CM/ECF email notification system on this the 22nd day of September, 2023:

Bryan A. Vroon
Law Offices of Bryan A. Vroon, LLC
1766 West Paces Ferry Road
Atlanta, GA 30327
(404) 441-9806
bryanvroon@gmail.com

Jerry E. Martin
Seth Marcus Hyatt
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com

Edward D. Robertson, Jr.
Bartimus Frickleton Robertson Rader PC
109 B East High Street
Jefferson City, MO 65101
(573) 659-4454
crobertson@bflawfirm.com

Thomas J. Jaworski
Ellen B. McIntyre
Sarah K. Bogni
Robert S. Levine
U.S. Attorney's Office
Middle District of Tennessee
719 Church Street
Suite 330
Nashville, TN 37203
(615) 401-6598
thomas.jaworski2@usdoj.gov
ellen.bowden2@usdoj.gov
sarah.bogni@usdoj.gov
robert.levine@usdoj.gov

*/s/ Ellen Bowden McIntyre*