# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JEFFREY H. LIEBMAN and DAVID M. STERN, M.D.<br><br>Plaintiff,<br><br>v.<br><br>METHODIST LE BONHEUR HEALTHCARE, METHODIST HEALTHCARE-MEMPHIS HOSPITALS,<br><br>Defendants. | Case No. 3:17-CV-00902<br><br>District Judge William L. Campbell, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

## JOINT STATUS REPORT

The United States and Defendants Methodist Le Bonheur Healthcare and Methodist Healthcare-Memphis Hospitals ("Methodist") submit this joint status report pursuant to the Court's Order dated September 25, 2023. (Dkt. No. 456.) On September 22, 2023, the parties jointly moved for a two-week extension of pending deadlines and to postpone the motion hearing scheduled for October 5, 2023. (Dkt. No. 453.) At the parties' request, the Court held a telephonic conference later that day to further discuss the requested extension, and it granted the parties' motion. (Dkt. No. 456.)

Since September 22, 2023, the parties have not resolved the issues discussed during the telephonic conference. By the close of business on October 6, 2023, the United States intends to file a motion to enforce the settlement agreement it believes has been reached between the parties. The United States respectfully asks the Court to stay this case – with the exception of the coming enforcement motion – until the Court rules on the motion. Alternatively, the United States requests that the Court consider and rule on the enforcement motion before resetting other deadlines in this case. *See* Fed. R. Civ. P. 1 (the rules should be construed and administered to "secure the just,

1

speedy, and inexpensive determination of every action and proceeding").

Methodist will oppose the motion to enforce the settlement agreement because it believes the United States and Methodist have not reached agreement as to material terms of a settlement. If the government files a motion to stay this long-running case, Methodist will oppose that motion. Methodist requests that the motion hearing previously scheduled for October 5, 2023 (*see* Dkt. No. 447) be reset at the Court's earliest convenience, and that the deadline for the parties to confer and file a joint notice regarding the subject motions be reset for ten days in advance of the new hearing date.

Respectfully submitted,

<u>/s/ Brian D. Roark</u>
Brian D. Roark
J. Taylor Chenery
Taylor M. Sample
Hannah E. Webber
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-7753
Facsimile (615) 742-6293
broark@bassberry.com
tchenery@bassberry.com
taylor.sample@bassberry.com
hannah.webber@bassberry.com

Robert S. Salcido
(Admitted *Pro Hac Vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 887-4095
rsalcido@akingump.com

*Attorneys for Defendants Methodist Le Bonheur Healthcare and Methodist Healthcare-Memphis Hospitals*

Henry C. Leventis
United States Attorney
Middle District of Tennessee

*/s/ Ellen Bowden McIntyre*
Thomas J. Jaworski
First Assistant United States Attorney
Ellen Bowden McIntyre
Sarah K. Bogni
Robert S. Levine
Assistant United States Attorneys
United States Attorneys' Office
719 Church Street, Suite 3300
Nashville, TN 37203
(615) 401-6598
thomas.jaworski2@usdoj.gov
ellen.bowden2@usdoj.gov
sarah.bogni@usdoj.gov
robert.levine@usdoj.gov

*Counsel for the United States*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on the following counsel via the Court's CM/ECF email notification system on this the 5th day of October, 2023:

Bryan A. Vroon
Law Offices of Bryan A. Vroon, LLC
1766 West Paces Ferry Road
Atlanta, GA 30327
(404) 441-9806
bryanvroon@gmail.com

Jerry E. Martin
Seth Marcus Hyatt
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com

Edward D. Robertson, Jr.
Bartimus Frickleton Robertson Rader PC
109 B East High Street
Jefferson City, MO 65101
(573) 659-4454
crobertson@bflawfirm.com

Thomas J. Jaworski
Ellen B. McIntyre
Sarah K. Bogni
Robert S. Levine
U.S. Attorney's Office
Middle District of Tennessee
719 Church Street
Suite 330
Nashville, TN 37203
(615) 401-6598
thomas.jaworski2@usdoj.gov
ellen.bowden2@usdoj.gov
sarah.bogni@usdoj.gov
robert.levine@usdoj.gov

*/s/ Brian D. Roark*

36515715.1