IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LIEBMAN, *et al.*, | Case No.: 3:17-cv-00902 |
| Plaintiff-Relators, | JUDGE CAMPBELL<br>MAGISTRATE JUDGE HOLMES |
| v. | |
| METHODIST LE BONHEUR HEALTHCARE, *et al.*, | |
| Defendants. | |

## UNITED STATES' MOTION TO ENFORCE SETTLEMENT AGREEMENT

The United States respectfully moves the Court to enforce the settlement agreement entered into between Methodist and the United States. As discussed in the attached memorandum of law, Methodist made an unconditional offer to settle this case for a specific monetary amount. The United States accepted that offer. This is a legally enforceable contract to settle this case.

Accordingly, the United States asks the Court to enter an order enforcing the settlement agreement.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

By: s/ Ellen Bowden McIntyre
THOMAS J. JAWORSKI
First Assistant United States Attorney
ELLEN BOWDEN MCINTYRE, BPR #023133
SARAH K. BOGNI, B.P.R. #028326
ROBERT S. LEVINE
Assistant United States Attorneys
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN  37203

1

Email: thomas.jaworski2@usdoj.gov
Email: ellen.bowden2@usdoj.gov
Email: sarah.bogni@usdoj.gov
Email: robert.levine@usdoj.gov

*Counsel for the United States*

# CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, a true and correct copy of the foregoing was served via email to the following:

| | |
|---|---|
| Bryan A. Vroon<br>Law Offices of Bryan A. Vroon, LLC<br>1380 West Paces Ferry Road, Suite 2270<br>Atlanta, GA 30327<br>Email: bryanvroon@gmail.com | Edward D. Robertson, Jr.<br>Bartimus, Frickleton & Robertson<br>715 Swifts Highway<br>Jefferson City, MO 65109<br>Email: crobertson@bflawfirm.com |
| Jerry E. Martin<br>David Rivera<br>Seth Marcus Hyatt<br>Barrett Johnston Martin & Garrison, PLLC<br>200 31st Ave. North<br>Nashville, TN 37203<br>Email: jmartin@barrettjohnston.com<br>Email: shyatt@barrettjohnston.com<br>Email: drivera@barrettjohnston.com | Robert Salcido<br>(Admitted *Pro Hac Vice*)<br>Akin Grump Strauss Hauer & Feld LLP<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>Email: rsalcido@akingrump.com |
| Brian D. Roark<br>Anna M. Grizzle<br>J. Taylor Chenery<br>Taylor M. Sample<br>Hannah E. Webber<br>Bass, Berry & Sims PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>Email: broark@bassberry.com<br>Email: agrizzle@bassberry.com<br>Email: tchenery@bassberry.com<br>Email: taylor.sample@bassberry.com<br>Email: hannah.webber@bassberry.com | Andrew F. Solinger, Esq.<br>HOLLAND & KNIGHT LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Email: Andrew.solinger@hklaw.com |
| John-David H. Thomas, Esq.<br>Barnes & Thornburg, LLP<br>827 19th Avenue, Suite 930<br>Nashville, TN 37203<br>Email: jd.thomas@btlaw.com | |

s/ Ellen Bowden McIntyre
ELLEN BOWDEN MCINTYRE
Assistant United States Attorney

3

Case 3:17-cv-00902   Document 459   Filed 10/06/23   Page 3 of 3 PageID #: 13794