IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JEFFREY H. LIEBMAN and DAVID M. STERN, M.D.<br><br>Plaintiff,<br><br>v.<br><br>METHODIST LE BONHEUR HEALTHCARE, METHODIST HEALTHCARE-MEMPHIS HOSPITALS,<br><br>Defendants. | Case No. 3:17-CV-00902<br><br>District Judge William L. Campbell, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

## UNITED STATES' MOTION TO STAY

The United States respectfully moves for a stay of this action to permit the parties to memorialize the settlement of this matter. In support of this motion, the United States states as follows:

1. On October 6, 2023, the United States filed a Motion to Enforce Settlement Agreement. Dkt. No. 459.

2. On October 20, 2023, Methodist opposed the Motion. Dkt. No. 463.

3. The United States Attorney's Office understands that Methodist and HHS-OIG have now reached an agreement in principle on administrative matters and that Methodist and Relators have now reached an agreement in principle on the amount of reasonable attorneys' fees and costs.

4. Therefore, the United States now requests a stay of this action to memorialize the settlement in a written agreement.

5. The parties conferred on the possibility of making this a joint motion, and Methodist was willing to jointly move to stay the case. However, Methodist insisted that the United

1

States include non-material terms and information about the administrative agreement in the joint motion, which the United States declined to do. After the United States informed Methodist that it intended to file this motion to stay on its own, Methodist's counsel took no position on the instant motion.

5. The United States proposes that the parties file a report on the status of the settlement by December 1, 2023.

        Respectfully submitted,

        HENRY C. LEVENTIS
        United States Attorney
        Middle District of Tennessee

By:   s/ Ellen Bowden McIntyre
      THOMAS J. JAWORSKI
      First Assistant United States Attorney
      ELLEN BOWDEN MCINTYRE, BPR #023133
      SARAH K. BOGNI, B.P.R. #028326
      ROBERT S. LEVINE
      Assistant United States Attorneys
      United States Attorney's Office
      719 Church Street, Suite 3300
      Nashville, TN 37203
      Email: thomas.jaworski2@usdoj.gov
      Email: ellen.bowden2@usdoj.gov
      Email: sarah.bogni@usdoj.gov
      Email: robert.levine@usdoj.gov

      *Counsel for the United States*

# CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2023, a true and correct copy of the foregoing was served via email to the following:

| | |
|---|---|
| Bryan A. Vroon<br>Law Offices of Bryan A. Vroon, LLC<br>1380 West Paces Ferry Road, Suite 2270<br>Atlanta, GA 30327<br>Email: bryanvroon@gmail.com | Edward D. Robertson, Jr.<br>Bartimus, Frickleton & Robertson<br>715 Swifts Highway<br>Jefferson City, MO 65109<br>Email: crobertson@bflawfirm.com |
| Jerry E. Martin<br>David Rivera<br>Seth Marcus Hyatt<br>Barrett Johnston Martin & Garrison, PLLC<br>200 31st Ave. North<br>Nashville, TN 37203<br>Email: jmartin@barrettjohnston.com<br>Email: shyatt@barrettjohnston.com<br>Email: drivera@barrettjohnston.com | Robert Salcido<br>(Admitted *Pro Hac Vice*)<br>Akin Grump Strauss Hauer & Feld LLP<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>Email: rsalcido@akingrump.com |
| Brian D. Roark<br>Anna M. Grizzle<br>J. Taylor Chenery<br>Taylor M. Sample<br>Hannah E. Webber<br>Bass, Berry & Sims PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>Email: broark@bassberry.com<br>Email: agrizzle@bassberry.com<br>Email: tchenery@bassberry.com<br>Email: taylor.sample@bassberry.com<br>Email: hannah.webber@bassberry.com | Andrew F. Solinger, Esq.<br>HOLLAND & KNIGHT LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Email: Andrew.solinger@hklaw.com |
| John-David H. Thomas, Esq.<br>Barnes & Thornburg, LLP<br>827 19th Avenue, Suite 930<br>Nashville, TN 37203<br>Email: jd.thomas@btlaw.com | |

s/ Ellen Bowden McIntyre
ELLEN BOWDEN MCINTYRE
Assistant United States Attorney